**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Central Iowa Healthcare** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  Marshalltown Medical & Surgical Center** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **42-0948420** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3 South 4th Avenue**<br>**Marshalltown, IA 50158**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Marshall**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.centraliowahealthcare.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Central Iowa Healthcare** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☑ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>6221</u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☑ No
- ☐ Yes.

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **Central Iowa Healthcare**
Name                                                                    Case number (*if known*)

---

**11.**  **Why is the case filed in** ***this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.**  **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

         Contact name  _____

         Phone  _____

---

■ **Statistical and administrative information**

**13.**  **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.**  **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.**  **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.**  **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Central Iowa Healthcare** | | Case number (*if known*) | |
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 20, 2016**
MM / DD / YYYY

**X** **/s/ Dawnett Willis**                                    **Dawnett Willis**
Signature of authorized representative of debtor        Printed name

Title    **Acting CEO**

---

**18. Signature of attorney**

**X** **/s/ Jeffrey D. Goetz**                        Date    **December 20, 2016**
Signature of attorney for debtor                        MM / DD / YYYY

**Jeffrey D. Goetz**
Printed name

**Bradshaw, Fowler, Proctor & Fairgrave PC**
Firm name

**801 Grand Avenue,  Suite 3700**
**Des Moines, IA 50309-8004**
Number, Street, City, State & ZIP Code

Contact phone    **515-243-4191**        Email address    **www.bradshawlaw.com**

**IS #9999366**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Central Iowa Healthcare**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 20, 2016**          X **/s/ Dawnett Willis**
                                            Signature of individual signing on behalf of debtor

                                            **Dawnett Willis**
                                            Printed name

                                            **Acting CEO**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Central Iowa Healthcare** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF IOWA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HEALTH ENTERPRISES** 5825 DRY CREEK LANE NE CEDAR RAPIDS, IA 52402 | **Ms. Judy Sadler, CEO** jsadler@healthenterprises.org | | | | | **$1,147,395.07** |
| **MCFARLAND CLINIC PC** PO BOX 3014 1215 DUFF AVE AMES, IA 50010-3014 | **Mr. Andrew Perry, CEO** aperry@mcfarlandclinic.com 541-207-7023 | | | | | **$993,522.30** |
| **IOWA HEART CENTER PC** 5880 UNIVERSITY AVENUE WEST DES MOINES, IA 50266 | **Ms. Julie Younger** jyounger@iowaheart.com 515-633-3600 | | | | | **$768,071.25** |
| **ICE TECHNOLOGIES** 411 SE 9TH STREET PELLA, IA 50219 | **Mr. Ray Schreve, CFO** rscheve@icetechnologies.com 641-628-0281 | | **Disputed** | | | **$760,357.04** |
| **MCKESSON TECHNOLOGIES INC** PO BOX 98347 CHICAGO, IL 60693-8347 | **Ms. Kathy Riley** arsupport@mckesson.com 404-338-3083 | | | | | **$656,540.12** |
| **ARAMARK CLINICAL TECH SERVICES** 12483 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | **Mr. Jonathan Swichar, Esq.** JLSwichar@duanemorris.com 215-979-1816 | | | | | **$524,630.39** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Central Iowa Healthcare**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SOUND PHYSICIANS PO BOX 742936 LOS ANGELES, CA 90074-2936** | **Ms. Jenn Tallcott** **JTallcott@soundphysicians.com** | | | | | **$491,013.37** |
| **IOWA ORTHOPAEDIC CENTER PC 450 LAUREL STREET SUITE 3300 DES MOINES, IA 50314** | **Kevin Ward, CEO** **kward@iowaortho.com** **515-247-8400** | | **Contingent Unliquidated Disputed** | | | **$447,597.44** |
| **HEALOGICS WOUND CARE & 3087 MOMENTUM PLACE CHICAGO, IL 60689-5330** | **Mr. Tim Dunham** **Tim.Dunham@healogics.com** **904-446-3405** | | | | | **$430,969.47** |
| **ARAMARK CORPORATION 27310 NETWORK PLACE CHICAGO, IL 60673-1273** | **Mr. Jonathan Swichar, Esq.** **JLSwichar@duanemorris.com** | | | | | **$338,879.19** |
| **IOWA MEDICAID ENTERPRISE PROVIDER COST AUDIO & RATE SETTING PO BOX 36450 DES MOINES, IA 50315** | | | | | | **$329,595.33** |
| **ALLIANT ENERGY/IPL PO BOX 3060 CEDAR RAPIDS, IA 52406-3060** | | | | | | **$266,258.69** |
| **ALCON LABORATORIES INC 6500 WILL ROGERS BLVD DALLAS, TX 75267-7775** | **Ms. Kristen Brotherson** **817-568-7033** | | | | | **$254,733.98** |
| **RESOLUTION PO BOX 27093 LOUISVILLE, CO 80027** | **Ms. Robin Bradbury, President** | | **Disputed** | | | **$231,487.76** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Central Iowa Healthcare**
_____
           Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RELAY HEALTH PO BOX 98347 CHICAGO, IL 60693-8347** | **Ms. Kathy Riley** **arsupporthold@mc kesson.com 404-338-3083** | | | | | **$231,393.74** |
| **MARY GREELEY MEDICAL CENTER 1111 DUFF AVE AMES, IA 50010** | **Ms. Tammi Borsheim** | | | | | **$214,041.52** |
| **DELTA LOCUM TENENS LLC PO BOX 202940 DALLAS, TX 75320-2940** | **Mr. Wes Willard** **WWillard@thedelta companies.com 214-442-4105** | | | | | **$211,837.55** |
| **MCGUIRE WOODS 77 WEST WACKER DRIVE, SUITE 4100 CHICAGO, IL 60601-1818** | **Mr. Geoff Cockrell** **GCockrell@mcguir ewoods.com 312-849-8272** | | | | | **$155,271.62** |
| **PHYSIOTHERAPY ASSOCIATES SELECT MEDICAL 4714 GETTYSBURG ROAD MECHANICSBURG, PA 17055** | **Mr. Brett Raasch** **BRaasch@myphysi o.com 515-323-6485** | | | | | **$151,035.05** |
| **HOLLIS COBB PO BOX 2248 NORCROSS, GA 30091** | **Brent D. Stamps, Esq.** **678-969-9188** | | | | | **$150,885.69** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Central Iowa Healthcare**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **56,594,026.14**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $    **25,323,488.60**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $    **81,917,514.74**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $    **5,272,076.76**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **211,162.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$    **14,541,620.71**

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b

    $    **20,024,859.47**

**Fill in this information to identify the case:**

Debtor name   **Central Iowa Healthcare**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Great Western Bank** | **Checking MMSC Funded Depreciation** | **9866** | **$0.00** |
| 3.2. | **Great Western Bank** | **Checking - MMSC Clinic Checking** | **4696** | **$4,180.60** |
| 3.3. | **Great Western Bank** | **Checking MMSC Clinic Credit Card** | **4704** | **$17,735.36** |
| 3.4. | **Great Western Bank** | **Sweep - MMSC Clinic Sweep** | **9878** | **$217,006.52** |
| 3.5. | **Great Western Bank** | **Checking MMSC Credit Card** | **9981** | **$79,516.76** |
| 3.6. | **Great Western Bank** | **Sweep - MMSC Funded Depreciation** | **3021** | **$69.12** |
| 3.7. | **Great Western Bank** | **Checking MMSC General Fund Sweep** | **6290** | **$729,987.55** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Central Iowa Healthcare**                                    Case number *(If known)* _____
       Name

| | | | | |
|---|---|---|---|---|
| 3.8. | **Great Western Bank** | **Checking - MMSC General Fund Sweep** | **0021** | **$0.00** |
| 3.9. | **Great Western Bank** | **Checking MMSC Gift Shop** | **8168** | **$3,748.36** |
| 3.10. | **Great Western Bank** | **Checking MMSC Healthcare** | **0104** | **$0.00** |
| 3.11. | **Great Western Bank** | **Sweep - MMSC Payroll Sweep** | **2981** | **$580,171.95** |
| 3.12. | **Great Western Bank** | **Checking MMSC Payroll Sweep** | **0039** | **$0.00** |
| 3.13. | **Great Western Bank** | **Sweep - MMSC Restricted Sweep** | **2999** | **$101,923.27** |
| 3.14. | **Great Western Bank** | **Checking MMSC Restricted** | **9502** | **$0.00** |
| 3.15. | **Great Western Bank** | **Checking MMSC Special Account** | **6704** | **$10,772.69** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                    **$1,745,112.18**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.    **Subject to Continued Accounting and Audit.**                          **Unknown**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

        8.1.    **Subject to continuing accounting and audit.**                          **Unknown**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | Case number *(If known)* | |
|--------|------------------------------|--------------------------|--|
| | Name | | |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | **$0.00** |
|--|-----------|

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **41,703,085.00** - **35,249,085.00** = .... **$6,454,000.00**

face amount                doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$6,454,000.00** |
|--|-------------------|

**Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Gift Shop inventory** | 10/31/2016 | Unknown | Cost | **$47,520.67** |
| 22. | **Other inventory or supplies** **Pharmaceuticals** | 11/8/2016 | Unknown | Cost | **$394,463.38** |
| | **Inventory in the Storeroom, operating rooms and cath labs** | 10/31/16 | Unknown | Cost | **$1,338,179.12** |
| | **MMSC State Center Pharmacy Inventory** | 10/31/2016 | Unknown | Cost | **$2,640.01** |
| | **MMSC Clinic Tama/Toledo Lab/Xray inventory** | 10/31/2016 | Unknown | Cost | **$2,041.76** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Central Iowa Healthcare** | | | Case number *(If known)* | |
|--------|-----------------------------|--|--|----------------------------|--|
| | Name | | | | |

| | | | | |
|---|---|---|---|---|
| MMSC Clinic Tama/Toledo Medical supplies inventory | 10/31/2016 | Unknown | Cost | $12,977.39 |
| Urgent Care Inventory of supplies and medication | 10/31/2016 | Unknown | Cost | $4,293.31 |
| Facilities Management Inventory of Fuel Oil. | 10/31/2016 | Unknown | Cost | $40,183.24 |
| Marshalltown 1st Floor Clinic Medical Supplies | 10/31/2016 | Unknown | Cost | $5,511.68 |
| Specialty Clinic Ortho Supplies | 10/31/2016 | Unknown | Cost | $2,778.88 |
| Specialty Clinic General Surgery Supplies | 10/31/2016 | Unknown | Cost | $1,773.12 |
| Specialty Clinic Storage Room | 10/31/2016 | Unknown | Cost | $3,105.99 |
| MMSC clinic - Conrad Lab Inventory | 10/31/2016 | Unknown | Cost | $2,233.74 |
| MMSC Clinic Conrad Medical Supplies inventory | 10/31/2016 | Unknown | Cost | $17,604.19 |
| Food Inventory at Hospital 3 South 4th Avenue | 10/31/2016 | Unknown | Cost | $15,703.03 |
| MMSC State Center Office Supplies | 10/31/2016 | Unknown | Cost | $16,970.61 |
| MMSC Clinic Tama/Toledo Office Supplies | 10/31/2016 | Unknown | Cost | $624.25 |
| Marshalltown 1st Floor Clinic Supplies | 10/31/2016 | Unknown | Cost | $428.85 |
| Specialty Clinic Office Supplies | 10/31/2016 | Unknown | Cost | $1,213.42 |
| MMSC Clinic Conrad Office Supplies | 10/31/2016 | Unknown | Cost | $253.58 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$1,910,500.22

24. **Is any of the property listed in Part 5 perishable?**

☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
■ Yes. Book value _____ 0 Valuation method _____ Current Value _____ 0

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **All Equipment, Furniture and Fixtures at all locations as of 10/31/16** | $14,951,626.25 | Net Book Value | $14,951,626.25 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$14,951,626.25

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Central Iowa Healthcare** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2014 Ram Promaster Van  Current value based on KBB mileage est at 30k** | **$19,186.56** | **Replacement** | **$18,694.00** |
| 47.2.  **2004 Ford Truck current value based on KBB mileage of 180k** | **$0.00** | **Replacement** | **$2,667.00** |
| 47.3.  **2010 Ford F350 purchased 4/1/2010** | **$0.00** | **Replacement** | **$18,975.00** |
| 47.4.  **1997 Chevy Pickup purchased 2/1/97 Current value based on KBB with mileage at 285k** | **$0.00** | **Replacement** | **$1,593.00** |
| 47.5.  **2005 Chrysler Town & Country touring edition current value is KBB Value with mileage est. 165k miles** | **$0.00** | **Replacement** | **$2,279.00** |
| 47.6.  **2008 GMC Envoy Current Value is KBB based on est milage at 120k** | **$0.00** | **Replacement** | **$6,480.00** |
| 47.7.  **2011 GMC Pickup current value based on KBB with Mileage est at 60k** | **$0.00** | **Replacement** | **$6,823.00** |
| 47.8.  **1968 Ford Dump Truck** | **$0.00** | **Cost** | **$3,300.00** |
| 47.9.  **Ambulance 2005 Wheel Mounted on a 2013 Chevy 4500 Express Cutaway mileage 119k** | **$21,338.63** | **Net Book Value** | **$21,338.63** |
| 47.10.  **Ambulance Lifeline Type 3 on 2014 4500 Express Cutaway mileage  52k** | **$105,970.20** | **Net Book Value** | **$105,970.20** |
| 47.11.  **Ambulance Lifeline Type 3 on a 2014 4500 Express Cutaway mileage 106k** | **$56,827.12** | **Net Book Value** | **$56,827.12** |
| 47.12.  **Ambulance Med Type 3 on 2011 Chevy 4500 Express Cutaway, mileage 175k** | **$0.00** | **Debtors Estimate** | **$15,024.00** |
| 47.13.  **2005 Chrysler Town & Country Touring Edition** | **$0.00** | **Replacement** | **$2,279.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| 47.14. | **1973 Ford Truck** | **$0.00** | **Replacement** | **Unknown** |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | **$262,249.95** |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **301 Nicholas Drive, Marshalltown IA 50158** | Fee simple | $1,006,909.29 | Tax records | $1,389,840.00 |
| 55.2. **312 East Main, Marshalltown, Iowa 50158** | Fee simple | $7,952,628.47 | Tax records | $9,807,830.00 |
| 55.3. **405 East Main, Marshalltown IA 50158** | Fee simple | $1,421,921.52 | Tax records | $2,068,670.00 |
| 55.4. **112 East Linn, Marshalltown, IA 50158** | Fee simple | $341,433.08 | Tax records | $241,470.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Central Iowa Healthcare** _____    Case number *(If known)* _____
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.5. | **Parking lots and vacant land** | Fee simple | $0.00 | Debtors Estimate | $2,688,921.19 |
| 55.6. | **55 Central Iowa Drive, Marshalltown Iowa.** | Capital Lease | $0.00 | Debtors Estimate | $30,446,162.56 |
| 55.7. | **Clinic located at 105 N. Church St., Conrad, Iowa,** | Fee simple | $241,756.78 | Tax records | $272,110.00 |
| 55.8. | **503 3rd Avenue SW, State Center, Iowa 50247** | Fee simple | $73,045.92 | Tax records | $152,500.00 |
| 55.9. | **Clinic located at 1307 S. Broadway St., Toledo, IA 52342** | Fee simple | $612,981.18 | Tax records | $454,490.00 |
| 55.10. | **3 empty lots located in Toledo, Iowa** | Fee simple | $23,000.00 | Tax records | $79,870.00 |
| 55.11. | **3 South 4th Avenue, Marshalltown, IA** | Fee simple | $7,865,358.67 | Debtors Estimate | $7,865,358.67 |
| 55.12. | **412 E. Church St. Marshalltown, IA** | Fee simple | $49,675.72 | Debtors Estimate | $49,675.72 |
| 55.13. | **Vacant Land - 55 Central Iowa Drive, Marshalltown, Iowa** | Fee simple | $0.00 | Debtors Estimate | $1,077,128.00 |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$56,594,026.14

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Central Iowa Healthcare**
              Name

Case number *(If known)* _____

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,745,112.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,454,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,910,500.22 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,951,626.25 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $262,249.95 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $56,594,026.14 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $25,323,488.60 | + 91b. $56,594,026.14 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $81,917,514.74 |

**Fill in this information to identify the case:**

Debtor name    **Central Iowa Healthcare**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| **2.1** | **Great Western Bank** | Describe debtor's property that is subject to a lien | $3,851,520.06 | $25,064,338.63 |
|---|---|---|---|---|

Creditor's Name

**11 N. 1st Ave.**
**Marshalltown, IA 50158**

Creditor's mailing address

**All Accounts, Furniture, Fixtures, Equipment, Inventory**

Describe the lien
**UCC Filing - Blanket Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **United Bank & Trust** | Describe debtor's property that is subject to a lien | $1,420,556.70 | $11,197,670.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Jeffrey Courter, Esq.**
**Nyemaster Law Firm**
**700 Walnut, Suite 1600**
**Des Moines, IA 50309**

Creditor's mailing address

**301 Nicholas Dr. and 312 E. Main St., Marshalltown, IA**

Describe the lien
**First Mortgages**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

| Debtor | **Central Iowa Healthcare** | Case number (if know) | |
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$5,272,076.76**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Central Iowa Healthcare**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
|  | **Central Iowa Healtcare Retirement Plan**<br>**3 South 4th Ave**<br>**Marshalltown, IA 50158** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Pension Obligations** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ☑ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | $0.00 |
| --- | --- | --- | --- | --- |
|  | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |  |  |

| Debtor | **Central Iowa Healthcare** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Iowa Department of Revenue**
**Hoover State Office Building**
**PO Box 10471**
**Des Moines, IA 50306-0471**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Iowa Division of Labor Services**
**Occupational Safety and Health**
**Bureau**
**1000 E. Grand Ave**
**Des Moines, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Iowa Workforce Development**
**Unemployment Insurance Tax**
**Bureau**
**1000 East Grand Ave.**
**Des Moines, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$211,162.00** | **$211,162.00**

**Marshall County Treasurer**
**1 E Main St.**
**Marshalltown, IA 50158**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
|---|---|---|---|---|

**US Attorneys Office**
**100 E. Court Avenue, Suite 286**
**Des Moines, IA 50309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,948.70** |
|---|---|---|---|

**3M**
**2807 PAYSHERE CIR**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |
|---|---|---|---|

**A1 MEDICAL GAS, INC**
**C/O TAB BANK**
**PO BOX 150990**
**OGDEN, UT 84415-0990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**AAA SEPTIC SERVICE INC**
**PO BOX 1284**
**303 SOUTH 3RD AVENUE**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38.32** |
|---|---|---|---|

**ABBOTT LABORATORIES**
**PO BOX 92679**
**CHICAGO, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,980.00** |
|---|---|---|---|

**ABBOTT VASCULAR**
**75 REMITTANCE DRIVE**
**SUITE 1138**
**CHICAGO, IL 60675-1138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.6** | Nonpriority creditor's name and mailing address

**ABILITY NETWORK INC**
**Butler Square**
**100 North 6th St. Suite 900A**
**Minneapolis, MN 55403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,267.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**ABM ONSITE SERVICES-MIDWEST INC**
**75 REMITTANCE DRIVE**
**STE 3011**
**CHICAGO, IL 60675-3011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$44,223.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**ACCENT**
**PO BOX 952366**
**ST. LOUIS, MO 63195-2366**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,572.17**

---

**3.9** | Nonpriority creditor's name and mailing address

**ACCESS MEDICAL SUPPLY INC**
**1672 WRIGHT BLVD**
**SCHAUMBURG, IL 60193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$282.50**

---

**3.10** | Nonpriority creditor's name and mailing address

**ACCLARENT**
**1525-B O'BRAIN DR**
**MENLOW PARK, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,665.72**

---

**3.11** | Nonpriority creditor's name and mailing address

**ACCO BRANDS USA LLC**
**PO BOX 205614**
**DALLAS, TX 75320-5614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$36.30**

---

**3.12** | Nonpriority creditor's name and mailing address

**ACCUVEIN INC**
**PO Box 1303**
**Huntington, NY 11743**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,850.00**

---

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,372.46**

**ACIST**
**7905 FULLER ROAD**
**EDEN PRAIRIE, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,023.50**

**ADVANTAGE MEDICAL CABLES**
**11711 NW 39TH STREET**
**CORAL SPRINGS, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,943.75**

**ADVANTAGE RN LLC**
**4184 RELIABLE PARKWAY**
**CHICAGO, IL 60686-0041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,485.02**

**AETNA**
**PO BOX 29408**
**RELIABLE PARKWAY**
**CHICAGO, IL 60686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,808.75**

**AG LIME TRUCKING MOWING INC**
**PO BOX 967**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,230.20**

**AIRGAS**
**PO BOX 802576**
**CHICAGO, IL 60680-2576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$505.40**

**ALCO SALES & SERVICE CO**
**6851 HIGH GROVE BLVD**
**BURR RIDGE, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254,733.98 |
|---|---|---|
| **ALCON LABORATORIES INC**<br>**6500 WILL ROGERS BLVD**<br>**DALLAS, TX 75267-7775** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,034.00 |
|---|---|---|
| **ALERE INFORMATICS INC**<br>**PO BOX 845849**<br>**BOSTON, MA 02284-5849** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,701.71 |
|---|---|---|
| **ALIMED INC**<br>**297 HIGH STREET**<br>**DEDHAM, MA 02027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,440.12 |
|---|---|---|
| **ALL AMERICAN TURF BEAUTY**<br>**PO BOX 260**<br>**VAN METER, IA 50261-0260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.44 |
|---|---|---|
| **ALLEN MEDICAL SYSTEMS**<br>**15627 NEO PARKWAY**<br>**ACTON, MA 01720-3948** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266,258.69 |
|---|---|---|
| **ALLIANT ENERGY/IPL**<br>**PO BOX 3060**<br>**CEDAR RAPIDS, IA 52406-3060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,979.00 |
|---|---|---|
| **ALLOSOURCE**<br>**PO BOX 801020**<br>**KANSAS CITY, MO 64180-1020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Central Iowa Healthcare** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,060.48**

**AMBLER SURGICAL**
**404 GORDON DRIVE**
**EXTON, PA 19341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$622.73**

**AMERIBEN/IEC GROUP**
**PO BOX 7186**
**BOISE, ID 83707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$286.20**

**AMERICAN BOTTLING CO**
**23214 NETWORK PLACE**
**CHICAGO, IL 60673-1232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,913.31**

**AMERICAN CATHETER CORP**
**6918 SE HARBOR CIRCLE**
**STUART, FL 34996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,963.83**

**AMERICAN MEDICAL ASSOC**
**PO BOX 105450**
**ATLANTA, GA 30348-9949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,118.71**

**AMERICAN MEDICAL ASSOCIATION**
**PO BOX 930884**
**ATLANTA, GA 31193-0884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73.50**

**AMERIGROUP**
**PO BOX 933657**
**ATLANTA, GA 31193-3657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Central Iowa Healthcare** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.34**

**Nonpriority creditor's name and mailing address**

**AMI CARDIAC MONITORING INC**
**17810 MEETING HOUSE ROAD**
**SUITE 210**
**SANDY SPRING, MD 20860**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,930.00**

---

**3.35**

**Nonpriority creditor's name and mailing address**

**AMN HEALTHCARE, INC**
**12400 High Bluff Dr.**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$28,309.25**

---

**3.36**

**Nonpriority creditor's name and mailing address**

**ANDERSON ERICKSON DAIRY**
**2420 E UNIVERSITY AVE**
**DES MOINES, IA 50317**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$825.03**

---

**3.37**

**Nonpriority creditor's name and mailing address**

**ARAMARK CLINICAL TECH SERVICES**
**12483 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$524,630.39**

---

**3.38**

**Nonpriority creditor's name and mailing address**

**ARAMARK CORPORATION**
**27310 NETWORK PLACE**
**CHICAGO, IL 60673-1273**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$338,879.19**

---

**3.39**

**Nonpriority creditor's name and mailing address**

**ARAMARK REFRESHMENT SERVICE**
**2402 39TH AVENUE**
**MOLINE, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,647.33**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**ARJO HUNTLEIGH INC**
**PNC BANK**
**PO BOX 644960**
**PITTSBURGH, PA 15264**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$320.25**

---

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address

**ARROW INTERNATIONAL INC**
**PO BOX 60519**
**CHARLOTTE, NC 28260-0519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$795.00**

---

**3.42** | Nonpriority creditor's name and mailing address

**ARTHREX INC**
**PO BOX 403511**
**ATLANTA, GA 30384-3511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16,495.12**

---

**3.43** | Nonpriority creditor's name and mailing address

**ARTHUR ENTERPRISES**
**116 12TH AVE SE**
**OELWEIN, IA 50662**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$454.24**

---

**3.44** | Nonpriority creditor's name and mailing address

**ARTHUR L DAVIS AGENCY**
**PO BOX 216**
**CEDAR FALLS, IA 50613-0216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$859.44**

---

**3.45** | Nonpriority creditor's name and mailing address

**ATHENA HEALTH**
**311 ARSENAL STREET**
**WATERTOWN, MA 02472**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110,430.49**

---

**3.46** | Nonpriority creditor's name and mailing address

**AUTOMATIC DOOR GROUP**
**6200 THORNTON AVENUE SUITE 190**
**DES MOINES, IA 50321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,926.31**

---

**3.47** | Nonpriority creditor's name and mailing address

**AVESIS THIRD PARTY ADMINISTRATORS**
**INC**
**PO BOX 52718**
**PHOENIX, AZ 85072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,013.97**

---

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $673.84 |
|---|---|---|---|

**B & G HVAC INC**
PO BOX 403
GLADBROOK, IA 50635

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,458.12 |
|---|---|---|---|

**B BRAUN MEDICAL IN**
PO BOX 512382
PHILADELPHIA, PA 19175-2382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,934.99 |
|---|---|---|---|

**BAIRD HOLM LLP**
1700 FARNAM STREET
SUITE 1500
OMAHA, NE 68102-2068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,334.50 |
|---|---|---|---|

**BAKER GROUP**
4224 HUBBELL AVENUE
DES MOINES, IA 50317-4508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,447.31 |
|---|---|---|---|

**BARD**
C R BARD INC
PO BOX 75767
CHARLOTTE, NC 28275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,554.21 |
|---|---|---|---|

**BAUSCH & LOMB SURGICAL**
499 SOVEREIGN CT
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,650.33 |
|---|---|---|---|

**BAXTER HEALTHCARE CORP**
PO BOX 70564
CHICAGO, IL 60673-0564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.75 |
|---|---|---|---|

**BAXTER PHARMACEUTICAL PRODUCTS**
21269 NETWORK PLACE
CHICAGO, IL 60673-1212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,206.26 |
|---|---|---|---|

**BAYER CORPORATION DIAGNOSTICS**
PO BOX 371720
PITTSBURGH, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,035.09 |
|---|---|---|---|

**BAYER HEALTHCARE**
PO BOX 360172
PITTSBURGH, PA 15251-6172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.61 |
|---|---|---|---|

**BEAVER-VISITEC INTERNATIONAL**
PO BOX 842837
BOSTON, MA 02284-2837

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,631.57 |
|---|---|---|---|

**BECTON DICKINSON AND COMPANY**
21588 NETWORK PLACE
CHICAGO, IL 60673-1215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.00 |
|---|---|---|---|

**BEEKLEY CORPORATION**
ONE PRESTIGE LANE
BRISTOL, CT 06010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $337.00 |
|---|---|---|---|

**BELL MEDICAL INC**
PO BOX 771470
ST LOUIS, MO 63177-9816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | |
|---|---|---|---|
| | Name | | |

Case number *(if known)* ___

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,200.45 |
|---|---|---|---|

**BENEFITFOCUS.COM, INC**
**DEPT. 3383**
**PO BOX 123383**
**DALLAS, TX 75312-3383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,494.00 |
|---|---|---|---|

**BIO-TISSUE INC**
**8305 NW 27TH STREET**
**SUITE 101**
**DORAL, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,934.27 |
|---|---|---|---|

**BIOMET INC**
**75 REMITTANCE DRIVE**
**SUITE 3283**
**CHICAGO, IL 60675-3283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,860.00 |
|---|---|---|---|

**BKD LLP**
**1551 N WATERFRONT PARKWAY**
**SUITE 300**
**WICHITA, KS 67206-6601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,632.00 |
|---|---|---|---|

**BLACKHAWK AUTOMATIC SPRINKLERS**
**PO BOX 998**
**CEDAR FALLS, IA 50613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,573.42 |
|---|---|---|---|

**BOSTON SCIENTIFIC CORPORATION**
**PO BOX 951653**
**DALLAS, TX 75395-1653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.57 |
|---|---|---|---|

**BOXES & MORE INC**
**1206 102ND STREET WEST**
**INVER GROVE HEIGHTS, MN 55077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $827.20 |
|---|---|---|---|

**BRACCO DIAGNOSTICS INC**
PO BOX 532411
CHARLOTTE, NC 28290-2411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33,395.00 |
|---|---|---|---|

**BRENTWOOD COMMUNICATIONS INC.**
215 JAMESTOWN PARK RD SUITE 203
BRENTWOOD, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $74.09 |
|---|---|---|---|

**BSN MEDICAL INC**
5825 CARNEGIE BLVD
CHARLOTTE, NC 28275-1766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,975.94 |
|---|---|---|---|

**BVK DIRECT**
PO BOX 78189
MILWAUKEE, WI 53278-0189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53,431.25 |
|---|---|---|---|

**C & A INDUSTRIES INC**
13609 CALIFORNIA STREET
PO BOX 3037
OMAHA, NE 68103-0037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $105,380.36 |
|---|---|---|---|

**CARDINAL HEALTH**
PO BOX 70539
CHICAGO, IL 60673-0539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $80,476.04 |
|---|---|---|---|

**CARDINAL HEALTH 110 LLC**
C/O BANK OF AMERIICA
5042 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,998.41** |
|---|---|---|---|

**CARDINAL HEALTH MEDICAL & HEALTH
PHYSICS SERVICES
PO BOX 70609
CHICAGO, IL 60673-0609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,375.97** |
|---|---|---|---|

**CARDINAL HEALTH NUCLEAR PHARM
PO BOX 70609
CHICAGO, IL 60673-0609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$885.00** |
|---|---|---|---|

**CARDIOVASCULAR SYSTEMS INC
1225 Old Highway 8 NW
Saint Paul, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$847.60** |
|---|---|---|---|

**CARE AMBULANCE LLC
PO BOX 261
IOWA CITY, IA 52244-0261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,903.15** |
|---|---|---|---|

**CAREFUSION
25146 NETWORK PLACE
CHICAGO, IL 60673-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79,930.32** |
|---|---|---|---|

**CAREFUSION SOLUTIONS LLC
25082 NETWORK PLACE
CHICAGO, IL 60673-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,828.19** |
|---|---|---|---|

**CARESTREAM HEALTH INC
DEPT CH 19286
PALATINE, IL 60055-9286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$399.39**

CARSTENS
7310 W WILSON AVE
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,247.92**

CASE MEDICAL
PO BOX 5069
SOUTH HACKENSACK, NJ 07606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,474.60**

CASE MEDICAL INC
PO BOX 5069
SOUTH HACKENSACK, NJ 07606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,805.00**

CENTER FOR ADVOCACY AND OUTREACH
BLANK CHILDREN'S HOSPITAL
1200 PLEASANT STREET
DES MOINES, IA 50309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,470.00**

CENTRAL DELIVERY SERVICE
523 VILLAGE COURT
ALTOONA, IA 50009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164.51**

CENTRAL IOWA HEALTHCARE
3 South 4th Avenue
MARSHALLTOWN, IA 50158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

CENTRAL IOWA MACHINE SHOP INC
801 N 4TH AVE
MARSHALLTOWN, IA 50158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,438.95

**CENTURYLINK**
PO BOX 91154
SEATTLE, WA 98111-9254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,223.77

**CENTURYLINK BUSINESS SVC**
PO BOX 52187
PHOENIX, AZ 85072-2187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,897.99

**CENTURYLINK-ACCESS BILL**
PO BOX 4648
MONROE, LA 71211-4648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.85

**CERTIFIED LANGUAGES INTERNATIONAL**
4800 SW MACADAM
SUITE 400
PORTLAND, OR 97239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,232.16

**CHEMAQUA**
23261 NETWORK PLACE
CHICAGO, IL 60673-1232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,510.00

**CIC ASSOCIATES PC**
1601 NW 114TH ST
SUITE 347
DES MOINES, IA 50325-7046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,920.65

**CIOX HEALTH**
PO BOX 409669
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Central Iowa Healthcare | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.97**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,196.00 |
|---|---|---|
| **CITY OF MARSHALLTOWN**<br>**24 NORTH CENTER STREET**<br>**MARSHALLTOWN, IA 50158** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.98**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326.52 |
|---|---|---|
| **CITY OF STATE CENTER**<br>**118 EAST MAIN STREET**<br>**PO BOX 668**<br>**STATE CENTER, IA 50247-0668** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.99**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $839.00 |
|---|---|---|
| **CIVCO MEDICAL SOLUTIONS**<br>**PO BOX 933598**<br>**ATLANTA, GA 31193-3598** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,426.86 |
|---|---|---|
| **CLAIMS SOLUTIONS LLC**<br>**4800 MAIN STREET**<br>**SUITE 246**<br>**KANSAS CITY, MO 64112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,345.00 |
|---|---|---|
| **CLINICAL COMPUTER SYSTEMS INC**<br>**715 TOLLGATE ROAD**<br>**SUITE H**<br>**ELGIN, IL 60123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,024.59 |
|---|---|---|
| **COMPARION MEDICAL ANALYTICS**<br>**220 NORTH MAIN STREET**<br>**SUITE 300**<br>**GREENVILLE, SC 29601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,735.95 |
|---|---|---|
| **COMPHEALTH**<br>**PO BOX 972651**<br>**DALLAS, TX 75397-2651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,705.81**

**COMPRESSED AIR & EQUIP INC**
707 HIGHWAY 218 NORTH
LA PORTE CITY, IA 50651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$410.74**

**COMPRESSION DYNAMICS, LLC**
1018 DODGE STREET, SUITE 4
OMAHA, NE 68102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48.00**

**CONE INSTRUMENTS**
3261 MOMENTUM PLACE
CHICAGO, IL 60689-5332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,300.41**

**CONSUMERS ENERGY**
2074 242ND STREET
MARSHALLTOWN, IA 50158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,281.00**

**CONVERGENCE SERVICES GROUP,LLC**
5200 SEVENTY-SEVEN CENTER DRIVE
SUITE 550
CHARLOTTE, NC 28217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,147.97**

**COOK MEDICAL INCORPORATED**
1100 W MORGAN ST
CHICAGO, IL 60673-1229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$287.69**

**COOPER SURGICAL**
95 CORPORATE DR
CINCINNATI, OH 45271-2280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.70**

**COPY SYSTEMS INC**
**920 E 21ST STREET**
**DES MOINES, IA 50317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,500.00**

**COREPOINT HEALTH, LLC**
**3010 GAYLORD PARKWAY**
**SUITE 320**
**FRISCO, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,770.00**

**COSTFLEX SYSTEMS INC**
**DEPT 2065**
**PO BOX 11407**
**BIRMINGHAM, AL 35246-2065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$729.64**

**COVENTRY CONSUMER CHOICE**
**PO BOX 7757**
**LONDON, KY 40742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,699.52**

**COVENTRY HEALTHCARE OF**
**RECOVERY DEPT**
**120 EAST KENSINGGER DRIVE**
**CRANBERRY TOWNSHIP, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,540.88**

**COVIDIEN**
**15 Hmpshire St.**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,120.00**

**CPR TECHNOLOGIES**
**25129 THE OLD ROAD**
**SUITE 303**
**STEVENSON RANCH, CA 91381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
| | Name | | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,287.00** |
|---|---|---|---|
| | **CPSI** | ☐ Contingent | |
| | **PO BOX 850309** | ☐ Unliquidated | |
| | **MOBIILE, AL 36685-0309** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105,000.00** |
|---|---|---|---|
| | **CRIMSON** | ☐ Contingent | |
| | **PO BOX 79461** | ☐ Unliquidated | |
| | **BALTIMORE, MD 21279-0461** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,588.37** |
|---|---|---|---|
| | **CROSS COUNTRY STAFFING** | ☐ Contingent | |
| | **P.O BOX 404674** | ☐ Unliquidated | |
| | **ATLANTA, GA 30384-4674** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.56** |
|---|---|---|---|
| | **CRYSTAL CLEAR WATER CO** | ☐ Contingent | |
| | **3717 DELAWARE AVENUE** | ☐ Unliquidated | |
| | **DES MOINES, IA 50313** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,058.33** |
|---|---|---|---|
| | **CTL CONSULTING** | ☐ Contingent | |
| | **705 B SE MELODY LANE** | ☐ Unliquidated | |
| | **#347** | ☐ Disputed | |
| | **LEE SUMMIT, MO 64063** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.28** |
|---|---|---|---|
| | **CULLIGAN WATER** | ☐ Contingent | |
| | **927 KATE SHELLEY DR** | ☐ Unliquidated | |
| | **BOONE, IA 50036-5222** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215.33** |
|---|---|---|---|
| | **CUSTOM ULTRASONICS** | ☐ Contingent | |
| | **PO BOX 850** | ☐ Unliquidated | |
| | **BUCKINGHAM, PA 18912** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Central Iowa Healthcare** | |
|---|---|---|
| | Name | |

| | | Case number *(if known)* | |

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**CYTYC SURGICAL PRODUCTS**
**250 Campus Dr.**
**Marlborough, MA 01752**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,875.00** |
|---|---|---|---|

**DAVOL INC**
**100 SOCKANASSETTE CROSS RD**
**CANTON, RI 02920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$756.70** |
|---|---|---|---|

**DE LAGE LANDEN**
**PO BOX 41602**
**PHILADELPHIA, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$204.00** |
|---|---|---|---|

**DEAF SERVICES UNLIMITED**
**6925 HICKMAN ROAD**
**DES MOINES, IA 50322**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$211,837.55** |
|---|---|---|---|

**DELTA LOCUM TENENS LLC**
**PO BOX 202940**
**DALLAS, TX 75320-2940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,555.00** |
|---|---|---|---|

**DENMAN & COMPANY**
**1601 22ND ST**
**SUITE 400**
**WEST DES MOINES, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,756.85** |
|---|---|---|---|

**DEPUY SYNTHES**
**PO BOX 8538-662**
**PHILADELPHIA, PA 19171-0662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,255.82**

**DEVICOR MEDICAL PRODUCTS**
**PO BOX 637479**
**CINCINNATI, OH 45263-7479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,100.00**

**DIAMATRIX LTD INC**
**210 NURSERY RD**
**THE WOODLANDS, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,495.27**

**DIAMOND HEALTHCARE**
**COMMUNICATIONS**
**1318 MOMENTUM PLACE**
**CHICAGO, IL 60689-5313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,509.00**

**DIETARY FOOD MANAGEMENT**
**8521 FALLBROOK AVENUE**
**SUITE 100**
**WEST HILLS, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,523.92**

**DJO SURGICAL**
**9800 METRIC BLVD**
**AUSTIN, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,595.00**

**DNV GL BUSINESS**
**ASSURANCE USA INC**
**PO BOX 934927**
**ATLANTA, GA 31193-4927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,070.70**

**DRAGER MEDICAL**
**3135 QUARRY RD**
**PITTSBURGH, PA 15251-4482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
| | Name | | |

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,858.00**

**EAGLEVISION INC**
**8500 WOLF LAKE DR SUITE 110**
**MEMPHIS, TN 38184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**EASY LIVING STORE A TECH, INC**
**10401 HICKMAN RD**
**PO BOX 3597**
**DES MOINES, IA 50323-0597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,452.38**

**ECOLAB**
**370 WABASHA AVE N**
**CHICAGO, IL 60673-0343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.95**

**ECOLAB FOOD SAFETY SPECIALTIES**
**24198 NETWORK PLACE**
**CHICAGO, IL 60673-1241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.04**

**EDWARDS LIFESCIENCES LLC**
**ONE EDWARDS WAY**
**CHICAGO, IL 60673-1231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$927.23**

**ELECTRIC SUPPLY OF M'TOWN**
**PO BOX 534**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,030.57**

**ELECTRONIC ENGINEERING**
**EAST HWY 30**
**DES MOINES, IA 50309-1585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,411.22 |

**ELECTRONICS USA**
**14270 APPLE CREEK DRIVE**
**VICTORVILLE, CA 92395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $431.60 |

**EMERGENCY MEDICAL PRODUCTS**
**1711 PARMOUNT COURT**
**CHICAGO, IL 60673-1251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46.80 |

**ENESCO LLC**
**225 WINDSOR DRIVE**
**ITASCA, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $108.00 |

**ERI**
**PO BOX 616**
**SLATER, IA 50244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $42,110.00 |

**EXECUTIVE HEALTH RESOURCES**
**PO BOX 822688**
**PHILADELPHIA, PA 19182-2688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FARMERS SAVINGS BANK**
**MAIN STREET REAL ESTATE**
**210 EAST MAIN STREET**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |

**FCI OPHTHALMICS, INC**
**20 WINTER STREET**
**PEMBROKE, MA 02359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
| | Name | | |

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,868.84 |
|---|---|---|---|

**FFF ENTERPRISES**
**PO BOX 840150**
**LOS ANGELES, CA 90084-0150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**FIRE ROCK SOLUTIONS INC.**
**201 TOWER PARK DRIVE**
**SUITE 104**
**WATERLOO, IA 50701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,523.44 |
|---|---|---|---|

**FIRST PARTY RECEIVABLES SOLUTION**
**5754 W 11TH STREET**
**SUITE 205**
**GREELEY, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FISHER COMMUNITY CENTER**
**709 SOUTH CENTER STREET**
**PO BOX 1000**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.00 |
|---|---|---|---|

**FIVE STAR COMPOUNDING PHARMACY**
**9379 SWANSON BLVD**
**SUITE E**
**DES MOINES, IA 50325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,131.25 |
|---|---|---|---|

**FLEX CARE MEDICAL STAFFING**
**PO BOX 202056**
**DALLAS, TX 75320-2056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,083.23 |
|---|---|---|---|

**FROEHLICH COMMUNICATIONS INC**
**309 COURT AVENUE, SUITE 234**
**DES MOINES, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,216.80 |

**GALLS INCORPORATED**
**24296 NETWORK PLACE**
**CHICAGO, IL 60673-1224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,275.00 |

**GCX CORPORATION**
**32 PAMARON WAY**
**SULSUN CITY, CA 94585-4410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $78,041.52 |

**GE HEALTHCARE**
**75 REMITTANCE DRIVE**
**SUITE 1080**
**CHICAGO, IL 60675-1080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $899.00 |

**GENERAL HOSPITAL SUPPLY CORP**
**2844 GRAY FOX ROAD**
**MONROE, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,558.14 |

**GENZYME BIOSURGERY**
**55 CAMBRIDGE PARKWAY**
**CAMBRIDGE, MA 02142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,995.00 |

**GETZ INDUSTRIAL CLEANING INC**
**PO BOX 419**
**PEORIA, IL 61651-0419**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $265.00 |

**GLOBAL REACH INTERNET PRODUCT**
**2321 N LOOP DRIVE**
**SUITE 101**
**AMES, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,016.25** |
|---|---|---|---|

**GOSS SERVICE ASSOCIATES LLC**
**11631 W 109TH STREET**
**OVERLAND, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$598.48** |
|---|---|---|---|

**GRAINGER**
**DEPT 831456652**
**PO BOX 419267**
**KANSAS CITY, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,409.00** |
|---|---|---|---|

**GRUNDY COUNTY TREASURER**
**706 G AVENUE**
**GRUNDY CENTER, IA 50638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|---|

**GRUPO ROBLE LLC**
**205 WEST THIRD STREET**
**TAMA, IA 52339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168.00** |
|---|---|---|---|

**HALYARD SALES, INC**
**PO BOX 732583**
**DALLAS, TX 75373-2583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,138.93** |
|---|---|---|---|

**HANKE REFRIGERATION SYSTEM**
**1605 S FIRST STREET**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,487.59** |
|---|---|---|---|

**HARMONY HEALTHCARE**
**2909 W BAY TO BAY BLVD**
**SUITE 500**
**TAMPA, FL 33629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.174** | **Nonpriority creditor's name and mailing address**

**HCPRO**
**200 HOODS LANE**
**BRENTWOOD, TN 37024-5094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$487.50**

---

**3.175** | **Nonpriority creditor's name and mailing address**

**HEALOGICS WOUND CARE &**
**3087 MOMENTUM PLACE**
**CHICAGO, IL 60689-5330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430,969.47**

---

**3.176** | **Nonpriority creditor's name and mailing address**

**HEALTH CARE LOGISTICS INC**
**PO BOX 25**
**CIRCLEVILLE, OH 43113-0400**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,307.39**

---

**3.177** | **Nonpriority creditor's name and mailing address**

**HEALTH ENTERPRISES**
**5825 DRY CREEK LANE NE**
**CEDAR RAPIDS, IA 52402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,147,395.07**

---

**3.178** | **Nonpriority creditor's name and mailing address**

**HEALTH INFORMATION MANAGEMENT**
**712 Bancroft Rd. Suite 456**
**Walnut Creek, CA 94958**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,896.00**

---

**3.179** | **Nonpriority creditor's name and mailing address**

**HEALTHCARE CODING & CONSULTING**
**SERVICES**
**8000 SUMMERLIN LAKES DRIVE**
**SUITE 200**
**FORT MYERS, FL 33907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,136.84**

---

**3.180** | **Nonpriority creditor's name and mailing address**

**HEALTHPORT**
**PO BOX 409669**
**ATLANTA, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,980.33**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.85**

HEALTHPORT TECHNOLOGIE
PO BOX 409669
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,681.45**

HEART OF IOWA COMMUNICATIONS
PO BOX 130
UNION, IA 50258-0130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,631.74**

HEARTLAND PAPER COMPANY
4075 121 1ST STREET
DES MOINES, IA 50322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$388.71**

HENRY SCHEIN
135 Duryea Rd.
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122.85**

HERALD REGISTER PUBLISHING CO.
813 5TH AVE
GRINNELL, IA 50112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$508.71**

HILL-ROM
PO BOX 643592
PITTSBURGH, PA 15264-3592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,650.00**

HMI LLC
214 OVERLOOK CIRCLE SUITE 253
BRENTWOOD, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,885.69 |
|---|---|---|---|

**HOLLIS COBB**
**PO BOX 2248**
**NORCROSS, GA 30091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,727.48 |
|---|---|---|---|

**HOLOGIC INC**
**24506 NETWORK PLACE**
**CHICAGO, IL 60673-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.48 |
|---|---|---|---|

**HYVEE INC**
**IN-STORE CHARGE ACCOUNTING**
**5820 WESTOWN PARKWAY**
**WEST DES MOINES, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,772.00 |
|---|---|---|---|

**IBM CORPORATION**
**PO BOX 643600**
**PITTSBURGH, PA 15264-3600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760,357.04 |
|---|---|---|---|

**ICE TECHNOLOGIES**
**411 SE 9TH STREET**
**PELLA, IA 50219**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.50 |
|---|---|---|---|

**IDEA CONSULTING GROUP INC**
**2215 PINNACLE CIRCLE N**
**PALM HARBOR, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,640.30 |
|---|---|---|---|

**IMEDX INC**
**PO BOX 52217**
**NEWARK, NJ 07101-0220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.195**

**Nonpriority creditor's name and mailing address**

**INCISIVE SURGICAL**
**14405 21ST AVE NORTH**
**SUITE 130**
**PLYMOUTH, MN 55447-4685**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$891.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196**

**Nonpriority creditor's name and mailing address**

**INDEPENDENT INSURANCE SERVICES**
**ATTN LORAS NEUROTH**
**PO BOX 248**
**MARSHALLTOWN, IA 50158**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$300.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197**

**Nonpriority creditor's name and mailing address**

**INFORMS**
**13055 RILEY STREET**
**HOLLAND, MI 49424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$252.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198**

**Nonpriority creditor's name and mailing address**

**INJOY PRODUCTIONS INC**
**1490 RIVERSIDE AVE**
**LONGMONT, CO 80503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$230.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199**

**Nonpriority creditor's name and mailing address**

**INTEGRA LIFESCIENCES CORP**
**311 ENTERPRISE DRIVE**
**ATLANTA, GA 30384-4129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$179.44**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200**

**Nonpriority creditor's name and mailing address**

**INTERACTIVATION HEALTH NETWORK**
**PO BOX 100442**
**ATLANTA, GA 30384-0442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,647.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201**

**Nonpriority creditor's name and mailing address**

**INTERMETRO INDUSTRIES CORP**
**PO BOX 93730**
**CHICAGO, IL 60673-3730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,355.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.29 |
|---|---|---|---|

**INTERSTATE ALL BATTERY CENTER**
**204 S DUFF AVE**
**AMES, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,655.47 |
|---|---|---|---|

**IOWA COMMUNICATIONS NETWORK**
**400 E 14TH STREET**
**FINANCE DIVISION**
**DES MOINES, IA 50319-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,904.67 |
|---|---|---|---|

**IOWA ENT CENTER**
**105 VALLEY WEST DR.**
**SUITE 100**
**DES MOINES, IA 50265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**IOWA HEALTH CARE**
**1775 90TH STREET**
**WEST DES MOINES, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $768,071.25 |
|---|---|---|---|

**IOWA HEART CENTER PC**
**5880 UNIVERSITY AVENUE**
**WEST DES MOINES, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**IOWA HOSPITAL ASSOCIATION**
**100 EAST GRAND AVE SUITE 100**
**DES MOINES, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275.00 |
|---|---|---|---|

**IOWA LIONS EYE BANK**
**BIOVENTURES CENTER**
**2500 CROSSPARK ROAD W300**
**CORALVILLE, IA 52241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $329,595.33 |
|---|---|---|---|

**IOWA MEDICAID ENTERPRISE
PROVIDER COST AUDIO & RATE SETTING
PO BOX 36450
DES MOINES, IA 50315**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,963.00 |
|---|---|---|---|

**IOWA ORTHO
PO BOX 1736
DES MOINES, IA 50305-1736**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $447,597.44 |
|---|---|---|---|

**IOWA ORTHOPAEDIC CENTER PC
450 LAUREL STREET
SUITE 3300
DES MOINES, IA 50314**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,500.00 |
|---|---|---|---|

**IOWA POISON CONTROL CENTER
401 DOUGLAS STREET
SUITE 215
SIOUX CITY, IA 51101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,750.00 |
|---|---|---|---|

**IOWA RURAL HEALTH
TELECOMMUNICATIONS PRO
100 E GRAND AVE
STE 100
DES MOINES, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**IOWA VALLEY CONTINUING EDUCATION
3702 S CENTER ST
MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $609.06 |
|---|---|---|---|

**IOWA WHOLESALE SUPPLY
HAJOCA CORPORATION
DEPT 0937 PO BOX 120937
DALLAS, TX 75312-0937**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$763.00**

**IQDR INC**
**34 SANDRA LN**
**MANITOU SPRINGS, CO 80829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$374.04**

**IT'S UNIQUE**
**35 W STATE ST**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.66**

**IZI MEDICAL PRODUCTS LLC**
**PO BOX 83270**
**CHICAGO, IL 60691-0270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,275.80**

**J.P. GASWAY**
**PO BOX 11700**
**CEDAR RAPIDS, IA 52410-1700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,354.65**

**JAEGER CORPORATION**
**PO BOX 540364**
**OMAHA, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,592.50**

**JARRARD PHILLIPS CATE & HANCOCK**
**219 WARD CIRCLE, SUITE 3**
**BRENTWOOD, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.24**

**JJ KELLER AND ASSOC**
**PO BOX 6609**
**CAROL STREAM, IL 60197-6609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$73.00**

JOHN DEERE FINANCIAL
PO BOX 4450
CAROL STREAM, IL 60197-4450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,294.85**

JOHNSON JOHNSON HEALTH CARE
425 HOES LANE
PO BOX 6800
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95,399.12**

JUNIPER ADVISORY
2323 S SHEPHERD DR
SUITE 1150
HOUSTON, TX 77019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119.00**

JURGAN DEVELOPMENT & MFG
6018 SOUTH HIGHLANDS AVE
MADISON, WI 53705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,571.60**

KARL STORZ ENDOSCOPY-AMERICA
15 WELLS STREET
LOS ANGELES, CA 90074-3514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29.50**

KATENA PRODUCTS
FOUR STEWART COURT
DENVILLE, NJ 07834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$810.08**

KCI USA
PO BOX 301557
DALLAS, TX 75303-1557

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$183.06**

**KEY SURGICAL INC**
**11000 W 78TH ST**
**EDEN PRAIRIE, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,245.00**

**KOUKOL & JOHNSON LLC**
**12020 SHAMROCK PLAZA**
**OMAHA, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$417.47**

**KRAMES A DIVISION OF STAYWELL**
**PO BOX 90477**
**CHICAGO, IL 60696-0477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,888.72**

**KRONOS**
**PO BOX 845748**
**BOSTON, MA 02284-5748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$802.50**

**LADEHOFF LANDSCAPING**
**28339 J AVE**
**CONRAD, IA 50621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,840.00**

**LAMAR COMPANIES**
**PO BOX 96030**
**BATON ROUGE, LA 70896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,193.60**

**LANDAUER**
**PO BOX 809051**
**CHICAGO, IL 60680-9051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,291.50 |
|---|---|---|---|

**LANE & WATERMAN**
**220 NORTH MAIN STREET**
**SUITE 600**
**DAVENPORT, IA 52801-1987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31,658.90 |
|---|---|---|---|

**LANE & WATERMAN LLP**
**220 N MAIN STREET**
**SUITE 600**
**DAVENPORT, IA 52801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $39,984.35 |
|---|---|---|---|

**LANGUAGE ACCESS NETWORK LLC**
**1103 SCHROCK ROAD**
**SUITE 200**
**COLUMBUS, OH 43229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $942.80 |
|---|---|---|---|

**LANTHEUS MEDICAL IMAGING INC**
**PO BOX 101236**
**ATLANTA, GA 30392-1236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**LEICA MICROSYSTEMS**
**14008 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,075.00 |
|---|---|---|---|

**LIFE NET HEALTH**
**PO BOX 79636**
**BALTIMORE, MD 21279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $383.67 |
|---|---|---|---|

**LIFELINE**
**PO BOX 981009**
**BOSTON, MA 02298-1009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
| | Name | | |

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,008.01** |
| | **LIFESERVE BLOOD CENTER** | ☐ Contingent | |
| | **431 E LOCUST ST** | ☐ Unliquidated | |
| | **DES MOINES, IA 50309** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,750.00** |
| | **LMC INSURANCE & RISK MANAGEMENT INC** | | |
| | **4200 UNIVERISITY AVE** | ☐ Contingent | |
| | **SUITE 200** | ☐ Unliquidated | |
| | **WEST DES MOINES, IA 50266-5945** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,300.80** |
| | **MAGELLAN HEALTHCARE** | ☐ Contingent | |
| | **LOCKBOX #785341** | ☐ Unliquidated | |
| | **PO BOX 785341** | ☐ Disputed | |
| | **PHILADELPHIA, PA 19178-5341** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212.00** |
| | **MAGNACOUSTICS INC** | ☐ Contingent | |
| | **1995 PARK STREET** | ☐ Unliquidated | |
| | **ATLANTIC BEACH, NY 11509-1027** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,082.66** |
| | **MAIL SERVICES LLC** | ☐ Contingent | |
| | **4100 121ST STREET** | ☐ Unliquidated | |
| | **URBANDALE, IA 50323-2334** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.08** |
| | **MAINLINE MEDICAL INC** | ☐ Contingent | |
| | **3250-J PEACHTREE CORNERS CIRC** | ☐ Unliquidated | |
| | **NORCROSS, GA 30092-4301** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,158.06** |
| | **MANPOWER INC** | ☐ Contingent | |
| | **21271 NETWORK PLACE** | ☐ Unliquidated | |
| | **CHICAGO, IL 60673-1212** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Central Iowa Healthcare** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $896.88 |
|---|---|---|---|

**MAQUET MEDICAL SYSTEMS USA**
**3615 SOLUTIONS CENTER**
**CHICAGO, IL 60677-3006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,423.95 |
|---|---|---|---|

**MARCO**
**NW 7128**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Marshall County Clerk
RE: LACI009284
**Marshall County Courthouse**
**PO Box 573**
**Marshalltown, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/30/2016

Basis for the claim:  **GE HFS, LLC v. Central Iowa Healthcare**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.00 |
|---|---|---|---|

**MARSHALLTOWN BROADCASTING INC**
**123 WEST MAIN STREET**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,096.20 |
|---|---|---|---|

**MARSHALLTOWN WATER WORKS**
**PO BOX 1420**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.40 |
|---|---|---|---|

**MARSHALLTOWN YMCA-YWCA**
**108 WASHINGTON ST**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214,041.52 |
|---|---|---|---|

**MARY GREELEY MEDICAL CENTER**
**1111 DUFF AVE**
**AMES, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | | Case number (if known) | |
|--------|------------------------------|--|------------------------|--|
| | Name | | | |

---

**3.258** | **Nonpriority creditor's name and mailing address**
**MASIMO AMERICAS INC**
**2852 KELVIN AVE**
**LOS ANGELES, CA 90051-5510**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,523.00**

---

**3.259** | **Nonpriority creditor's name and mailing address**
**MCFARLAND CLINIC**
**PATIENT CARE EVALUATION COMMITTEE**
**1215 DUFF AVENUE**
**AMES, IA 50010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$83,205.98**

---

**3.260** | **Nonpriority creditor's name and mailing address**
**MCFARLAND CLINIC PC**
**PO BOX 3014**
**1215 DUFF AVE**
**AMES, IA 50010-3014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$993,522.30**

---

**3.261** | **Nonpriority creditor's name and mailing address**
**MCGUIRE WOODS**
**77 WEST WACKER DRIVE, SUITE 4100**
**CHICAGO, IL 60601-1818**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$155,271.62**

---

**3.262** | **Nonpriority creditor's name and mailing address**
**MCKESSON DRUG**
**12748 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,360.86**

---

**3.263** | **Nonpriority creditor's name and mailing address**
**MCKESSON MEDICAL-SURGICAL**
**PO BOX 933027**
**ATLANTA, GA 31193-3027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$36,487.93**

---

**3.264** | **Nonpriority creditor's name and mailing address**
**MCKESSON SPECIALTY CARE DIST**
**15212 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,368.14**

---

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$656,540.12** |
|---|---|---|---|

**MCKESSON TECHNOLOGIES INC**
**PO BOX 98347**
**CHICAGO, IL 60693-8347**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$159.95** |
|---|---|---|---|

**MED ALLIANCE GROUP INC**
**2175 OAKLAND DIRVE**
**SYCAMORE, IL 60178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115.08** |
|---|---|---|---|

**MED GRAPHICS MGC DIAGNOSTICS**
**BIN #11**
**PO BOX 9201**
**MINNEAPOLIS, MN 55480-9201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.51** |
|---|---|---|---|

**MEDI-DOSE INCORPORATED**
**The Milton Building**
**70 Industrial Dr.**
**Ivyland, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$395.51** |
|---|---|---|---|

**MEDIACOM**
**PO BOX 1360**
**MARSHALLTOWN, IA 50158-1360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,065.00** |
|---|---|---|---|

**MEDICAL REVENUE SOLUTIONS, LLC**
**1412 SW EAGLES PARKWAY**
**GRAIN VALLEY, MO 64029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$107,798.00** |
|---|---|---|---|

**MEDICAL SOLUTIONS**
**1010 N 102ND STREET**
**SUITE 300**
**OMAHA, NE 68114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,875.20**

**MEDICAL STAFFING OPTIONS**
**9200 WORTHINGTON RAOD**
**WESTERVILLE, OH 43082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44.20**

**MEDICAL TECHNOLOGY ASSOCIATES INC**
**6840 CROSS BAYOU DRIVE**
**SEMINOLE, FL 33777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,924.44**

**MEDIVATORS**
**NW 9841**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,759.55**

**MEDLINE INDUSTRIES INC**
**1 MEDLINE PLACE**
**PALATINE, IL 60055-4400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,162.65**

**MEDOVATIONS INC**
**102 EAST KEEFE AVE**
**MILWAUKEE, WI 53288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**MEDTOX DIAGNOSTICS INC**
**PO BOX 60575**
**CHARLOTTE, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**MEDTOX LABORATORIES**
**402 W COUNTY RD D**
**BURLINGTON, NC 27216-8107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**MEDTRONIC CORONARY VASCULAR**
**3576 UNOCAL PLACE**
**SANTA ROSA, CA 95403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,156.30** |
|---|---|---|---|

**MEDTRONIC USA INC**
**11811 WILLOWS ROAD NORTHEAST**
**CHICAGO, IL 60693-0046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,115.00** |
|---|---|---|---|

**MEDTRONIC XOMED**
**6743 SOUTHPOINT DR N**
**JACKSONVILLE, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$352.67** |
|---|---|---|---|

**MEGADYNE MEDICAL PRODUCTS**
**PO BOX 1332**
**SANDY, UT 84091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.92** |
|---|---|---|---|

**MELISSA KOCH**
**510 BUTLER ST**
**MELBOURNE, IA 50162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,994.00** |
|---|---|---|---|

**MERCY CLINICAL LABORATORY**
**PO BOX 677080**
**DALLAS, TX 75267-7080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,521.17** |
|---|---|---|---|

**MERCY MEDICAL CENTER**
**INPATIENT PHARMACY - LEVEL A**
**1111 6TH AVENUE**
**DES MOINES, IA 50314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.286** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,552.50**

**MERIDIAN MEDICAL STAFFING**
**PO BOX 150043**
**OGDEN, UT 84415-0043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,805.00**

**MERIT MEDICAL SYSTEMS INC**
**79 W 4500 SOUTH**
**SOUTH JORDAN, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,085.00**

**METRIC MEDICAL DEVICES, INC**
**846 SILVER SPRINGS**
**HELOTES, TX 78023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,250.00**

**MICRO SURGICAL TECHNOLOGIES**
**PO BOX 2679**
**REDMOND, WA 98073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,782.22**

**MICROPORT ORTHOPEDICS**
**PO BOX 842005**
**DALLAS, TX 75284-2005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$540.26**

**MICROTEK MEDICAL INC**
**PO BOX 2487**
**DALLAS, TX 75391-1633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,835.37**

**MICROVASIVE ENDOSCOPY**
**480 PLEASANT ST**
**WATERTOWN, MA 02172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$218.00**

**MID IOWA COOPERATVIE**
**PO BOX 80**
**BEAMAN, IA 50609-0080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,492.80**

**MID-AMERICA PUBLISHING CORP**
**PO BOX 29**
**HAMPTON, IA 50441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,016.36**

**MIDAMERICAN ENERGY**
**PO BOX 8019**
**DAVENPORT, IA 52808-8019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.03**

**MIDWEST SPECIAL INSTRUMENTS**
**412 GATEWAY BLVD**
**BURNSVILLE, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,750.00**

**MILLIMAN**
**71 S WACKER DR, 31st floor**
**CHICAGO, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,390.44**

**MITCHELL ASSOCIATES**
**630 DUNDEE ROAD**
**SUITE 340**
**NORTHBROOK, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,586.77**

**MOBILE INSTRUMENT SERVICE**
**333 WATER AVENUE**
**BELLEFONTAINE, OH 43311-1777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.44 |
|---|---|---|---|

**MODERN WAY IMMOBILIZERS INC**
**104 EAST ELM STREET**
**CLIFTON, TN 38425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.30 |
|---|---|---|---|

**MOLER SANITATION**
**PO BOX 516**
**CONRAD, IA 50621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,796.00 |
|---|---|---|---|

**MUD PIE, LLC**
**4893 LEWIS ROAD, SUITE A**
**STONE MOUNTAIN, GA 30083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,359.05 |
|---|---|---|---|

**MUSCULOSKELETAL TRANSPLANT FOU**
**125 MAY STREET**
**BOSTON, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,962.03 |
|---|---|---|---|

**MVAP MEDICAL SUPPLIES**
**1415 LAWERENCE DRIVE**
**NEWBURY PARK, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.11 |
|---|---|---|---|

**NAPA AUTO PARTS**
**308 E MAIN ST**
**ROCKFORD, IL 61125-0666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.00 |
|---|---|---|---|

**NATIONAL ELEVATOR INSPECTION**
**PO BOX 503067**
**SAINT LOUIS, MO 63150-3067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

**NATIONAL MEDICAL SERVICES**
**17177 PRESTON RD, #100**
**DALLAS, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55.73**

**NATIONAL PAPER & SANITARY SUPPLY**
**10052 JUSTIN DRIVE SUITE 14**
**URBANDALE, IA 50322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$405.00**

**NATUS MEDICAL INC**
**DEPT 33768**
**PO BOX 39000**
**SAN FRANCISCO, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,470.09**

**NEARTERM CORP**
**PO BOX 940369**
**HOUSTON, TX 77094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107.36**

**NELLCOR PURITAN BENNETT**
**MALLINCKRODT INC**
**PO BOX 73192**
**CHICAGO, IL 60673-7192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,451.66**

**NEOPOST INC**
**25880 NETWORK PLACE**
**CHICAGO, IL 60673-1258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$329.19**

**NETWORK SERVICES COMPANY**
**29060 NETWORK PLACE**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$498.60** |
|---|---|---|---|

**NEXT LIFE MEDICAL CORP**
**6848 EMBARCADERO LANE**
**CHULA VISTA, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,625.00** |
|---|---|---|---|

**NORTH AMERICAN HEALTHCARE**
**MANAGEMENT**
**9245 WATSON INDUSTRIAL PARK**
**SAINT LOUIS, MO 63126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,372.18** |
|---|---|---|---|

**NUANCE COMMUNICATIONS INC**
**PO BOX 2561**
**CAROL STREAM, IL 60132-2561**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$356.25** |
|---|---|---|---|

**NUCO2 INC**
**PO BOX 9011**
**STUART, FL 34995-9011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.52** |
|---|---|---|---|

**NUCO2 LLC**
**PO BOX 417902**
**BOSTON, MA 02241-7902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.58** |
|---|---|---|---|

**NURSES CHOICE**
**PO BOX 958**
**WRIGHTSVILLE BEACH, NC 91045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,538.75** |
|---|---|---|---|

**NURSES PRN**
**740 FORD ST.**
**SUITE A**
**KIMBERLY, WI 54136**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | |
| --- | --- | --- | --- |
| | Name | Case number (if known) | |

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,576.00**

**NYEMASTER GOODE**
**700 WALNUT STREET SUITE 1600**
**DES MOINES, IA 50309-3899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,667.66**

**OFFICE MAX**
**75 REMITTANCCE DR #2698**
**CHICAGO, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57.90**

**OHIO MEDICAL CORP**
**6690 EAGLE WAY**
**CHICAGO, IL 60678-1066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,577.23**

**OLYMPUS AMERICA INC**
**3500 CORPORATE PARKWAY**
**CENTER VALLEY, PA 18034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,144.00**

**OMG MIDWEST INC**
**PO BOX 3365**
**DES MOINES, IA 50313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,601.53**

**OPTUM**
**PO BOX 88050**
**CHICAGO, IL 60680-1050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,180.00**

**ORGANOGENESIS INC**
**PO BOX 205079**
**DALLAS, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | |
| --- | --- | --- | --- |
| | Name | Case number (if known) | |

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,513.64** |
| --- | --- | --- | --- |

**ORKIN**
**PO BOX 638898**
**CINCINNATI, OH 45263-8898**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
| --- | --- | --- | --- |

**OSTEOREMEDIES LLS**
**PO BOX 930536**
**ATLANTA, GA 31193-0536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,925.57** |
| --- | --- | --- | --- |

**OWENS & MINOR DIST INCORP**
**BANK OF AMERICA**
**12199 COLLECTION CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,712.50** |
| --- | --- | --- | --- |

**P2BINVESTOR INC**
**MERIDIAN MEDICAL STAFFING, INC**
**PO BOX 173939**
**DENVER, CO 80217-3939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,149.59** |
| --- | --- | --- | --- |

**PARTNER COMMUNICATIONS GROUP**
**PO BOX 8**
**GILMAN, IA 50106-0008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,215.00** |
| --- | --- | --- | --- |

**PATIENT EDUCATION INSTITUTE**
**200 JAMES STREET, SUITE 219**
**CORALVILLE, IA 52241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57.90** |
| --- | --- | --- | --- |

**PATTERSON DENTAL SUPPLY**
**955 SE 28TH STREET**
**GRIMES, IA 50111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.70**

PATTERSON MEDICAL
PO BOX 93040
CHICAGO, IL 60673-3040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,095.20**

PC CONNECTION
PO BOX 536472
PITTSBURGH, PA 15253-5906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,411.52**

PELLA PRINTING CO INC
PO BOX 386
PELLA, IA 50219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,812.19**

PEPSI-COLA GEN BOTTLERS INC
PO BOX 75948
CHICAGO, IL 60675-5948

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,315.78**

PFIZER INC
PO BOX 417510
BOSTON, MA 02241-7510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,515.84**

PHARMEDIUM SERVICES LLC
39797 TREASURY CENTER
CHICAGO, IL 60694-3900

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.341** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$330.37**

PHILIPS HEALTHCARE
3000 Minuteman Rd. MS 0400
Andover, MA 01810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $775.63 |
|---|---|---|---|

**PHOENIX TEXTILE CORP**
PO BOX 1328
ST PETERS, MO 63376-0023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151,035.05 |
|---|---|---|---|

**PHYSIOTHERAPY ASSOCIATES**
**SELECT MEDICAL**
4714 GETTYSBURG ROAD
MECHANICSBURG, PA 17055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,237.65 |
|---|---|---|---|

**POSITIVE PROMOTIONS**
40-01 168 ST
HAUPPAUGE, NY 11788

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,640.00 |
|---|---|---|---|

**PPR LLC**
PO BOX 674009
DALLAS, TX 75267-4009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,092.30 |
|---|---|---|---|

**PRECISION DYNAMICS CORPORATION**
Lockbox No. 774193
4193 SOLUTIONS CTR
CHICAGO, IL 60677-4001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,533.20 |
|---|---|---|---|

**PRECISION LENS**
PO BOX 72
DUBUQUE, IA 52004-0072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $896.14 |
|---|---|---|---|

**PREMIERE GLOBAL SERVICES**
PO BOX 404351
ATLANTA, GA 30384-4351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,751.18**

**PREMIUM RX NATIONAL, LLC**
**15809 CRABBS BRANCHWAY**
**ROCKVILLE, MD 20855**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$395.00**

**PRICES'S GARAGE DOORS & OPENERS**
**PO BOX 219**
**MARSHALLTOWN, IA 50158**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,938.75**

**PRIMEFORCE MEDICAL CORP.**
**10456 CHANDLER RD. SUITE 103**
**LA VISTA, NE 68128**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,980.00**

**PROCARE USA LLC**
**PO BOX 75343**
**CHICAGO, IL 60675-5343**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$255.00**

**PROGRESSIVE MEDICAL INC**
**997 HORAN DRIVE**
**FENTON, MO 63026**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,810.00**

**PROSHIELD FIRE PROTECTION**
**1118 LA PORTE ROAD**
**WATERLOO, IA 50702**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,036.00**

**PROTOCOL AGENCY INC**
**27001 AGOURA RD, SUITE 210**
**CALABASAS, CA 91301-5121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Central Iowa Healthcare** | | |
| --- | --- | --- | --- |
| | Name | Case number (if known) | |

---

**3.356**

**Nonpriority creditor's name and mailing address**

**PROTOCOL AGENCY, INC**
**27001 AGOURA RD, SUITE 210**
**CALABASAS, CA 91301-5121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,928.98**

---

**3.357**

**Nonpriority creditor's name and mailing address**

**PURCHASING POWER PLUS**
**5224 W STATE ROAD 46 #337**
**SANFORD, FL 32771**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$725.00**

---

**3.358**

**Nonpriority creditor's name and mailing address**

**QSC LLC**
**PO BOX 1372**
**DES MOINES, IA 50305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$123.50**

---

**3.359**

**Nonpriority creditor's name and mailing address**

**QUALITY RESOURCE GROUP INC**
**12795 16TH AVENUE NORTH**
**PLYMOUTH, MN 55441**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,609.37**

---

**3.360**

**Nonpriority creditor's name and mailing address**

**QUALITY SERVICES CORPORATION**
**PO BOX 1372**
**DES MOINES, IA 50305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,388.57**

---

**3.361**

**Nonpriority creditor's name and mailing address**

**QUEST DIAGNOSTICS**
**12989 COLLECTIONS CTR DR**
**CHICAGO, IL 60693-0129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$44,015.96**

---

**3.362**

**Nonpriority creditor's name and mailing address**

**R VISIONS MEDICAL STAFFING**
**PO BOX 460**
**NEWCASTLE, WY 82701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$47,575.50**

---

Debtor    **Central Iowa Healthcare**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,298.81 |

**RACOM CORPORATION**
**201 WEST STATE**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $600.88 |

**RC IMAGING**
**50 OLD HOJACK LANE**
**HILTON, NY 14468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $19,126.50 |

**RCM TECHNOLOGIES**
**PO BOX 536342**
**PITTSBURGH, PA 15253-5905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $11,651.69 |

**RECEIVABLE SOLUTIONS INC**
**PO BOX 21808**
**COLUMBIA, SC 29221-1808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $5,430.63 |

**RECORD AUTOMATIC DOORS INC**
**PO BOX 57158**
**PLEASANT HILL, IA 50327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $652.50 |

**REGION SIX PLANNING COMMISSION**
**PEOPLERIDES**
**903 EAST MAIN STREET**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $231,393.74 |

**RELAY HEALTH**
**PO BOX 98347**
**CHICAGO, IL 60693-8347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,996.25 |
|---|---|---|---|

**REPUBLIC HEALTH RESOURCES LLC**
**PO BOX 202056**
**DALLAS, TX 75320-2056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,065.69 |
|---|---|---|---|

**REPUBLIC SERVICES OF IOWA**
**PO BOX 9001154**
**LOUISVILLE, KY 40290-1154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231,487.76 |
|---|---|---|---|

**RESOLUTION**
**PO BOX 27093**
**LOUISVILLE, CO 80027**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,291.50 |
|---|---|---|---|

**RN NETWORK**
**PO BOX 974088**
**DALLAS, TX 75397-4088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSS PRODUCTS DIVISION**
**PO BOX 18095**
**COLUMBUS, OH 43216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,565.00 |
|---|---|---|---|

**RSM US LLP**
**5155 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,600.00 |
|---|---|---|---|

**RTI SURGICAL**
**PO BOX 11404**
**COLUMBIA, SC 29211-1404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.377** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00**

**SALAHUDDIN SYED, MD PC**
**1209 IDAHO AVENUE**
**AMES, IA 50014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$415.00**

**SANDVICK ENTERPRISES INC**
**PO BOX 405**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,777.74**

**SANOFI PASTEUR, INC**
**12458 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58.00**

**SCHARNWEBER WATER COND**
**701 SOUTH COUNTY ROAD**
**TOLEDO, IA 52342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$230.00**

**SCHENDEL PEST CONTROL**
**625 W LINCOLN WAY**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,585.42**

**SCHUMACHER ELEVATOR COMPANY**
**PO BOX 393**
**ONE SCHUMACHER WAY**
**DENVER, IA 50622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,398.24**

**SCHUMACHER GROUP**
**PO BOX 52368**
**LAFAYETTE, LA 70598-2368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,526.12 |
|---|---|---|---|

**SCRIBEAMERICA**
**PO BOX 417756**
**BOSTON, MA 02241-7756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,761.00 |
|---|---|---|---|

**SEIM JOHNSON, LLP**
**18081 BURT STREET**
**SUITE 200**
**OMAHA, NE 68022-4722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**SELECT POS & PERIPHERALS LLC**
**7275 BUSH LAKE ROAD**
**EDINA, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $497.90 |
|---|---|---|---|

**SELLERS PUBLISHING INC**
**161 JOHN ROBERTS ROAD**
**SOUTH PORTLAND, ME 04106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**SERVICEMASTER OF MARSHALLTOWN,**
**INC**
**707 MAYTAG RD.**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,515.00 |
|---|---|---|---|

**SHARED MEDICAL SERVICES, INC**
**209 LIMESTONE PASS**
**COTTAGE GROVE, WI 53527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.00 |
|---|---|---|---|

**SHARN INC**
**3204 MOMENTUM PLACE**
**CHICAGO, IL 60689-5332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53,132.30 |
|---|---|---|---|

**SHI INTERNATIONAL CORP**
**PO BOX 952121**
**DALLAS, TX 75395-2121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,425.00 |
|---|---|---|---|

**SIEMENS INDUSTRY INC**
**PO BOX 2134**
**CAROL STREAM, IL 60132-2134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $173.00 |
|---|---|---|---|

**SIGN CREATIONS**
**111 S 1ST AVE.**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.20 |
|---|---|---|---|

**SIMPEX MEDICAL INC**
**401 G PROSPECT AVE**
**CHICAGO, IL 60630-0661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,717.00 |
|---|---|---|---|

**SKILL SURVEY INC**
**32619 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693-0326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,628.32 |
|---|---|---|---|

**SKS COMMUNICATIONS**
**10 WEST 4TH STREET**
**STE 10**
**WATERLOO, IA 50701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,936.46 |
|---|---|---|---|

**SMITH NEPHEW ENDOSCOPY**
**PO BOX 60333**
**CHARLOTTE, NC 28260-0333**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Central Iowa Healthcare**
_____
Name

Case number (if known) _____

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,226.10** |
|---|---|---|---|

**SMITH NEPHEW HEALTHCARE DIV**
**PO BOX 93027**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,008.07** |
|---|---|---|---|

**SMITH NEPHEW ORTHOPAEDIC**
**1450 BROOKS RD**
**PHILADELPHIA, PA 19178-5921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,840.00** |
|---|---|---|---|

**SMITH NEPHEW WOUND MGMNT**
**75 REMITTANCE DRIVE**
**SUITE 6493**
**CHICAGO, IL 60675-6493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$230.63** |
|---|---|---|---|

**SMITHS MEDICAL ASD INC**
**PO BOX 7247-7784**
**PHILADELPHIA, PA 19170-7784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,479.46** |
|---|---|---|---|

**SODEXO CTM LLC**
**MSC - 410672**
**PO BOX 415000**
**NASHVILLE, TN 37241-5000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$491,013.37** |
|---|---|---|---|

**SOUND PHYSICIANS**
**PO BOX 742936**
**LOS ANGELES, CA 90074-2936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**SOURCEONE HEALTHCARE INC**
**4444 VIEWRIDGE AVE STE A**
**SAN DIEGO, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**SPECTRACORP**
8131 LBJ FREEWAY
SUITE 360
DALLAS, TX 75251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,289.42 |
|---|---|---|---|

**SPECTRANETICS CORPORATION**
LBX #774588
4588 SOLUTIONS CENTER
CHICAGO, IL 60677-4005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,295.00 |
|---|---|---|---|

**SPECTRIO**
PO BOX 890271
CHARLOTTE, NC 28289-0271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,637.84 |
|---|---|---|---|

**SSI GROUP INC**
DEPT 2455
PO BOX 11407
BIRMINGHAM, AL 35246-2455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,139.54 |
|---|---|---|---|

**ST JOHN COMPANIES INC**
PO BOX 51263
LOS ANGELES, CA 90051-5563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.65 |
|---|---|---|---|

**STAAR SURGICAL CO**
PO BOX 515160
1911 WALKER AVENUE
LOS ANGELES, CA 90051-5160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,040.59 |
|---|---|---|---|

**STAPLES ADVANTAGE**
PO BOX 83689
CHICAGO, IL 60696-3689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$389.53** |
| | **STAPLES PRINT SOLUTIONS**<br>**PO BOX 71805**<br>**CHICAGO, IL 60694-1805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.20** |
| | **STATE CENTER NURSING & REHAB**<br>**702 3RD ST NW**<br>**STATE CENTER, IA 50247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,444.00** |
| | **STATE HYGENIC LABORATORY**<br>**THE UNIVERSITY OF IOWA**<br>**UNIVERSITY OF IOWA RESEARCH PARK**<br>**IOWA CITY, IA 52242-5002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,316.00** |
| | **STATE HYGIENIC LABORAT**<br>**PO BOX 310405**<br>**DES MOINES, IA 50331-0405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,216.18** |
| | **STATE HYGIENIC LABORATORY**<br>**PO BOX 310405**<br>**DES MOINES, IA 50331-0405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,436.87** |
| | **STERICYCLE INC**<br>**27727 NETWORK PLACE**<br>**CHICAGO, IL 60673-1277** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
| | **STERIGEAR**<br>**362 SOUTH UNIVERSITY AVE**<br>**PROVO, UT 84601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,401.05** |
|---|---|---|---|

**STERIS CORPORATION**
**5960 HEISLEY RD**
**CHICAGO, IL 60677-1006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.10** |
|---|---|---|---|

**STRATEGIC HEALTHCARE PROGRAMS**
**PO BOX 101019**
**ATLANTA, GA 30392-1019**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111,209.90** |
|---|---|---|---|

**STRYKER ENDOSCOPY**
**5900 OPTICAL COURT**
**CHICAGO, IL 60673-3276**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,234.77** |
|---|---|---|---|

**STRYKER INSTRUMENTS**
**STRYKER SALES CORPORATION**
**4100 E MILHAN AVE**
**CHICAGO, IL 60673-0119**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,763.00** |
|---|---|---|---|

**STRYKER ORTHOPAEDICS**
**PO BOX 93213**
**CHICAGO, IL 60673-3213**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,883.55** |
|---|---|---|---|

**STRYKER SALES CORPORATION**
**PO BOX 93308**
**CHICAGO, IL 60673-3308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$524.30** |
|---|---|---|---|

**STRYKER SUSTAINABILITY SOLUTION**
**1810 WEST DRAKE DRIVE**
**PHOENIX, AZ 85038-9387**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.426** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.65**

**SUNMEDICA**
**1661 ZACHI WAY**
**REDDING, CA 96003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SUPERIOR CLEANING INC**
**312 S 1ST AVENUE**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,668.00**

**SURGICAL PRODUCT SOLUTIONS**
**1639 EAST RAILROAD STREET**
**CARNEGIE, PA 15106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,357.87**

**SYSMEX AMERICA INC**
**28241 NETWORK PL**
**CHICAGO, IL 60673-1282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,600.00**

**TAMA COUNTY TREASURER**
**BOX 336**
**TOLEDO, IA 52342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$505.58**

**TASER INTERNATIONAL**
**PO BOX 29661**
**PHOENIX, AZ 85038-9661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,233.95**

**TDS MED INC**
**1000 E HILLSBORO BLVD, #200**
**DEERFIELD BEACH, FL 33441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$249.93** |
|---|---|---|---|

**TELEFLEX MEDICAL**
**2917 WECK DRIVE**
**CHARLOTTE, NC 28260-1608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.83** |
|---|---|---|---|

**TENNANT SALES & SERVICE CO**
**PO BOX 71414**
**CHICAGO, IL 60694-1414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,364.90** |
|---|---|---|---|

**TERUMO MEDICAL CORP**
**PO BOX 841733**
**DALLAS, TX 75284-1733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**THE COMPOUNDING CENTER INC**
**33777 N SCOTTSDALE RD, SUITE 125**
**SCOTTSDALE, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,266.80** |
|---|---|---|---|

**THE GOOD BEAD**
**15105 MINNETONKA INDUSTRIAL ROAD**
**SUITE 227**
**MINNETONKA, MN 55345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00** |
|---|---|---|---|

**THE INGENUITY COMPANY**
**JOSEPH R BENESH**
**920 36TH STREET**
**DES MOINES, IA 50312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,836.25** |
|---|---|---|---|

**THE QUEST GROUP**
**9300 WADE BOULEVARD**
**SUITE 320**
**FRISCO, TX 75035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.440** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,444.24**

**THE ROBERTS GROUP**
**730 N GRAND AVE**
**WAUKESHA, WI 53186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,607.14**

**THE ROBERTS GROUP INC**
**730 N GRAND AVENUE**
**WAUKESHA, WI 53186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$572.01**

**TIM HILDRETH COMPANY INC**
**PO BOX 185**
**NORWALK, IA 50211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$560.71**

**TIMES REPUBLICAN**
**PO BOX 1300**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**TOPJOBZ INC**
**1500 HAYES DRIVE**
**MANHATTAN, KS 66502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.445** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,529.97**

**TOSHIBA AMERICA MEDICAL SYSTEM**
**PO BOX 91605**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,084.61**

**TRANE COMPANY**
**PO BOX 98167**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Central Iowa Healthcare** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.447** | Nonpriority creditor's name and mailing address

**TRANE US INC**
PO BOX 98167
CHICAGO, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,910.00**

---

**3.448** | Nonpriority creditor's name and mailing address

**TRI ANIM HEALTH SERVICES IN**
13733 SHORELINE COURT EAST
CHICAGO, IL 60673-1251

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,817.59**

---

**3.449** | Nonpriority creditor's name and mailing address

**TRI-STATE LOCK**
WAYNE TIETJE
313 S 3RD AVE BOX 1176
MARSHALLTOWN, IA 50158

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.450** | Nonpriority creditor's name and mailing address

**TRIAGE NURSING LLC**
13934 GOLD CIRCLE
OMAHA, NE 68144

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$141,327.36**

---

**3.451** | Nonpriority creditor's name and mailing address

**TRILLIANT SURGICAL**
6721 PORTWEST DRIVE
SUITE 160
HOUSTON, TX 77024

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$29,277.00**

---

**3.452** | Nonpriority creditor's name and mailing address

**TRUSTAFF TRAVEL NURSES**
PO BOX 63-8231
CINCINNATI, OH 45263-8231

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,292.50**

---

**3.453** | Nonpriority creditor's name and mailing address

**UI DIAGNOSTIC LABORATORIES**
200 HAWKINS DRIVE 5231 RCP
IOWA CITY, IA 52242-1009

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,785.00**

---

| Debtor | **Central Iowa Healthcare** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79.18** |
|---|---|---|---|

**ULINE**
**PO BOX 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38.42** |
|---|---|---|---|

**UNITED AD LABEL COMPANY INC**
**RR DONNELLEY**
**PO BOX 93514**
**CHICAGO, IL 60673-3514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,693.88** |
|---|---|---|---|

**UNITED HEALTHCARE**
**ATTN: RECOVERY SERVICES**
**PO BOX 740804**
**ATLANTA, GA 30374-0804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$189.34** |
|---|---|---|---|

**UNITED HEALTHCARE SHARED SERVICES**
**REFUND**
**PO BOX 30783**
**SALT LAKE CITY, UT 84130-0783**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**UNITED PARCEL SERVICE**
**PO  BOX 577**
**CAROL STREAM, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**UNITED WAY**
**709 SOUTH CENTER STREET**
**SUITE 6**
**MARSHALLTOWN, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$943.64** |
|---|---|---|---|

**UNITYPOINT HEALTH**
**PO BOX 83381**
**CHICAGO, IL 60691-0381**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.461** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,472.00**

UNIVERSAL HOSPITAL SVCS INC
2475 CORAL COURT
MINNEAPOLIS, MN 55486-0940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,317.00**

UP TO DATE
95 SAWYER ROAD
WALTHAM, MA 02453-9933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

US BANK - SOARING HEARTS INC
15380 W 119TH STREET
OLATHE, KS 66062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.464** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$278.08**

US BANK EQUIPMENT FINANCE
PO BOX 790448
ST LOUIS, MO 63179-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.465** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$351.30**

US ENDOSCOPY GROUP
7123 INDUSTRIAL PARK BLVD
CHICAGO, IL 60677-1006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.466** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,276.78**

US FOODS
PO BOX 310347
DES MOINES, IA 50331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69.00**

UTAH MEDICAL PRODUCTS INC
7043 SOUTH 300 WEST
MIDVALE, UT 84047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.468** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,218.00**

**VASCULAR SOLUTIONS**
PO BOX 1178
MAPLE GROVE, MN 55311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,980.43**

**VAX SERVE INC**
12566 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.470** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**VENTURE MANAGEMENT**
SOUTHERN HILLS APTS
2510 SOUTH 6TH D-21
MARSHALLTOWN, IA 50158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.471** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,828.32**

**VERITY SOLUTIONS, INC.**
38345 ! 10 Mile Rd. Suite 380
Farmington, MI 48335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.472** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,719.61**

**VERIZON WIRELESS**
PO BOX 25505
LEHIGH VALLEY, PA 18002-5502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,357.16**

**VISCOT MEDICAL LLC**
PO BOX 351
EAST HANOVER, NJ 07936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,980.00**

**VOCERA COMMUNICATIONS**
PO BOX 809087
CHICAGO, IL 60680-9087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.475** | Nonpriority creditor's name and mailing address
**VOLCANO CORP**
**24250 NETWORK PLACE**
**CHICAGO, IL 60673-1242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,850.00**

---

**3.476** | Nonpriority creditor's name and mailing address
**WALGREEN CO**
**32976 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$886.73**

---

**3.477** | Nonpriority creditor's name and mailing address
**WATERLOO HEALTHCARE**
**PO BOX 53555**
**PHOENIX, AZ 85072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,341.43**

---

**3.478** | Nonpriority creditor's name and mailing address
**WELLMARK**
**PO BOX 9232**
**STATION 1E 238**
**DES MOINES, IA 50306-9232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,022.70**

---

**3.479** | Nonpriority creditor's name and mailing address
**WEX BANK**
**PO BOX 6293**
**CAROL STREAM, IL 60197-6293**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.480** | Nonpriority creditor's name and mailing address
**WHITFIELD AND EDDY PLC**
**317 SIXTH AVENUE**
**SUITE 1200**
**DES MOINES, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$22,280.00**

---

**3.481** | Nonpriority creditor's name and mailing address
**WIMACTEL INC**
**PO BOX 561473**
**DENVER, CO 80256-1473**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$110.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | |
|---|---|---|
| | Name | Case number *(if known)* |

---

**3.482** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,710.68**

**WINDSTREAM**
PO BOX 9001908
LOUISVILLE, KY 40290-1908

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,452.87**

**WINDSTREAM COMMUNICATIONS**
C/O BANK OF AMERICA N A
PO BOX 60549
SAINT LOUIS, MO 63160-0549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,455.00**

**WINMAGIC**
5600A CONCROSS COURT
MISSISSAUGA, ON L5R3E9

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.485** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,534.49**

**WOLIN ELECTRIC LC**
1720 FULLER ROAD
WEST DES MOINES, IA 50265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.486** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

**WOODMAN CONTROLS**
813 SW ORDNANCE RD
ANKENY, IA 50023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.487** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$690.00**

**WORLDWIDE INNOVATIONS & TECH**
14740 W 101ST STREET
LENEXA, KS 66215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.86**

**WPS - MEDICARE**
PO BOX 8012
MADISON, WI 53708-8012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.489** | Nonpriority creditor's name and mailing address

**WPS GHA**
**PO BOX 8788**
**MADISON, WI 53708-8788**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,459.61**

---

**3.490** | Nonpriority creditor's name and mailing address

**WRIGHT MEDICAL TECHNOLOGY INC**
**5677 AIRLINE ROAD**
**SAINT LOUIS, MO 63150-3482**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,193.27**

---

**3.491** | Nonpriority creditor's name and mailing address

**XEROX CORPORATION**
**PO BOX 802555**
**CHICAGO, IL 60680-2555**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,860.42**

---

**3.492** | Nonpriority creditor's name and mailing address

**XEROX RECOVERY SERVICE**
**PO Box 802555**
**Chicago, IL 60680-2555**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,333.46**

---

**3.493** | Nonpriority creditor's name and mailing address

**XODUS MEDICAL**
**RESEARCH PARK**
**702 PROMINENCE DR**
**NEW KENSINGTON, PA 15068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$424.08**

---

**3.494** | Nonpriority creditor's name and mailing address

**Z & Z MEDICAL**
**1924 ADAMS STREET**
**CEDAR FALLS, IA 50613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,253.25**

---

**3.495** | Nonpriority creditor's name and mailing address

**ZIMMER US INC**
**14235 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,692.27**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |
|---|---|---|---|

**ZIXCORP**
**PO BOX 650823**
**DALLAS, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brent D. Stamps, Esq.**<br>**PO Box 2387**<br>**Norcross, GA 30091** | Line  **3.188** | _ |
| | | ☐ Not listed. Explain ____ | |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ 211,162.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ 14,541,620.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ 14,752,782.71 |

---

**Fill in this information to identify the case:**

Debtor name **Central Iowa Healthcare**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Coding Software** | |
| State the term remaining | |
| List the contract number of any government contract | **3M** **575 West Murray Blvd** **Murray, UT 84123-4611** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Service Contract** | |
| State the term remaining | |
| List the contract number of any government contract | **Abbott Point of Care Inc** **400 College Rd E** **Princeton, NJ 08540** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Aetna Better Health of Iowa** **4320 NW 114th St.** **Urbandale, IA 50322** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Triage Equipment** | |
| State the term remaining | |
| List the contract number of any government contract | **Alere** **30 South Keller Rd** **Orlando, FL 32810** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Central Iowa Healthcare**
   First Name       Middle Name       Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**RALS Software System**

State the term remaining

List the contract number of any government contract

**Alere Informatics, Inc**
**2000 Holiday Dr. Suite 500**
**Charlottesville, VA 22901**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Allen College**
**1990 Heath St.**
**Waterloo, IA 50703**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Electric Service**

State the term remaining

List the contract number of any government contract

**Alliant Energy Corporation**
**625 First Street SE**
**Cedar Rapids, IA 52401**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Midwest Affiliate AHA Grant**

State the term remaining

List the contract number of any government contract

**American Heart Association, Midwest Miss**
**4701 W. 77th St**
**Minneapolis, MN 55435**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Pledge of Participation**

State the term remaining

List the contract number of any government contract

**American Hospital Association**
**155 N. Wacker Dr.**
**Suite 400**
**Chicago, IL 60606**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Medical Svs Agreement**

State the term remaining

List the contract number of any

**American Medical Response, Inc.**
**6200 South Syracuse Way**
**Suite 200**
**Greenwood Village, CO 80111**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Central Iowa Healthcare**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*

---

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

---

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Business Associate** | |
| | State the term remaining | | **American Recycling** |
| | List the contract number of any government contract | | **6203 E. Mission Ave** **Spokane, WA 99212** |

---

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Provider Agreements** | |
| | State the term remaining | | **Amerigroup** |
| | List the contract number of any government contract | | **5800 North** **Norfolk, VA 23502** |

---

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement** | |
| | State the term remaining | | **AmeriHealth Caritas Iowa, Inc.** |
| | List the contract number of any government contract | | **601 Locust Street** **Suite 900** **Des Moines, IA 50309** |

---

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Business Associate Agreement** | |
| | State the term remaining | | **AMI Cardiac Monitoring, Inc** |
| | List the contract number of any government contract | | **17810 Meeting House Rd** **Suite 210** **Sandy Spring, MD 20860** |

---

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Confidential destruction and recycling services** | |
| | State the term remaining | | **AMS Store & Shred, LLC** |
| | List the contract number of any government contract | | **13 Prosper Count** **Lake in the Hills, IL 60158** |

---

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **BAA** | **APS Medical Billing** **5620 Southwyck Blvd** **Toledo, OH 43614** |

---

Debtor 1   **Central Iowa Healthcare**
_____
First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Interface Proposal for Paragon** |
|---|---|---|
| | State the term remaining | **Athena Health, Inc** |
| | List the contract number of any government contract | **311 Arsenal St**<br>**Watertown, MA 02472** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Cedit Collection** |
|---|---|---|
| | State the term remaining | **Automated Accounts Management Services,** |
| | List the contract number of any government contract | **4800 Mills Civic Plwy**<br>**Suite 202**<br>**West Des Moines, IA 50265** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services** |
|---|---|---|
| | State the term remaining | **Baird Holm** |
| | List the contract number of any government contract | **1700 Farnam St., Suite 1500**<br>**Omaha, NE 68102** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Water/Fire Alarm System** |
|---|---|---|
| | State the term remaining | **Baker Group** |
| | List the contract number of any government contract | **4224 Hubbell Ave**<br>**Des Moines, IA 50317-4508** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Reclassification Application** |
|---|---|---|
| | State the term remaining | **Baker Healthcare Consulting, Inc.** |
| | List the contract number of any government contract | **Suite 2000, Box 82058**<br>**One American Square**<br>**Indianapolis, IA 46282** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1   **Central Iowa Healthcare**                                                    Case number *(if known)* _____
   First Name       Middle Name       Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Locum Tenens Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Barton & Associates, Inc** |
| | List the contract number of any government contract | | **300 Jubilee Drive** |
| | | | **Peabody, MA 01960** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bayer HealthCare LLC** |
| | List the contract number of any government contract | | **1 Bayer Drive** |
| | | | **Indianola, PA 15051** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Resource** | |
|---|---|---|---|
| | State the term remaining | | **BCI** |
| | List the contract number of any government contract | | **215 Jamestown Park Rd** |
| | | | **Suite 203** |
| | | | **Brentwood, TN 37027** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Athletic Training Services** | |
|---|---|---|---|
| | State the term remaining | | **BCLUW High School** |
| | List the contract number of any government contract | | **610 E. Center St** |
| | | | **Conrad, IA 50621** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **BD Acquisition Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Becton, Dickinson & Company** |
| | List the contract number of any government contract | | **7 Loveton Cir** |
| | | | **Sparks, MD 21152** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | user agreement | |
|---|---|---|---|
| | State the term remaining | | **Best Practice Professionals, Inc.** |
| | List the contract number of any | | **1800 E. 900 South** |
| | | | **Salt Lake City, UT 84108** |

Debtor 1   **Central Iowa Healthcare**
_____   _____   _____   Case number *(if known)* _____
First Name        Middle Name        Last Name

<span style="background:purple">   </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.28.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Biomerieux, Inc**
**PO Box 500308**
**St. Louis, MO 63150**

**2.29.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**BKD, LLP**
**1201 Walnut, Suite 1700**
**Kansas City, MO 64106-2117**

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Ambulance Services**

State the term remaining

List the contract number of any government contract

**Bureau of EMS**
**401 SW 7th St**
**Des Moines, IA 50309**

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Sofia Agreement**

State the term remaining

List the contract number of any government contract

**Cardinal Health**
**12544 High Bluff Dr, Suie 200**
**San Diego, CA 92130**

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Participant Agreement**

State the term remaining

List the contract number of any government contract

**Cardinal Health**
**7000 Cardinal Place**
**Dublin, OH 43017**

**2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Consulting & Staffing**

**Care Communications, Inc.**
**205 W. Wacker Dr., Suite 1900**
**Chicago, IL 60606-1214**

Debtor 1    **Central Iowa Healthcare**

    First Name               Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest   **Hospice Program** | |
| State the term remaining | **Care Initiatives Hospice** |
| List the contract number of any government contract | **1611 West Lakes Pkwy** <br> **West Des Moines, IA 50266** |
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest   **Instrument Tracking/Tray Assembly** | |
| State the term remaining | **CareFusion** |
| List the contract number of any government contract | **75 N. Fairway Drive** <br> **Vernon Hills, IL 60061** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **CareFusion Solutions, LLC** |
| List the contract number of any government contract | **3750 Torrey View Ct** <br> **San Diego, CA 92130** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest   **Influsion and Other Pharmaceutical Therapies** | |
| State the term remaining | **CarePro Home Infusion** |
| List the contract number of any government contract | **402 10th St SE** <br> **Cedar Rapids, IA 52403** |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Carestream Health, Inc.** |
| List the contract number of any government contract | **150 Verona Street** <br> **Rochester, NY 14608** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  **Central Iowa Healthcare**
　　　　　First Name　　　　Middle Name　　　　Last Name　　　　　　　　　Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cassling<br>13808 F Street<br>Omaha, NE 68137-1102** |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest　**Acct#<br>Opened 11/4/2015<br>Equipment Lease<br>Shielding at MRI;<br>HVAC/plumbing<br>equipment, Electrical<br>equipment, Steel Boom<br>Supports and Unistrut<br>Systems**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CBC Marshalltown, LLC<br>c/o US Federal Properties Co., LLC<br>4706 Broadway, Suite 240<br>Kansas City, MO 64112** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest　**Computer Equipment<br>purchase**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CCA Financial, LLC<br>7275 Glen Forest Dr. Suite 100<br>Richmond, VA 23226** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest　**Practice Organization<br>Registration Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Center Associates, Inc<br>9 N. 4th Ave<br>Marshalltown, IA 50158** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Central Iowa Physio, LLC<br>55 Central Iowa Dr.<br>Marshalltown, IA 50158** |

Debtor 1   **Central Iowa Healthcare**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* _____

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Pulmonology Outreach Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Chest, Infectious Diseases & Critical Ca** |
| | List the contract number of any government contract | | **1601 NW 114th St**<br>**Suite 347**<br>**Des Moines, IA 50325-7046** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Refugee Health Connections** | |
|---|---|---|---|
| | State the term remaining | | **Child Abuse Prevention Services** |
| | List the contract number of any government contract | | **811 E. Main St**<br>**Marshalltown, IA 50158** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **PHO Participant Agreement** | |
|---|---|---|---|
| | State the term remaining | | **ChoiceCare** |
| | List the contract number of any government contract | | **PO Box 19013**<br>**Green Bay, WI 54307** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Snow Removal** | |
|---|---|---|---|
| | State the term remaining | | **Chyma's Machine & Welding Shop Inc.** |
| | List the contract number of any government contract | | **206 2nd Ave**<br>**Toledo, IA 52342** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **promissory note** | |
|---|---|---|---|
| | State the term remaining | | **CIH Foundation** |
| | List the contract number of any government contract | | **3 S. 4th Ave**<br>**Marshalltown, IA 50158** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Record Review** | |
|---|---|---|---|
| | State the term remaining | | **CIMRO** |
| | List the contract number of any | | **515 S. La Grange Rd.**<br>**La Grange, IL 60525** |

---

Debtor 1   **Central Iowa Healthcare**
 First Name         Middle Name         Last Name                    Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **BAA** | |
|---|---|---|---|
| | State the term remaining | | **CIOX Health, LLC**<br>**925 N. Point Pkwy**<br>**Suite 350**<br>**Alpharetta, GA 30005** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Paramedic Ambulance Services** | |
|---|---|---|---|
| | State the term remaining | | **City of Marshalltown**<br>**24 N. Center Street**<br>**Marshalltown, IA 50158** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Clark College, School of Physical Therap**<br>**1550 Clarke Drive**<br>**Dubuque, IA 52001** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Student Clinicals** | |
|---|---|---|---|
| | State the term remaining | | **Clarkson College**<br>**101 S. 42nd Street**<br>**Omaha, NE 68131** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Breath Alcohol Technician Training Course** | |
|---|---|---|---|
| | State the term remaining | | **CMI, Inc**<br>**316 E. Ninth**<br>**Owensboro, KY 42303** |
| | List the contract number of any government contract | | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Affiliation Agreement** | **College of Health & Human Services**<br>**1320 W. Lombard St**<br>**Davenport, IA 52804** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Central Iowa Healthcare**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement** | |
|---|---|---|---|
| | State the term remaining | | **College of Saint Mary**<br>**7000 Mercy Road**<br>**Omaha, NE 68106** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Software & Database Licensing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Comparion Medical Analytics, Inc**<br>**220 N. Main St**<br>**Suite 300**<br>**Greenville, SC 29601** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Addendum to Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | | **CoOportunity Health**<br>**2700 Westown Pkwy**<br>**Suite 345**<br>**West Des Moines, IA 50266-1411** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **agreement** | |
|---|---|---|---|
| | State the term remaining | | **CORE**<br>**10059 N. Reiger Rd**<br>**Baton Rouge, LA 70809** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Participating Physician Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Coventry Health Care of Iowa**<br>**4600 Westown Pkwy**<br>**Regency 6, Suite 301**<br>**West Des Moines, IA 50266** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Central Iowa Healthcare** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Crawford Healthcare Inc.** |
| | List the contract number of any government contract | | **2005 S. Easton Rd**<br>**Suite 203**<br>**Doylestown, PA 18901** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **PCP/Lab Testing** | |
|---|---|---|---|
| | State the term remaining | | **Cretex Concrete Products** |
| | List the contract number of any government contract | | **2002 E. Olive St**<br>**Marshalltown, IA 50158** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Interim CNO** | |
|---|---|---|---|
| | State the term remaining | | **CTL Consulting, LLC** |
| | List the contract number of any government contract | | **705B SE Melody Lane**<br>**Lee's Summit, MO 64063** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Collection, Auditing & Reporting** | |
|---|---|---|---|
| | State the term remaining | | **Database Solutions** |
| | List the contract number of any government contract | | **433 Route 1**<br>**Suite 403**<br>**York, ME 03909** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Delta Locum Tenens** |
| | List the contract number of any government contract | | **Four Hickory Centre**<br>**1755 Wittington Pl, Ste 175**<br>**Dallas, TX 75234** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Single Site Agreement** | |
|---|---|---|---|
| | State the term remaining | | **DePuy Synthes Trauma, Brandywine Technic** |
| | List the contract number of any | | **1301 Goshen Pkwy**<br>**West Chester, PA 19380** |

Debtor 1    **Central Iowa Healthcare**

First Name          Middle Name          Last Name          Case number (if known)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Training Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **Des Moines University** |
|  | List the contract number of any government contract |  | **3200 Grand Avenue** **Des Moines, IA 50312** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **DFM Dietary Food Management** **8665 Harbach Blvd** |
|  | List the contract number of any government contract |  | **2nd Floor** **Clive, IA 50325** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Lab Interface Dev. Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **digiChart** **100 Winners Cir** |
|  | List the contract number of any government contract |  | **Suite 450** **Brentwood, TN 37027** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Software & Services Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **Discharge 1-2-3** **150 N. Martingale Rd** |
|  | List the contract number of any government contract |  | **Suite 838** **Schaumburg, IL 60173** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest |  |  |
|---|---|---|---|
|  | State the term remaining |  | **DMACC** **2006 Ankeny Blvd** |
|  | List the contract number of any government contract |  | **Ankeny, IA 50023** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest |  | **Document Destruction & Recycling Service** **4250 6th St SW** **Cedar Rapids, IA 52404** |
|---|---|---|---|

Debtor 1   **Central Iowa Healthcare**
         First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **276/277 Health Care Claim Status Request & Response** |
|---|---|---|
| | State the term remaining | **EDI Support Services PO Box 6729 Fargo, ND 58108-6729** |
| | List the contract number of any government contract | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **EHR 15 Campus Blvd Suite 200 Newtown Square, PA 19073** |
| | List the contract number of any government contract | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement** |
|---|---|---|
| | State the term remaining | **Elsevier/MC Strategies 245 Peachtree Ctr Ave NE Suite 1900 Atlanta, GA 30303-1226** |
| | List the contract number of any government contract | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Locum Tenens Agreement** |
|---|---|---|
| | State the term remaining | **Emergency Practice Associates PO Box 1260 Waterloo, IA 50704** |
| | List the contract number of any government contract | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Funding** |
|---|---|---|
| | State the term remaining | **Emergency Trauma Fund 770 L Street Suite 950 Sacramento, CA 95814** |
| | List the contract number of any government contract | |

Debtor 1  **Central Iowa Healthcare**

First Name          Middle Name          Last Name          Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Discount Program Enrollment Form** | |
|---|---|---|---|
| | State the term remaining | | **FFF Enterprises, Inc.** |
| | List the contract number of any government contract | | **41093 County Ctr Dr**<br>**Temecula, CA 92591** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Letter** | |
|---|---|---|---|
| | State the term remaining | | **First Advantage** |
| | List the contract number of any government contract | | **PO Box 7384**<br>**Seminole, FL 33775** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement** | |
|---|---|---|---|
| | State the term remaining | | **First Party Receivables Solution** |
| | List the contract number of any government contract | | **5754 W. 11th St**<br>**Suite 100**<br>**Greeley, CO 80634** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Fisher Community Center** |
| | List the contract number of any government contract | | **709 S. Center St**<br>**Marshalltown, IA 50158** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Laundry/Linen** | |
|---|---|---|---|
| | State the term remaining | | **G&K Services** |
| | List the contract number of any government contract | | **1325 Metro E Dr**<br>**Pleasant Hill, IA 50327** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **STAT Lab Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Garner Dialysis, LLC** |
| | List the contract number of any | | **C/O:  DaVita Inc.**<br>**2611 N. Halsted St**<br>**Chicago, IL 60614** |

Debtor 1    **Central Iowa Healthcare**
    First Name        Middle Name        Last Name             Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **GE HFS, LLC**<br>**PO Box 414 W 490**<br>**Milwaukee, WI 53201** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **General Electric Capital Corp.**<br>**20225 Watertower Blvd**<br>**Brookfield, WI 53045** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Acct#**<br>**Opened 9/11/14**<br>**Equipment Lease**<br>**GE Healthcare Systems**<br>**and all GE medical**<br>**equipment at the**<br>**Outpatient Center** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **General Electric Capital Corporation**<br>**PO Box 414, W-490**<br>**Milwaukee, WI 53201** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Dispensers** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Georgia-Pacific Consumer Products LP**<br>**133 Peachtree St NE**<br>**Atlanta, GA 30303** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Peer Review Hearing**<br>**Officer** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gislason & Hunter LLP**<br>**317 6th Avenue**<br>**Des Moines, IA 50309** |

Debtor 1    **Central Iowa Healthcare**                                                    Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Lab Services** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Glenwood Place**<br>**2907 S. 6th St**<br>**Marshalltown, IA 50158** |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Lab Services** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Grandview Heights**<br>**910 E. Olive**<br>**Marshalltown, IA 50158** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Master Staffing Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **GrapeTree Medical Staffing**<br>**703 16th St**<br>**Spirit Lake, IA 51360-1623** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Great Western Bank**<br>**11 N. 1st Ave**<br>**Marshalltown, IA 50158** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Sortware License & Services Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Halogen Software**<br>**495 March Rd**<br>**Suite 100**<br>**Kanata, Ontario, CANADA K2K 3G1** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
| | State the term remaining | | |
| | List the contract number of any | | **Halvorson Building Services**<br>**2220 NW 108th**<br>**Clive, IA 50325** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　　　Best Case Bankruptcy

Debtor 1   **Central Iowa Healthcare**
    First Name         Middle Name        Last Name              Case number (*if known*)

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hammond Hanlon Camp LLC** |
| | List the contract number of any government contract | | **311 S. Wacker**<br>**Suite 5425**<br>**Chicago, IL 60606** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Harmony Healthcare** |
| | List the contract number of any government contract | | **2909 W. Bay to Bay Blvd.**<br>**Suite 500**<br>**Tampa, FL 33606** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Hawkeye Community College** |
| | List the contract number of any government contract | | **1501 E. Orange Road**<br>**Waterloo, IA 50704** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Mgmt of Wound Clinic** | |
|---|---|---|---|
| | State the term remaining | | **Healogics** |
| | List the contract number of any government contract | | **5220 Belfort Rd**<br>**Suite 130**<br>**Jacksonville, FL 32256** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Forbearance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Health Enterprises of Iowa** |
| | List the contract number of any government contract | | **5825 Dry Creek Lane NE**<br>**Cedar Rapids, IA 52402** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **EpicCare Link** | **Health Ventures**<br>**McFarland Clinic P.C.**<br>**PO Box 3014**<br>**Ames, IA 50010** |
|---|---|---|---|

Debtor 1    **Central Iowa Healthcare**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
　　government contract

---

2.101.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

State the term remaining

List the contract number of any
　　government contract

**Healthcare Coding & Consulting Services**
**8000 Summerlin Lakes Dr**
**Suite 200**
**Fort Myers, FL 33907**

---

2.102.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

**AudaPro Tracking**

State the term remaining

List the contract number of any
　　government contract

**HealthPort**
**925 N. Point Pkwy**
**Suite 350**
**Alpharetta, GA 30005**

---

2.103.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

**Communications
Agreement/Project Plan**

State the term remaining

List the contract number of any
　　government contract

**Hill-Rom Company, Inc**
**1225 Crescent Green**
**Suite 200**
**Cary, NC 27511**

---

2.104.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

State the term remaining

List the contract number of any
　　government contract

**HMI Corporation**
**155 Franklin Rd**
**Suite 100**
**Brentwood, TN 37027**

---

2.105.　State what the contract or
　　　　lease is for and the nature of
　　　　the debtor's interest

**Collection Services
Agreement**

State the term remaining

List the contract number of any
　　government contract

**Hollis Cobb**
**4366 Park Drive**
**Norcross, GA 30093**

---

Debtor 1  **Central Iowa Healthcare**
　　　　　First Name　　　　　Middle Name　　　　　Last Name　　　　　Case number *(if known)* _____

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.106.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Hospice Compassus**
**610 32nd Ave SW**
**Suite F**
**Cedar Rapids, IA 52404**

---

**2.107.** State what the contract or lease is for and the nature of the debtor's interest　　**Kodak Eq Service**

　　　State the term remaining

　　　List the contract number of any government contract

**HOV Services/Lason Service Admin.**
**11850 Hempstead Highway**
**Suite 270**
**Houston, TX 77092**

---

**2.108.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**ICE Technologies, Inc.**
**411 SE 9th St**
**Pella, IA 50219**

---

**2.109.** State what the contract or lease is for and the nature of the debtor's interest　　**Service Agreement**

　　　State the term remaining

　　　List the contract number of any government contract

**IFMC**
**1776 West Lakes Pkwy**
**West Des Moines, IA 50266**

---

**2.110.** State what the contract or lease is for and the nature of the debtor's interest

　　　State the term remaining

　　　List the contract number of any government contract

**Indian Hills Community College**
**525 Grandview Ave**
**Ottumwa, IA 52501**

---

**2.111.** State what the contract or lease is for and the nature of the debtor's interest　　**Services Agreement**

　　　State the term remaining

　　　List the contract number of any

**Integrated Telehealth Partners**
**318 5th St.**
**West Des Moines, IA 50265**

Debtor 1    **Central Iowa Healthcare**

_First Name_          _Middle Name_          _Last Name_          Case number _(if known)_

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Intelligent Medical Objects, Inc.** |
| | List the contract number of any government contract | | **60 Revere Dr.** **Northbrook, IL 60062** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **BA Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Intermedix Corporation** **135 S. 84th Street** |
| | List the contract number of any government contract | | **Suite 150** **Milwaukee, WI 53150** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Organ & Tissue Donation** | |
|---|---|---|---|
| | State the term remaining | | **Iowa Donor Network** |
| | List the contract number of any government contract | | **550 Madison Avenue N.** **North Liberty, IA 52317** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services** | |
|---|---|---|---|
| | State the term remaining | | **Iowa ENT Center, PLLC** |
| | List the contract number of any government contract | | **105 Valley West Dr** **West Des Moines, IA 50265** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Externship Program** | |
|---|---|---|---|
| | State the term remaining | | **Iowa Governor's STEM Advisory Council** |
| | List the contract number of any government contract | | **214 E. Bartlett Hall UNI** **Cedar Falls, IA 50614** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Infusion Nursing Services** | **Iowa Health Home Care** **PO Box 35455** **Des Moines, IA 50315** |
|---|---|---|---|

| Debtor 1 | **Central Iowa Healthcare** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

**2.118.** State what the contract or lease is for and the nature of the debtor's interest — **Hospital Charter**

State the term remaining

List the contract number of any government contract

**Iowa Healthcare Collaborative**
**100 E. Grand Ave**
**Suite 360**
**Des Moines, IA 50309**

---

**2.119.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Iowa Heart Center, P.C.**
**5880 University Ave**
**West Des Moines, IA 50266**

---

**2.120.** State what the contract or lease is for and the nature of the debtor's interest — **Hospice Program**

State the term remaining

List the contract number of any government contract

**Iowa Hospice LLC**
**5650 NW Johnston Dr.**
**Suite E**
**Johnston, IA 50131**

---

**2.121.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Iowa Hospital Association**
**100 E. Grand Ave**
**Des Moines, IA 50309**

---

**2.122.** State what the contract or lease is for and the nature of the debtor's interest — **SHIIP Program MOU**

State the term remaining

List the contract number of any government contract

**Iowa Insurance Division**
**Two Ruan Center**
**601 Locust St, 4th Fl**
**Des Moines, IA 50309-3738**

---

Debtor 1   **Central Iowa Healthcare**
First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.123.** State what the contract or lease is for and the nature of the debtor's interest — **Donated Ocular Tissue**

State the term remaining

List the contract number of any government contract

**Iowa Lions Eye Bank**
**2346 Mormon Trek Blvd**
**Suite 1500**
**Iowa City, IA 52246**

---

**2.124.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Iowa Orthopaedic Center PC**
**450 Laurel St**
**Des Moines, IA 50314**

---

**2.125.** State what the contract or lease is for and the nature of the debtor's interest — **Hospice Program**

State the term remaining

List the contract number of any government contract

**Iowa River Hospice**
**PO Box 1086**
**Marshalltown, IA 50158**

---

**2.126.** State what the contract or lease is for and the nature of the debtor's interest — **Iowa Medicaid Program**

State the term remaining

List the contract number of any government contract

**Iowa Total Care**
**699 Walnut Street**
**4th Fl, Suite 437**
**Des Moines, IA 50309-3962**

---

**2.127.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Iowa Valley Community College**
**3700 South Center St**
**Marshalltown, IA 50158**

---

**2.128.** State what the contract or lease is for and the nature of the debtor's interest — **Hospital Services for IVH**

State the term remaining

List the contract number of any

**Iowa Veterans Home**
**1301 Summit Street**
**Marshalltown, IA 50158**

Debtor 1   **Central Iowa Healthcare**
　　　　First Name　　　　　Middle Name　　　　　Last Name　　　　　　　　Case number *(if known)*

<table>
<tr><td style="background:#3d0033; width:60px;"> </td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Immunization Histories** | |
|---|---|---|---|
| | State the term remaining | | **IRIS - Immunization Program** |
| | List the contract number of any government contract | | **321 E. 12th St** **Des Moines, IA 50319-0075** |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **CDMP** | |
|---|---|---|---|
| | State the term remaining | | **J.A. Thomas & Associates** |
| | List the contract number of any government contract | | **3715 Northside Pkwy NW** **Suite 1-200** **Atlanta, GA 30327** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Resource** | |
|---|---|---|---|
| | State the term remaining | | **Jarrard** |
| | List the contract number of any government contract | | **219 Ward Circle** **Suite 3** **Brentwood, TN 37027** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services** | |
|---|---|---|---|
| | State the term remaining | | **Jerold Panas, Linzy & Partners** |
| | List the contract number of any government contract | | **500 N. Michigan Ave** **Chicago, IL 60611** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **agreement** | |
|---|---|---|---|
| | State the term remaining | | **Juniper Advisory LLC** |
| | List the contract number of any government contract | | **191 N. Wacker Drive** **Suite 900** **Chicago, IL 60606** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | **Key Government Finance, Inc.** **1000 S. McCaslin Blvd** **Superior, CO 80027** |
|---|---|---|---|

Debtor 1  **Central Iowa Healthcare**
         First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract   _____

---

2.135.  State what the contract or
        lease is for and the nature of
        the debtor's interest          **Student Clinicals**

        State the term remaining

        List the contract number of any        **Kirkwood Community College**
        government contract                     **6301 Kirwood Blvd SW**
                                                **Cedar Rapids, IA 52406**

---

2.136.  State what the contract or
        lease is for and the nature of
        the debtor's interest          **Service Agreement**

        State the term remaining

        List the contract number of any        **Kronos Incorporated**
        government contract                     **297 Billerica Rd**
                                                **Chelmsford, MA 01824**

---

2.137.  State what the contract or
        lease is for and the nature of
        the debtor's interest          **Specimen Collection**

        State the term remaining

        List the contract number of any        **Lab Corp of American Holdings**
        government contract                     **1440 York Court Ext**
                                                **Burlington, NC 27215**

---

2.138.  State what the contract or
        lease is for and the nature of
        the debtor's interest          **Radiation Monitoring
                                       Services**

        State the term remaining

        List the contract number of any        **Landauer, Inc**
        government contract                     **2 Science Road**
                                                **Glenwood, IL 60425**

---

2.139.  State what the contract or
        lease is for and the nature of
        the debtor's interest          **MARTII**

        State the term remaining

        List the contract number of any        **Language Access Network, LLC**
        government contract                     **1103 Schrock Rd**
                                                **Suite 200**
                                                **Columbus, OH 43229**

---

Debtor 1   **Central Iowa Healthcare**
    First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.140.** State what the contract or lease is for and the nature of the debtor's interest | **Mowing** |
| State the term remaining | |
| List the contract number of any government contract | Laverne Hand<br>1306 Seymour St<br>Tama, IA 52339 |
| **2.141.** State what the contract or lease is for and the nature of the debtor's interest | **Blood Supply Agreement** |
| State the term remaining | |
| List the contract number of any government contract | LifeServe Blood Center<br>431 East Locust St<br>Des Moines, IA 50309 |
| **2.142.** State what the contract or lease is for and the nature of the debtor's interest | **214 E. Main St. Rental** |
| State the term remaining | |
| List the contract number of any government contract | Main Street Real Estate, Inc.<br>210 E. Main St<br>Marshalltown, IA 50158 |
| **2.143.** State what the contract or lease is for and the nature of the debtor's interest | **Housekeeping/Clerical** |
| State the term remaining | |
| List the contract number of any government contract | ManpowerGroup Solutions<br>100 Manpower Pl<br>Milwaukee, WI 53212 |
| **2.144.** State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** |
| State the term remaining | |
| List the contract number of any government contract | Marshall County Board of Supervisors<br>1 E. Main St<br>Suite 5<br>Marshalltown, IA 50158 |
| **2.145.** State what the contract or lease is for and the nature of the debtor's interest | **Ambulance Supplies** |
| State the term remaining | |
| List the contract number of any | Marshall County Emergency Medical Servic<br>22 N. Center St.<br>Marshalltown, IA 50158 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **Central Iowa Healthcare**
_____
First Name          Middle Name          Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Bus Usage for Relocation** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marshalltown Municipal Transit**<br>**905 E. Main St**<br>**Marshalltown, IA 50158** |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marshalltown OB/GYN**<br>**407 E. Main St**<br>**Marshalltown, IA 50158** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marshalltown Orthopedics, P.C.**<br>**312 E. Main Street**<br>**Suite 2400**<br>**Marshalltown, IA 50158** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **After Hour Telephone Support Med Assistance** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Greeley Medical Center**<br>**1111 Duff Ave**<br>**Ames, IA 50010** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Pulse Oximetry Equipment** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Masimo Americas, Inc.**<br>**40 Parker**<br>**Irvine, CA 92618** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Facility Staffing Agreement** | **Maxim Staffing Solutions**<br>**4949 Pleasant St**<br>**Suite 201**<br>**West Des Moines, IA 50266** |
|---|---|---|---|

Debtor 1  **Central Iowa Healthcare**
          First Name        Middle Name        Last Name                          Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
   government contract        _____

---

2.152. | State what the contract or lease is for and the nature of the debtor's interest | **BAA**

State the term remaining

List the contract number of any
   government contract        _____

**Mayo Medical Laboratories**
**150 Third St SW**
**Rochester MN   55902**

---

2.153. | State what the contract or lease is for and the nature of the debtor's interest |

State the term remaining

List the contract number of any
   government contract        _____

**MCC Mediacom LLC**
**1201 Industrial Blvd.**
**Marshalltown, IA 50158**

---

2.154. | State what the contract or lease is for and the nature of the debtor's interest |

State the term remaining

List the contract number of any
   government contract        _____

**McCownGordon Contruction LLC**
**422 Admiral Blvd.**
**Kansas City, MO 64106**

---

2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement**

State the term remaining

List the contract number of any
   government contract        _____

**McFarland Clinic**
**1215 Duff Ave**
**Ames, IA 50010**

---

2.156. | State what the contract or lease is for and the nature of the debtor's interest |

State the term remaining

List the contract number of any
   government contract        _____

**McGladrey LLP**
**201 N. Harrison St**
**Suite 300**
**Davenport, IA 52801**

---

Debtor 1   **Central Iowa Healthcare**                                          Case number *(if known)* _____
_____ First Name    Middle Name    _____ Last Name

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Engagement** | |
|---|---|---|---|
| | State the term remaining | | **McGuireWood** |
| | | | **77 W. Wacker Drice** |
| | List the contract number of any government contract | | **Suite 4100** |
| | | | **Chicago, IL 60601** |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | | | **McKesson** |
| | List the contract number of any government contract | | **5995 Windward Pkwy** |
| | | | **Alpharetta, GA 30005** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Center Contact List** | |
|---|---|---|---|
| | State the term remaining | | |
| | | | **McKesson Pharmaceutical** |
| | List the contract number of any government contract | | **3003 Airport Rd** |
| | | | **LaCrosse, WI 54602** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing** | |
|---|---|---|---|
| | State the term remaining | | **Medefis, Inc** |
| | | | **10826 Old Mill Rd** |
| | List the contract number of any government contract | | **Suite 101** |
| | | | **Omaha, NE 68154** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Record Review** | |
|---|---|---|---|
| | State the term remaining | | |
| | | | **Medical Revenue Solutions, LLC** |
| | List the contract number of any government contract | | **1412 SW Eagles Pkwy** |
| | | | **Grain Valley, MO 64029** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Pricing Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | | | **MedTox Laboratories, Inc** |
| | List the contract number of any | | **402 West County Road D** |
| | | | **Saint Paul, MN 55112** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Central Iowa Healthcare**
_____   _____   _____   Case number *(if known)* _____
First Name   Middle Name   Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Support Data Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Medtronic USA**<br>**8200 Coral Sea St NE (MVS22)**<br>**Mounds View, MN 55112** |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Transportation to ED** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mental Health Center of Mid-Iowa**<br>**9 N. 4th Avenue**<br>**Marshalltown, IA 50158** |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mercy College of Health Sciences**<br>**928 6th Avenue**<br>**Des Moines, IA 50309** |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Echocardiography** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mercy Medical Center - Des Moines**<br>**1111 Sixth Ave**<br>**Des Moines, IA 50314** |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Iowa Practitioner Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Meridian Health Plan**<br>**666 Grand Avenue**<br>**Floor 14**<br>**Des Moines, IA 50309** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Food Service Contract** | |
|---|---|---|---|
| | | | **Mid-Iowa Community Action, Inc**<br>**1001 S. 18th Avenue**<br>**Marshalltown, IA 50158** |

Debtor 1    **Central Iowa Healthcare**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　_____

---

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
　　government contract　　_____

---

2.169. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
　　government contract

**Midlands Choice, Inc.**
**8420 W. Dodge Rd**
**Suite 210**
**Omaha, NE 68114-3492**

---

2.170. State what the contract or
lease is for and the nature of
the debtor's interest

**BA Agreement**

State the term remaining

List the contract number of any
　　government contract

**Midwest Electronic Recovery**
**7420 University Ave Suite A**
**Clive, IA 50325**

---

2.171. State what the contract or
lease is for and the nature of
the debtor's interest

**Master License
Agreement**

State the term remaining

List the contract number of any
　　government contract

**Milliman Care Guidelines LLC, A Milliman**
**401 Second Ave So**
**Suite 400**
**Seattle, WA 98104**

---

2.172. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
　　government contract

**Minnesota Nurses Association**
**345 Randolph Ave**
**#200**
**St. Paul, MN 55102**

---

2.173. State what the contract or
lease is for and the nature of
the debtor's interest

**Billing Guidelines**

State the term remaining

List the contract number of any
　　government contract

**Molina Healthcare**
**PO Box 349020**
**Columbus, OH 43234-9020**

---

Debtor 1   **Central Iowa Healthcare**
    First Name        Middle Name        Last Name        Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Nurse Anesthesia Students** | |
| | State the term remaining | | **Mount Marty College** |
| | List the contract number of any government contract | | **5100 W. 41st St** |
| | | | **Sioux Falls, SD 57106** |

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **MSDS Management** | |
| | State the term remaining | | **MSDSonline** |
| | List the contract number of any government contract | | **350 N. Orleans St** |
| | | | **Suite 950** |
| | | | **Chicago, IL 60654** |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Interim Management/staffing** | |
| | State the term remaining | | **Nearterm Corporation** |
| | List the contract number of any government contract | | **15915 Katy Freeway, Ste 205** |
| | | | **PO Box 940369** |
| | | | **Houston, TX 77094** |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Multi-User License Agreement** | |
| | State the term remaining | | **Neil M. Davis Associates** |
| | List the contract number of any government contract | | **605 Louis Dr** |
| | | | **Suite 508B** |
| | | | **Warminster, PA 18974** |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **National Data on healthcare assciated adverse events** | |
| | State the term remaining | | **NHSN Administrator, MS A-24** |
| | List the contract number of any government contract | | **1600 Clifton Rd, NE** |
| | | | **Atlanta, GA 30333** |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **EEG Services** | |
| | State the term remaining | | **Nihon Kohden** |
| | List the contract number of any | | **15353 Barranca Pkwy** |
| | | | **Irvine, CA 92618** |

Debtor 1 **Central Iowa Healthcare**
First Name          Middle Name          Last Name                          Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **North Iowa Area Community College** |
| | List the contract number of any government contract | **500 College Dr**<br>**Mason City, IA 50401** |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Student Clinicals** |
| | State the term remaining | **Northeast Iowa Community College** |
| | List the contract number of any government contract | **1625 Hwy 150 S**<br>**Calmar, IA 52132** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **PET/CT Agreement** |
| | State the term remaining | **Northern Shared Medical Services, Inc.** |
| | List the contract number of any government contract | **209 Limestone Pass**<br>**Cottage Gove, WI 53527** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Pathology Software** |
| | State the term remaining | **NovoPath, Inc** |
| | List the contract number of any government contract | **301 N. Harrison St.**<br>**Suite 384**<br>**Princeton, NJ 08540** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **CO2 Cylinders** |
| | State the term remaining | **NuCO2, LLC** |
| | List the contract number of any government contract | **2800 SE Market Place**<br>**Stuart, FL 34997** |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **OBIX Perinatal Data System** | **OBIX**<br>**715 Tollgate Rd**<br>**Elgin, IL 60123** |

Debtor 1  **Central Iowa Healthcare**
　　　　　First Name　　　　　Middle Name　　　　　Last Name　　　　　　Case number *(if known)* _____

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Olympus**<br>**3500 Corporate Pkwy**<br>**Center Valley, PA 18034** |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Blood Bank** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Ortho-Clinical Diagnostics**<br>**100 Indigo Creek Dr**<br>**Rochester MN, NY 14626** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Disaster Support Plan** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Owens & Minor**<br>**1601 SE Gateway Dr. Suite 100**<br>**Grimes, IA 50111** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Oxford Global Resources, LLC**<br>**100 Cummings Ctr**<br>**Suite 206L**<br>**Beverly, MA 01915** |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Interchange Application** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Palmetto GBA EDI Operations**<br>**PO Box 10066**<br>**Augusta, GA 30999-0001** |

Debtor 1   **Central Iowa Healthcare**
           First Name          Middle Name          Last Name                         Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.191.** State what the contract or lease is for and the nature of the debtor's interest — **Electronic Pay**

State the term remaining

List the contract number of any government contract

**Paperless Pay Corporation**
**800 Water St**
**Suite 203**
**Jacksonville, FL 32204**

---

**2.192.** State what the contract or lease is for and the nature of the debtor's interest — **Sortware License & Services Agreement**

State the term remaining

List the contract number of any government contract

**Patient Education Institute**
**2000 James St**
**Suite 219**
**Coralville, IA 52241**

---

**2.193.** State what the contract or lease is for and the nature of the debtor's interest — **ACH Payment Services**

State the term remaining

List the contract number of any government contract

**PayPal Inc**
**2211 N. 1st St**
**San Jose, CA 95131**

---

**2.194.** State what the contract or lease is for and the nature of the debtor's interest — **License Monitoring**

State the term remaining

List the contract number of any government contract

**PC Connection, Inc.**
**730 Milford Rd, Rte 101A**
**Merrimack, NH 03054**

---

**2.195.** State what the contract or lease is for and the nature of the debtor's interest — **Pharmaceuticals for Clinic**

State the term remaining

List the contract number of any government contract

**PD-Rx Pharmaceuticals, Inc.**
**727 N. Ann Arbor**
**Oklahoma City, OK 73127**

---

**2.196.** State what the contract or lease is for and the nature of the debtor's interest — **Regional Transit System**

State the term remaining

List the contract number of any

**PeopleRides**
**903 E. Main St**
**Marshalltown, IA 50158**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Central Iowa Healthcare**
　　　　First Name　　　　　　Middle Name　　　　　　Last Name

Case number *(if known)* _____

◼ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | _____ | _____ |
|---|---|---|---|

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement** | |
| | State the term remaining | | **PharMEDium Services LLC** |
| | List the contract number of any government contract | | **Two Conway Park** **150 North Field Drive** **Lake Forest, IL 60045-4847** |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **100495 BV Pulsera** | |
| | State the term remaining | | **Philips Healthcare** |
| | List the contract number of any government contract | | **22100 Bothell Everett Hwy** **PO Box 3003** **Bothell, WA 98041-3003** |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **BA Agreement** | |
| | State the term remaining | | **Preferred Medical Deposits** |
| | List the contract number of any government contract | | **10604 Justin Dr.** **Urbandale, IA 50322** |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Premier** |
| | List the contract number of any government contract | | **5882 Collections Center Dr.** **Chicago, IL 60693** |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Press Ganey Associates, Inc** |
| | List the contract number of any government contract | | **404 Columbia Place** **South Bend, IN 46601** |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Fluoroscopic Survey of Lead Aprons** | **Primary Healthcare Dental Clinic** **112 E. Linn Street** **Marshalltown, IA 50158** |

Debtor 1  **Central Iowa Healthcare**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* _____

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **112 E. Linn St. Rent** |
|  | State the term remaining | **Primary Healthcare, Inc** |
|  | List the contract number of any government contract | **9943 Hickman Rd**<br>**Suite 105**<br>**Urbandale, IA 50322** |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Participatient Hospital Agreement** |
|  | State the term remaining | **Prime Health Services, Inc.** |
|  | List the contract number of any government contract | **7110 Crossroads Blvd.**<br>**Suite 100**<br>**Brentwood, TN 37027** |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Collections** |
|  | State the term remaining | **Professional Finance Company, Inc.** |
|  | List the contract number of any government contract | **5754 W. 11th St**<br>**Suite 100**<br>**Greeley, CO 80634** |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Operations Assessment** |
|  | State the term remaining | **Provider Insights Inc** |
|  | List the contract number of any government contract | **1060 36th St.**<br>**Des Moines, IA 50311** |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining | **QSolutions, Inc** |
|  | List the contract number of any government contract | **8363 Wolf Lake Dr**<br>**Suite 101**<br>**Memphis, TN 38133** |

Debtor 1  **Central Iowa Healthcare**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **BA Agreement** | |
|---|---|---|---|
| | State the term remaining | | **R & B Receivables Management, Inc.**<br>**2322 E. Kimberly Rd**<br>**Suite 235 W**<br>**Davenport, IA 52807** |
| | List the contract number of any government contract | | |

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Addendum** | |
|---|---|---|---|
| | State the term remaining | | **Receivable Solutions, Inc.**<br>**1325 Ganer Lane**<br>**Suite C**<br>**Columbia, SC 29210** |
| | List the contract number of any government contract | | |

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Meaningful Use 2** | |
|---|---|---|---|
| | State the term remaining | | **RelayHealth**<br>**PO Box 98347**<br>**Chicago, IL 60693-8347** |
| | List the contract number of any government contract | | |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Data Entry Tool for PQRS** | |
|---|---|---|---|
| | State the term remaining | | **ReportingMD, Inc.**<br>**PO Box 1014**<br>**Georges Mills, NH 03751** |
| | List the contract number of any government contract | | |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Resolution Consulting, Inc**<br>**PO Box 270903**<br>**Louisville, CO 80027** |
| | List the contract number of any government contract | | |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Exams & Physical Capacity Profile** | |
|---|---|---|---|
| | State the term remaining | | **Ritchie Industries, Inc.**<br>**120 S. Main**<br>**PO Box 730**<br>**Conrad, IA 50621** |
| | List the contract number of any | | |

Debtor 1   **Central Iowa Healthcare**                                         Case number *(if known)*
_____
First Name       Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Price Amendment** | |
|---|---|---|---|
| | State the term remaining | | **Roche Diagnostics Corp.** |
| | List the contract number of any government contract | | **9115 Hague Rd**<br>**Indianapolis, IN 46250** |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Enterostomal Therapy** | |
|---|---|---|---|
| | State the term remaining | | **Rolling Green Village** |
| | List the contract number of any government contract | | **100 6th Street**<br>**Nevada, IA 50201** |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Tax Services** | |
|---|---|---|---|
| | State the term remaining | | **RSM US LLP** |
| | List the contract number of any government contract | | **125 S. Dubuque St**<br>**Suite 400**<br>**Iowa City, IA 52240** |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **On-Line Payments** | |
|---|---|---|---|
| | State the term remaining | | **Salucro Healthcare Solutions LLC** |
| | List the contract number of any government contract | | **2701 E. Camelback Rd.**<br>**Suite 150**<br>**Phoenix, AZ 85016** |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Forbearnace Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Schumacher** |
| | List the contract number of any government contract | | **200 Corporate Blvd**<br>**Lafayette, LA 70508** |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Scribes** | **ScribeAmerica, LLC**<br>**1200 E. Las Olas Blvd**<br>**Suite 201**<br>**Fort Lauderdale, FL 33301** |
|---|---|---|---|

Debtor 1  **Central Iowa Healthcare**
   First Name       Middle Name       Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
   government contract

---

2.220.   State what the contract or lease is for and the nature of the debtor's interest    **Business Associate Functions**

State the term remaining

List the contract number of any
   government contract

**Seim Johnson, LLP**
**18081 Burt Street**
**Suite 200**
**Omaha, NE 68022**

---

2.221.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any
   government contract

**Siemens Healthcare Diagnostics Inc.**
**221 Gregson Dr**
**6th Floor**
**Cary, NC 27511**

---

2.222.   State what the contract or lease is for and the nature of the debtor's interest    **Sensis, SIS Server**

State the term remaining

List the contract number of any
   government contract

**Siemens Medical Solutions USA, Inc.**
**51 Valley Stream Pkwy**
**Malvern, PA 19355**

---

2.223.   State what the contract or lease is for and the nature of the debtor's interest    **Lab Services Agreement**

State the term remaining

List the contract number of any
   government contract

**Skiff Medical Center**
**204 N. 4th Ave E.**
**Newton, IA 50208**

---

2.224.   State what the contract or lease is for and the nature of the debtor's interest    **Travel Nursing**

State the term remaining

List the contract number of any
   government contract

**Soliant Health**
**1979 Lakeside Pkwy**
**Suite 800**
**Tucker, GA 30084**

---

Debtor 1   **Central Iowa Healthcare**
　　　　　First Name　　　　Middle Name　　　　Last Name                    Case number *(if known)* _____

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.225.** State what the contract or lease is for and the nature of the debtor's interest — **Hospitalist Mgmgt**

State the term remaining

List the contract number of any government contract

**Sound Physicians**
**51410 Maryland Way**
**Suite 300**
**Brentwood, TN 37027**

---

**2.226.** State what the contract or lease is for and the nature of the debtor's interest — **Master Peer Review Agreement**

State the term remaining

List the contract number of any government contract

**South Florida Utilization Review**
**1550 Madruga Ave**
**Suite 412**
**Coral Gables, FL 33146**

---

**2.227.** State what the contract or lease is for and the nature of the debtor's interest — **Laboratory Services at Nursing Facility**

State the term remaining

List the contract number of any government contract

**Southridge Nursing & Rehab**
**2206 S. Center St**
**Marshalltown, IA 50158**

---

**2.228.** State what the contract or lease is for and the nature of the debtor's interest — **Medical/Surgical Operational Assessment**

State the term remaining

List the contract number of any government contract

**Soyring Consulting, Inc.**
**PO Box 732520**
**Dallas, TX 75373-2520**

---

**2.229.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Spacelabs Healthcare**
**35301 SE Center St**
**Snoqualmie, WA 98065**

---

**2.230.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Square Waveform Anesthesiology, PA, PC**
**PO Box 602**
**Knoxville, IA 50138**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1   **Central Iowa Healthcare**
    First Name          Middle Name         Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **Laboratory Services at Nursing Facility** | |
|---|---|---|---|
| | State the term remaining | | **State Center Nursing & Rehab** |
| | List the contract number of any government contract | | **702 3rd St. NW** |
| | | | **State Center, IA 50247** |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Iowa Medicaid Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | | **State of Iowa, Dept of Human Services** |
| | List the contract number of any government contract | | **Marshall County DHS** |
| | | | **206 W. State St.** |
| | | | **Marshalltown, IA 50158** |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Waste Disposal** | |
|---|---|---|---|
| | State the term remaining | | **Stericycle** |
| | List the contract number of any government contract | | **4010 Commercial Ave** |
| | | | **Northbrook, IL 60062** |

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Steris Corporation** |
| | List the contract number of any government contract | | **5960 Heisley Road** |
| | | | **Mentor, OH 44060** |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Total Joint Implant Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Strategic Contracting** |
| | List the contract number of any government contract | | **5677 Airline Rd** |
| | | | **Arlington, TN 38002** |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Provider Agreements** | **Stratose** |
|---|---|---|---|
| | | | **Two Concourse Pkwy** |
| | | | **Suite 300** |
| | | | **Atlanta, GA 30328** |

Debtor 1    **Central Iowa Healthcare**

First Name            Middle Name            Last Name            Case number *(if known)*

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.237. State what the contract or
lease is for and the nature of
the debtor's interest

**Acct#
Opened 1/6/14 & 7/3/14
Equipment Lease
Medical Equipment**

State the term remaining

List the contract number of any
government contract

**Stryker Sales Corporation
1901 Romence Rd. Parkway
Portage, MI 49002**

---

2.238. State what the contract or
lease is for and the nature of
the debtor's interest

**Services Agreement**

State the term remaining

List the contract number of any
government contract

**Sunny Hill
1708 Harding St
Tama, IA 52339**

---

2.239. State what the contract or
lease is for and the nature of
the debtor's interest

**Provider Enrollment**

State the term remaining

List the contract number of any
government contract

**Supero Healthcare Solutions, LLC
401 Congress Avenue Suite 1540
Austin, TX 78701**

---

2.240. State what the contract or
lease is for and the nature of
the debtor's interest

**Organizational Lrng
Mgmt System**

State the term remaining

List the contract number of any
government contract

**Swank HealthCare
10795 Watson Rd
St. Louis, MO 63127**

---

2.241. State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any
government contract

**Sysmex
577 Aptakisic Rd
Lincolnshire, IL 60069-4325**

---

| Debtor 1 | **Central Iowa Healthcare** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.242.** State what the contract or lease is for and the nature of the debtor's interest | **Lawn Care** |
| State the term remaining | **T.L.C** |
| List the contract number of any government contract | **407 N. Green St Toledo, IA 52342** |
| **2.243.** State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** |
| State the term remaining | **Tech One** |
| List the contract number of any government contract | **10115 Franklin Ave Franklin Park, IL 60131-1819** |
| **2.244.** State what the contract or lease is for and the nature of the debtor's interest | **Service Order Agreement** |
| State the term remaining | **The Advantage Companies** |
| List the contract number of any government contract | **1025 33rd Ave SW Cedar Rapids, IA 52404** |
| **2.245.** State what the contract or lease is for and the nature of the debtor's interest | **Addendum - Nsg Exec & Leader Dev. Membership** |
| State the term remaining | **The Advisory Board** |
| List the contract number of any government contract | **2445 M. Street NW Washington, DC 20037** |
| **2.246.** State what the contract or lease is for and the nature of the debtor's interest | **Facility Service Agreement** |
| State the term remaining | **The Blood Center of Iowa** |
| List the contract number of any government contract | **401 E Locust Des Moines, IA 50309** |
| **2.247.** State what the contract or lease is for and the nature of the debtor's interest | **Report & bill provider services** |
| State the term remaining | **The Coding Network** |
| List the contract number of any | **324 South Palm Drive Beverly Hills, CA 90212** |

Debtor 1    **Central Iowa Healthcare**                                    Case number *(if known)*
              First Name      Middle Name        Last Name

▆ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Compliance Team, Inc.**<br>**P.O Box 160**<br>**Spring House, PA 19477** |

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital Contact Verification** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Hospital Quality Reporting Support C**<br>**3000 Bayport Dr**<br>**Suite 300**<br>**Tampa, FL 33607** |

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The University of Iowa**<br>**College of Nursing**<br>**Iowa City, IA 52242** |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **3rd Party Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Three Rivers Provider Network**<br>**910 Hale Place**<br>**Suite 101**<br>**Chula Vista, CA 91914** |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **Transcription** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **TransTech**<br>**730 N. Post Oak Rd**<br>**Suite 120**<br>**Houston, TX 77024** |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **Revenue Cycle Consulting Master Services Agreement** | **TruBridge, LLC**<br>**3725 Airport Blvd**<br>**Suite 208A**<br>**Mobile, AL 36608** |
|---|---|---|---|

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                Page 45 of 52

Debtor 1    **Central Iowa Healthcare**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

▆　**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
　　government contract　　_____

---

**2.254.** State what the contract or
lease is for and the nature of
the debtor's interest

**Agreement**

State the term remaining

List the contract number of any
　　government contract　　_____

**U.S. Department of Health & Human Servic**
**200 Independence Ave, SW**
**Washington, DC 20201**

---

**2.255.** State what the contract or
lease is for and the nature of
the debtor's interest

**Letter**

State the term remaining

List the contract number of any
　　government contract　　_____

**U.S. Department of Veterans Affairs**
**3773 Cherry Creek North Dr.**
**Denver, CO 80209**

---

**2.256.** State what the contract or
lease is for and the nature of
the debtor's interest

**College of Nursing**

State the term remaining

List the contract number of any
　　government contract　　_____

**UIC College of Nursing**
**1515 5th Avenue**
**Suite 400**
**Moline, IL 61265**

---

**2.257.** State what the contract or
lease is for and the nature of
the debtor's interest

**Mortgage**
**All debtor's assets, all**
**building material,**
**equipment & fixtures**
**located on Parcel D in**
**Lots 2, 3, & 4 of the**
**Subdivision of the SE**
**1/4 of the NW 1/4 of**
**Sect 14, in Parcel A and**
**B in Lot 3 of the**
**Subdivision Township**
**83N, Range 18W**

State the term remaining

List the contract number of any
　　government contract　　_____

**Union Bank and Trust Company**
**11460 Tomahawk Creek Pkwy, Suite 120**
**Leawood, KS 66211**

---

Debtor 1 **Central Iowa Healthcare**

First Name         Middle Name         Last Name

Case number *(if known)* _____

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.258.** State what the contract or lease is for and the nature of the debtor's interest — **promissory note**

State the term remaining

List the contract number of any government contract

**United Bank & Trust**
**2101 S. Center St**
**Marshalltown, IA 50158**

**2.259.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**United HealthCare of Midlands, Inc**
**11141 Aurora Ave**
**Urbandale, IA 50322**

**2.260.** State what the contract or lease is for and the nature of the debtor's interest — **Agreement**

State the term remaining

List the contract number of any government contract

**UnityPoint Health**
**1601 Gateway Dr**
**Suite 100**
**Grimes, IA 50111**

**2.261.** State what the contract or lease is for and the nature of the debtor's interest — **Electronic Health Records**

State the term remaining

List the contract number of any government contract

**Universata, Inc**
**12800 Middlebrook Rd**
**Suite 102**
**Germantown, MD 20874**

**2.262.** State what the contract or lease is for and the nature of the debtor's interest — **Agreement**

State the term remaining

List the contract number of any government contract

**University of Iowa Health Care**
**327 2nd St**
**Suite 200**
**Coralville, IA 52241**

**2.263.** State what the contract or lease is for and the nature of the debtor's interest — **Transfer Agreement**

State the term remaining

List the contract number of any

**University of Iowa Hospitals & Clinics**
**200 Hawkins Dr**
**Iowa City, IA 52242**

Debtor 1  **Central Iowa Healthcare**

First Name            Middle Name            Last Name

Case number (if known) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract _____

| 2.264. | State what the contract or lease is for and the nature of the debtor's interest | **Student Clinicals** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Upper Iowa University**<br>**605 Washington St**<br>**Fayette, IA 52142** |

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | **Physician Subscription** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **UpToDate, Inc.**<br>**95 Sawyer Rd.**<br>**Waltham, MA 02453** |

| 2.266. | State what the contract or lease is for and the nature of the debtor's interest | **Acct#**<br>**Opened 9/5/14**<br>**Equipment Lease**<br>**W7845PT2 MX4355097**<br>**Copier** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **US Bank Equipment Finance**<br>**1310 Madrid St.**<br>**Marshall, MN 56258** |

| 2.267. | State what the contract or lease is for and the nature of the debtor's interest | **All goods, inventory, equipment and fixtures sold  to CIH and a separate security interest in all other assets including all accunts, goods for sale, lease or other disposition, inventory, equipment fixtures, trade fixtures and vehicles** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **US Foods, Inc.**<br>**9399 West Higgins Rd**<br>**Des Plaines, IL 60018** |

| 2.268. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical Lab Testing** | |
|---|---|---|---|
| | State the term remaining | | **VA Central Iowa Lab**<br>**3600 30th St**<br>**Des Moines, IA 50310** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Central Iowa Healthcare**
_____   Case number *(if known)* _____
  First Name          Middle Name          Last Name

| | |
|---|---|
| ██ | **Additional Page if You Have More Contracts or Leases** |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | _____ | |
|---|---|---|---|

| 2.269. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Verity Solutions** |
| | List the contract number of any government contract | | **12131 113th Ave NE** **Suite 200** **Kirkland, WA 98034** |

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | **Lab Services** | |
|---|---|---|---|
| | State the term remaining | | **Villa Del Sol** |
| | List the contract number of any government contract | | **2401 S. 2nd St** **Marshalltown, IA 50158** |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Vista Staffing Solutions** |
| | List the contract number of any government contract | | **6737 W. Washington, Suite 4205** **Milwaukee, WI 53214** |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease** | |
|---|---|---|---|
| | State the term remaining | | **Vocera** |
| | List the contract number of any government contract | | **US Bank Building** **13010 SW 68th Pkwy, Ste 100** **Portland, OR 97223** |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | **Acct#** **Opened 6/17/2014** **Equipment Lease** **computer software** | |
|---|---|---|---|
| | State the term remaining | | **Vocera Communications, Inc.** |
| | List the contract number of any government contract | | **525 Race St.** **San Jose, CA 95126** |

Debtor 1   **Central Iowa Healthcare**                                                    Case number *(if known)* _____
           First Name        Middle Name        Last Name

█   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | **EVT/DIR911** | |
|---|---|---|---|
| | State the term remaining | | **WahlTek, Inc.**<br>**2711 Grand Ave**<br>**Des Moines, IA 50312** |
| | List the contract number of any government contract | | |

| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Wal-Mart Stores, Inc.**<br>**Mail Stop #0230**<br>**702 Southwest 8th St**<br>**Bentonville, AR 72716-0230** |
| | List the contract number of any government contract | | |

| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | **Nursing Services** | |
|---|---|---|---|
| | State the term remaining | | **Walgreens Co.**<br>**104 Wilmot Rd, MS 1446**<br>**Deerfield, IL 60015** |
| | List the contract number of any government contract | | |

| 2.277. | State what the contract or lease is for and the nature of the debtor's interest | **Mitchell - Staples Bldg** | |
|---|---|---|---|
| | State the term remaining | | **Watson Medical Logistics, LLC**<br>**PO Box 1211**<br>**Smyrna, TN 37167** |
| | List the contract number of any government contract | | |

| 2.278. | State what the contract or lease is for and the nature of the debtor's interest | **Credit/Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Weatherby Healthcare**<br>**PO Box 713100**<br>**Salt Lake City, UT 84171-3100** |
| | List the contract number of any government contract | | |

| 2.279. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Wellmark Blue Cross & Blue Shield**<br>**1331 Grand Ave**<br>**PO Box 9232**<br>**Des Moines, IA 50306** |
| | List the contract number of any | | |

Debtor 1  **Central Iowa Healthcare**

First Name      Middle Name      Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | **Level 3 Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wellness Works**<br>**PO Box 82368**<br>**Lafayette, LA 70598-2368** |

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | **Acct#**<br>**Equipment Lease**<br>**non-GE Medical**<br>**Equipment at South**<br>**location, includes some**<br>**Stryker** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wells Fargo**<br>**600 S. 4th St., 10th Floor**<br>**Minneapolis, MN 55415** |

| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | **Travel Placements** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Worldwide Travel Staffing, Limited**<br>**2829 Sheridan Dr**<br>**Tonawanda, NY 14150** |

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | **Welcome Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **WPS Medicare EDI**<br>**1717 West Broadway**<br>**Madison, WI 53713** |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | **Pricing Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wright Medical Technology, Inc.**<br>**1023 Cherry Road**<br>**Memphis, TN 38117** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Central Iowa Healthcare**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.285.** State what the contract or lease is for and the nature of the debtor's interest — **Community Partner Agreement**

State the term remaining

List the contract number of any government contract _____

**YMCA-YWCA**
**108 Washington St**
**Marshalltown, IA 50158**

---

**2.286.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**Z&Z Medical, Inc.**
**1924 Adams Street**
**Cedar Falls, IA 50613**

---

**2.287.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract _____

**Ziegler Power Systems**
**1500 Ziegler Drive NW**
**Altoona, IA 50009**

---

**2.288.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement**

State the term remaining

List the contract number of any government contract _____

**Zixcorp.**
**2711 N. Haskell Ave**
**Suite 2300**
**Dallas, TX 75204**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      **Central Iowa Healthcare**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          Zip Code | | |
| 2.2 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          Zip Code | | |
| 2.3 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          Zip Code | | |
| 2.4 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          Zip Code | | |

**Fill in this information to identify the case:**

Debtor name     **Central Iowa Healthcare**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **11/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other   **NOTE PERIOD:**<br>**11/1/2015 - 10/31/2016** | **$188,029,280.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$155,651,011.00** |
| **For year before that:**<br>From **11/01/2014** to **10/31/2015** | ■ Operating a business<br>☐ Other | **$150,023,164.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **11/01/2016** to **Filing Date** | **Rent, Interest, Donations, Grants, Cafeteria, Meals on Wheels, Vending Machines, Catering, Gift Shop, Dietary Services, Purchasing Group, NOTE PERIOD:**<br>**11/1/2015-10/31/2016** | **$3,812,599.00** |

Debtor    **Central Iowa Healthcare**    Case number *(if known)* _____

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **11/01/2015** to **10/31/2016** | **Rent, Interest, Donations, Grants, Cafeteria, Meals on Wheels, Vending Machines, Catering, Gift Shop, Purchasing Group,** | **$3,715,132.00** |
| **For year before that:** From **11/01/2014** to **10/31/2015** | **Rent, Interest, Donations, Grants, Cafeteria, Meals on Wheels, Vending Machines, Catering, Gift Shop, Purchasing Group,** | **$3,596,634.00** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Subject to Continuing Accounting & Audit** | | **Unknown** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Subject to Continuing Accounting & Audit** | | **Unknown** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **Central Iowa Healthcare**                                Case number *(if known)* _____

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Hollis Cobb Associates v. Central Iowa Healthcare et al 16-C-00719-S4** | **Enforce payment of settlement Agreement** | State Ct of Gwinnett Co, State of Georg | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Cassling Diagnostics CI 16-3338** | **Non payment of invoices** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Denise Bacon** | **workers compensation** | **Iowa Workers Compensation Commissioner** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Ceaser v. Marshalltown Medical & Surgical Center LACV007439** | **Risk Management** | **Iowa District Court for Tama County 100 W. High St. PO Box 306 Toledo, IA 52342-0306** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Grandview Heights v. CIH and Schumacher LACI009129** | **Risk Management** | **Iowa District Court for Marshall County 17 E. Main St. Marshalltown, IA 50158** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **GE HFS, LLC v. Central Iowa Healthcare LACI 009284** | **Enforcement of Lease obligations** | **Iowa District Court for Marshall County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ☐ None

---

Debtor    **Central Iowa Healthcare**                                      Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Marshalltown United Way** | **Donation** | **FY 2014** | **$5,200.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.2. | **Marshalltown United Way** | **Donation** | **FY 2015** | **$5,500.00** |
| | **Recipients relationship to debtor**<br>**none** | | | |
| 9.3. | **Marshalltown Community High School** | **Donation** | **FY 2014** | **$7,500.00** |
| | **Recipients relationship to debtor**<br>**none** | | | |
| 9.4. | **Marshalltown Community High school** | **Donation** | **5/26/2015** | **$3,500.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.5. | **Marshalltown Community High School** | **Donation from the Physician Restricted Fund** | **3/22/2016** | **$2,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.6. | **Octember Fest** | **Donation** | **9/2015** | **$1,500.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.7. | **Marshalltown YMCA/YWCA** | **Donation** | **10/2015** | **$1,000.00** |
| | **Recipients relationship to debtor**<br>**none** | | | |
| 9.8. | **Marshalltown YMCA/YWCA** | **Donation** | **10/2014** | **$4,500.00** |
| | **Recipients relationship to debtor**<br>**none** | | | |
| 9.9. | **City of Marshalltown** | **Donation** | **5/20/2014** | **$5,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Central Iowa Healthcare** | Case number *(if known)* | |
|---|---|---|---|

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.10. | **Marshall County EMS** | **Donation** | FY 2015 | $5,609.00 |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.11. | **Marshall County EMS** | **Donation to support EMS for smaller communities** | FY 2014 | $6,640.00 |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.12. | **Phillips Lifeline** | **Donation to pay for indigent and low income individuals** | FY 2016 | $1,937.00 |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.13. | **Phillips Lifeline** | **Donaton to pay for indigent and low income individuals** | FY 2015 | $1,405.00 |
| | Recipients relationship to debtor<br>**none** | | | |
| 9.14. | **Phillips Lifeline** | **Donation to pay for indigent and low income individuals** | FY 2014 | $2,165.00 |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.15. | **Marshalltown Community College** | **Donation for Nursing Scholarships from Physician Restricted Funds** | 2/17/2016 | $5,000.00 |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.16. | **Marshalltown Community College** | **Donation for Nursing Scholarships from the Physician Restricted Funds** | 4/21/2015 | $4,000.00 |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.17. | **Iowa Hospital Assoc - HMAP Contribution** | **Donation** | 3/19/2014 | $4,223.00 |
| | Recipients relationship to debtor<br>**Non** | | | |

| Debtor | **Central Iowa Healthcare** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.18 | **Iowa River Hospice** | **Donation** | **2/28/2014** | **$1,000.00** |
| | **Recipients relationship to debtor** **none** | | | |
| 9.19 | **Conrad Chamber** | **Donation** | **6/16/2014** | **$1,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.20 | **West Marshall School** | **Donation** | **6/25/2014** | **$2,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.21 | **Marshalltown Chamber** | **Donation for golf outing** | **8/25/2014** | **$1,000.00** |
| | **Recipients relationship to debtor** **None** | | | |
| 9.22 | **Octember Fest** | **Donation** | **12/31/2013** | **$1,000.00** |
| | **Recipients relationship to debtor** | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2014 Buick Encore** **car accident and car was totaled.** | **$24,432.30 received March 2016** | **11/2015** | **$34,318.00** |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Central Iowa Healthcare**                                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Bradshaw Fowler Proctor & Fairgrave PC** <br> **801 Grand Ave, Suite 3700** <br> **Des Moines, IA 50309** | | **11/18/2016** | **$75,000.00** |
| Email or website address <br> **www.bradshawlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **Sugar Felsenthal Grais & Hammer, LLP** <br> **30 North LaSalle St., Suite 3000** <br> **Chicago, IL 60602** | | **11/18/2016** | **$75,000.00** |
| Email or website address <br> **www.sfgh.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.3. **Alvarez & Marsal Healthcare Industry Grp** <br> **600 Madison Ave, 8th Floor** <br> **New York, NY 10022** | | **September - December 2016** | **$372,667.20** |
| Email or website address <br> **www.alvarezandmarsal.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Central Iowa Healthcare**                                  Case number *(if known)*

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

<table>
<tr><td>**Part 8:**</td><td>**Health Care Bankruptcies**</td></tr>
</table>

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☐  No. Go to Part 9.
    ■  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **Central Iowa Healthcare 3 South 4th Ave Marshalltown, IA 50158** | **General Acute Care Hospital** | **49** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **3 South 4th Ave, Marshalltown, IA** | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |
| 15.2. **Central Iowa Healthcare 55 Central Iowa Dr. Marshalltown, IA 50158** | **Outpatient Center** | **variable** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **3 South 4th Ave, Marshalltown, IA  50158** | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |
| 15.3. **CIH Clinic - Conrad 105 North Church St. Conrad, IA 50621** | **medical Clinic** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **3 South 4th Ave, Marshalltown, IA  50158** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |
| 15.4. **CIH Clinic - Marshalltown 405 E. Main St. PO Box 554 Marshalltown, IA 50158** | **Medical clinic** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **3 South 4th Ave, Marshalltown, IA  50158** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |
| 15.5. **CIH Clinic - State Center 503 3rd Ave SW State Center, IA 50247** | **Medical Clinic** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **3 South 4th Ave, Marshalltown, IA 50158** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |

Debtor   **Central Iowa Healthcare**                                  Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.6. **Tama Medical Clinic - Tama/Toledo** <br> **1307 S. Broadway** <br> **Toledo, IA 52342** | **Medical Clinic** <hr> Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. <br> **3 South 4th Ave, Marshalltown, IA  50158** | **How are records kept?** <br><br> *Check all that apply:* <br><br> ■ Electronically <br> ☐ Paper |

---

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Name, address, SS#, DOB, HIPPA Policy**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Central Iowa Healthcare Retirement Income Plan** | EIN:  **42-0948420** |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **US Bank** <br> **123 W. Main st.** <br> **Marshalltown, IA 50158** | **XXXX-5790** | ■ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **11/18/16** | **$22,353.11** |

---

Debtor    **Central Iowa Healthcare**                                                    Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Edward Jones**<br>**507 W. High St. Suite B**<br>**Marshalltown, IA 50158** | **XXXX-3610** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br><br>Other **Investment Account 508-05736-1-0** | **11/27/2015** | **$209,703.21** |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Great Western Bank**<br>**11 N. 1st Ave**<br>**Marshalltown, IA 50158** | **Mary Pfantz**<br>**3 South 4th Ave**<br>**Marshalltown, IA  50158**<br>**11 N. 1st Ave**<br>**Marshalltown, IA 50158** | **Empty** | ☐ No<br>■ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Marshalltown Storage**<br>**310 S. 4th Ave**<br>**Marshalltown, IA 50158** | **Facilities Staff** | **Seasonal equipment that runs on gas. Sweepers, snow hauling trailer, a portable generator, mower decks, snow blades, ambulance garage door panels** | ☐ No<br>■ Yes |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Medical Staff Dues**<br>**3 South 4th Ave**<br>**Marshalltown, IA 50158** | **Great Western Bank**<br>**Restricted Fund**<br>**11 N. 1st Ave**<br>**Marshalltown, IA 50158** | **Medical Staff Dues paid by physicians who control how the funds are spent.** | **$57,843.66** |

Debtor    **Central Iowa Healthcare**                                    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Management Library**<br>3 South 4th Ave<br>Marshalltown, IA 50158 | **Great Western Bank<br>Restricted Fund**<br>11 N. 1st Ave<br>Marshalltown, IA 50158 | **Funds for management and educational materials** | $1,053.51 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Xray Education Fund**<br>3 South 4th Ave<br>Marshalltown, IA 50158 | **Great Western Bank<br>Restricted Fund**<br>11 N. 1st Ave<br>Marshalltown, IA 50158 | **used for education of the xray staff** | $8,255.98 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Dialysis Fund**<br>3 South 4th Ave<br>Marshalltown, IA 50158 | **Great Western Bank<br>Restricted Fund**<br>11 N. 1st Ave<br>Marshalltown, IA 50158 | **originally donated by the Meskwaki Tribe for the remodel of the dialysis building. Building has been repurposed.** | $30,753.72 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Pam Kacer Memorial**<br>3 South 4th Ave<br>Marshalltown, IA 50158 | **Great Western Bank<br>Restricted Fund**<br>11 N. 1st Ave<br>Marshalltown, IA 50158 | **memorial fund from an employee who passed away from cancer.** | $1,508.24 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Plant Expansion Fund**<br>3 South 4th Ave<br>Marshalltown, IA 50158 | **Great Western Bank**<br>11 N. 1st Ave<br>Marshalltown, IA 50158 | **Funds for purchasing equipment.** | $2,507.52 |

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor    **Central Iowa Healthcare**                                    Case number *(if known)* _____

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Marshalltown MOB 1 Managing Member, LLC<br>4706 Broadway, Suite 240<br>Kansas City, MO 64112** | **Rental of commercial property located at 55 Central Iowa Drive. CIH ownes 63.8825%.** | **EIN:    46-4821701**<br><br>**From-To    2014 to Current** |
| 25.2.    **Central Iowa Physio, LLC<br>55 Central Iowa Drive<br>Marshalltown, IA 50158** | **Operation of rehab services.  CIH is a 50% Shareholder** | **EIN:    36-4799633**<br><br>**From-To    8/15 to present** |
| 25.3.    **Health Enterprises Medical Laboratory<br>5825 Dry Creek LN NE<br>Cedar Rapids, IA 52402** | **provides operations of lab at Central Iowa Healthcare.  CIH is a 22.7272727% owner** | **EIN:    46-3661644**<br><br>**From-To    3/2014 to the present** |
| 25.4.    **Health Enterprises Ventures<br>5825 Dry Creek LN NE<br>Cedar Rapids, IA 52402** | **an LLC organized to provide improved health care services among member hospitals.  CIH owns 8.906%.  Health Enterprises Ventures owns 54% of Health Enterprises Medical Laboratory** | **EIN:    39-1894290**<br><br>**From-To** |
| 25.5.    **Health Enterprises Cooperative<br>5825 Cry Creek LN NE<br>Cedar Rapids, IA 52402** | **Cooperative of non-profit hospitals.  Acts as a purchasing agent on behalf of its members to coordinate purchasing programs with vendors** | **EIN:    files an 1120-C**<br><br>**From-To** |
| 25.6.    **Health Enterprises of Iowa<br>5825 Dry Creek LN NE<br>Cedar Rapids, IA 52402** | **Membership Corporation** | **EIN:    Files an 1120**<br><br>**From-To** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Steven O'Grady** | **Interim CFO fromDecember 2015 through October 7, 2016** |

Debtor   **Central Iowa Healthcare**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.2.   **Todd Burch** | **CFO from 1/13/15 - 12/24/2015** |
| 26a.3.   **Hilary Dolbee** | **CFO From 9/30/13 - 1/13/15** |
| 26a.4.   **Mary K. Pfanz** | **Accounting Director 2/20/84 to the present** |
| 26a.5.   **Kenneth Barloon** | **Staff Accountant from 8/11/14 through present** |
| 26a.6.   **Teresa Gaskill** | **Accounting Technician from 10/16/78 to 10/10/16** |
| 26a.7.   **Cindy Stamp** | **Accounting Clerk II from 11/18/91 to present** |
| 26a.8.   **Ginger Nichols** | **Accounting Clerk I from 1/3/2000 to present** |
| 26a.9.   **Teresa Vokoun** | **Accounting Clerk I from 9/18/09 to present** |
| 26a.10.   **Kimarie McKeever** | **Business Office Specialist from 4/4/89 to present** |
| 26a.11.   **Elaine Niedermann** | **AR Clerk from 12/27/99 through 4/29/16** |
| 26a.12.   **Vickie Younkin** | **AR Specialist from 3/29/16 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **RSM, US LLP** | **Audited books for FY 10/31/2014. RSM, US LLP is continuing to Audit the books of Central Iowa Healthcare each fiscal year.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

---

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 13

Debtor   **Central Iowa Healthcare**                                    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **RSM US LLP**<br>**201 N. Harrison St., Suite 300**<br>**Davenport, IA 52801** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Great Western Bank**<br>**Jeff Mathis**<br>**11 N. 1st Ave**<br>**Marshalltown, IA 50158** |
| 26d.2. | **United Bank & Trust**<br>**Robert Thomas**<br>**2101 S. Center**<br>**Marshalltown, IA 50158** |
| 26d.3. | **Key Government Financing**<br>**Glen Bleeker**<br>**1000 S. McCaslin Blvd**<br>**Superior, CO 80027** |
| 26d.4. | **Wells Fargo Equipment Finance**<br>**Doug Hein**<br>**600 S. 4th St.**<br>**Minneapolis, MN 55415** |
| 26d.5. | **CCA Financial, LLC**<br>**John Sherman**<br>**7275 Glen Forest Dr. Suite 100**<br>**Richmond, VA 23226** |
| 26d.6. | **GE Capital**<br>**Healthcare Equipment Finance**<br>**PO Box 641419**<br>**Pittsburgh, PA 15264-1419** |
| 26d.7. | **Marshalltown MOB 1 Managing Member LLC**<br>**Kevin Kelly**<br>**4706 Broadway, Suite 240**<br>**Kansas City, MO 64112** |
| 26d.8. | **WPS**<br>**Medicare Part A**<br>**3333 Farnam St., Suite 700**<br>**Omaha, NE 68131** |
| 26d.9. | **Iowa Medicaid Enterprises**<br>**100 Army Post Rd.**<br>**PO Box 36450**<br>**Des Moines, IA 50315** |
| 26d.10. | **Internal Revenue Service**<br>**Ogden, UT 84201** |
| 26d.11. | **Mary Greeley**<br>**1111 Duff Ave**<br>**Ames, IA 50010** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Central Iowa Healthcare**                                    Case number *(if known)* _____

| Name and address |
|---|
| 26d.12. | **LHP**<br>**2400 Dallas Pkwy Suite 450**<br>**Plano, TX 75093** |
| 26d.13. | **McGuire Woods**<br>**77 West Wacker Dr. Suite 4100**<br>**Chicago, IL 60601** |
| 26d.14. | **Unity Point Health - Waterloo**<br>**1825 Logan Ave**<br>**Waterloo, IA 50703** |
| 26d.15. | **Hammond Hanlon Camp**<br>**311 South Wacker Dr. Suite 5425**<br>**Chicago, IL 60606** |
| 26d.16. | **Juniper Advisory**<br>**2323 S. Shepherd Dr. Suite 1150**<br>**Houston, TX 77019** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Valerie Jones, Jessica Rosenhammer, Linda Watson, Kendra White, Bill Koller** | **10/31/16** | **$1,931,376 Cost Basis** |
| | Name and address of the person who has possession of inventory records<br><br>**Ken Barloon** | | |
| 27.2. | **Burdette Brown, Jessica Rosenhammer, Linda Watson, Kendra white, Bill Koller** | **12/31/15** | **$2,135,329 Cost Basis** |
| | Name and address of the person who has possession of inventory records<br><br>**Ken Barloon** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dawnett Willis** | **3 South 4th Ave.**<br>**Marshalltown, IA 50158** | **Acting CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carol Hibbs** | **3 South 4th Ave**<br>**Marshalltown, IA 50158** | **Board Chair** | |

Debtor    **Central Iowa Healthcare**                                         Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jim Lowrance | 3 South 4th Ave Marshalltown, IA 50158 | Treasurer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sue Martin | 3 South 4th Ave Marshalltown, IA 50158 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kimberle Schryver | 3 South 4th Ave Marshalltown, IA 50158 | Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mike Mason | 3 South 4th Ave Marshalltown, IA 50158 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jacque Goodman | 3 South 4th Ave Marshalltown, IA 50158 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sharon Greer | 3 South 4th Ave Marshalltown, IA 50158 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mike McCarty | 3 South 4th Ave Marshalltown, IA 50158 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Joe Pollpeter | 3 South 4th Ave Marshalltown, IA 50158 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Swartz | 3 South 4th Ave Marshalltown, IA 50158 | Trustee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Stephen Van Buren | 3 South 4th Ave Marshalltown, IA 50158 | Trustee | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

Debtor   **Central Iowa Healthcare**                                        Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| John Hughes | | CEO/President | 3/1/13-9/16/16 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Todd C. Burch | | Former CFO | 1/13/15 - 12/24/15 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bruce Wirin | | Board of Trustee Secretary | 4/18/13 - 10/20/16 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | John C. Hughes | Subject to Continued Accounting and Audit | | |
| | Relationship to debtor Former CEO | | | |
| 30.2. | Todd C. Burch | Subject to Continued Accounting and Audit | | Signing bonus |
| | Relationship to debtor Former CFO | | | |
| 30.3. | Dawnett Willis | Subject to continuing accounting and audit | | |
| | Relationship to debtor Acting CEO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

Debtor    **Central Iowa Healthcare**                                        Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Central Iowa Healthcare Retirement Income Plan** | **EIN:**    42-0948420 |

Debtor    **Central Iowa Healthcare**                                    Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 20, 2016**

**/s/ Dawnett Willis**                                    **Dawnett Willis**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Acting CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Iowa

In re    **Central Iowa Healthcare** _____    Case No. _____
                                        Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Acting CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **December 20, 2016** _____        Signature    **/s/ Dawnett Willis** _____
                                                                  **Dawnett Willis**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Central Iowa Healthcare** _____  Case No. _____
                                    Debtor(s)      Chapter  **11** _____

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I, the Acting CEO of the corporation named as the debtor in this case, declare under

penalty of perjury that I have read the attached Master Address List (creditor matrix), consisting

of  **63**  pages, and that it is true and correct to the best of my knowledge, information, and

belief.

Date:  **December 20, 2016** _____      **/s/ Dawnett Willis** _____
                                                 **Dawnett Willis/Acting CEO**
                                                 Signer/Title

VER_MTRX (Rev. 04/00)

.

3M
2807 PAYSHERE CIR
CHICAGO, IL 60674

3M
575 West Murray Blvd
Murray, UT 84123-4611

A1 MEDICAL GAS, INC
C/O TAB BANK
PO BOX 150990
OGDEN, UT 84415-0990

AAA SEPTIC SERVICE INC
PO BOX 1284
303 SOUTH 3RD AVENUE
MARSHALLTOWN, IA 50158

ABBOTT LABORATORIES
PO BOX 92679
CHICAGO, IL 60675

Abbott Point of Care Inc
400 College Rd E
Princeton, NJ 08540

ABBOTT VASCULAR
75 REMITTANCE DRIVE
SUITE 1138
CHICAGO, IL 60675-1138

ABILITY NETWORK INC
Butler Square
100 North 6th St. Suite 900A
Minneapolis, MN 55403

ABM ONSITE SERVICES-MIDWEST INC
75 REMITTANCE DRIVE
STE 3011
CHICAGO, IL 60675-3011

ACCENT
PO BOX 952366
ST. LOUIS, MO 63195-2366

ACCESS MEDICAL SUPPLY INC
1672 WRIGHT BLVD
SCHAUMBURG, IL 60193

ACCLARENT
1525-B O'BRAIN DR
MENLOW PARK, CA 94025

ACCO BRANDS USA LLC
PO BOX 205614
DALLAS, TX 75320-5614

ACCUVEIN INC
PO Box 1303
Huntington, NY 11743

ACIST
7905 FULLER ROAD
EDEN PRAIRIE, MN 55344

ADVANTAGE MEDICAL CABLES
11711 NW 39TH STREET
CORAL SPRINGS, FL 33065

ADVANTAGE RN LLC
4184 RELIABLE PARKWAY
CHICAGO, IL 60686-0041

AETNA
PO BOX 29408
RELIABLE PARKWAY
CHICAGO, IL 60686

Aetna Better Health of Iowa
4320 NW 114th St.
Urbandale, IA 50322

AG LIME TRUCKING MOWING INC
PO BOX 967
MARSHALLTOWN, IA 50158

AIRGAS
PO BOX 802576
CHICAGO, IL 60680-2576

ALCO SALES & SERVICE CO
6851 HIGH GROVE BLVD
BURR RIDGE, IL 60527

ALCON LABORATORIES INC
6500 WILL ROGERS BLVD
DALLAS, TX 75267-7775

Alere
30 South Keller Rd
Orlando, FL 32810

ALERE INFORMATICS INC
PO BOX 845849
BOSTON, MA 02284-5849

Alere Informatics, Inc
2000 Holiday Dr. Suite 500
Charlottesville, VA 22901

ALIMED INC
297 HIGH STREET
DEDHAM, MA 02027

ALL AMERICAN TURF BEAUTY
PO BOX 260
VAN METER, IA 50261-0260

Allen College
1990 Heath St.
Waterloo, IA 50703

ALLEN MEDICAL SYSTEMS
15627 NEO PARKWAY
ACTON, MA 01720-3948

Alliant Energy Corporation
625 First Street SE
Cedar Rapids, IA 52401

ALLIANT ENERGY/IPL
PO BOX 3060
CEDAR RAPIDS, IA 52406-3060

ALLOSOURCE
PO BOX 801020
KANSAS CITY, MO 64180-1020

AMBLER SURGICAL
404 GORDON DRIVE
EXTON, PA 19341

AMERIBEN/IEC GROUP
PO BOX 7186
BOISE, ID 83707

AMERICAN BOTTLING CO
23214 NETWORK PLACE
CHICAGO, IL 60673-1232

AMERICAN CATHETER CORP
6918 SE HARBOR CIRCLE
STUART, FL 34996

American Heart Association, Midwest Miss
4701 W. 77th St
Minneapolis, MN 55435

American Hospital Association
155 N. Wacker Dr.
Suite 400
Chicago, IL 60606

AMERICAN MEDICAL ASSOC
PO BOX 105450
ATLANTA, GA 30348-9949

AMERICAN MEDICAL ASSOCIATION
PO BOX 930884
ATLANTA, GA 31193-0884

American Medical Response, Inc.
6200 South Syracuse Way
Suite 200
Greenwood Village, CO 80111

American Recycling
6203 E. Mission Ave
Spokane, WA 99212

AMERIGROUP
PO BOX 933657
ATLANTA, GA 31193-3657

Amerigroup
5800 North
Norfolk, VA 23502

AmeriHealth Caritas Iowa, Inc.
601 Locust Street
Suite 900
Des Moines, IA 50309

AMI CARDIAC MONITORING INC
17810 MEETING HOUSE ROAD
SUITE 210
SANDY SPRING, MD 20860

AMI Cardiac Monitoring, Inc
17810 Meeting House Rd
Suite 210
Sandy Spring, MD 20860

AMN HEALTHCARE, INC
12400 High Bluff Dr.
San Diego, CA 92130

AMS Store & Shred, LLC
13 Prosper Count
Lake in the Hills, IL 60158

ANDERSON ERICKSON DAIRY
2420 E UNIVERSITY AVE
DES MOINES, IA 50317

APS Medical Billing
5620 Southwyck Blvd
Toledo, OH 43614

ARAMARK CLINICAL TECH SERVICES
12483 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

ARAMARK CORPORATION
27310 NETWORK PLACE
CHICAGO, IL 60673-1273

ARAMARK REFRESHMENT SERVICE
2402 39TH AVENUE
MOLINE, IL 61265

ARJO HUNTLEIGH INC
PNC BANK
PO BOX 644960
PITTSBURGH, PA 15264

ARROW INTERNATIONAL INC
PO BOX 60519
CHARLOTTE, NC 28260-0519

ARTHREX INC
PO BOX 403511
ATLANTA, GA 30384-3511

ARTHUR ENTERPRISES
116 12TH AVE SE
OELWEIN, IA 50662

ARTHUR L DAVIS AGENCY
PO BOX 216
CEDAR FALLS, IA 50613-0216

ATHENA HEALTH
311 ARSENAL STREET
WATERTOWN, MA 02472

Athena Health, Inc
311 Arsenal St
Watertown, MA 02472

Automated Accounts Management Services,
4800 Mills Civic Plwy
Suite 202
West Des Moines, IA 50265

AUTOMATIC DOOR GROUP
6200 THORNTON AVENUE SUITE 190
DES MOINES, IA 50321

AVESIS THIRD PARTY ADMINISTRATORS INC
PO BOX 52718
PHOENIX, AZ 85072

B & G HVAC INC
PO BOX 403
GLADBROOK, IA 50635

B BRAUN MEDICAL IN
PO BOX 512382
PHILADELPHIA, PA 19175-2382

Baird Holm
1700 Farnam St., Suite 1500
Omaha, NE 68102

BAIRD HOLM LLP
1700 FARNAM STREET
SUITE 1500
OMAHA, NE 68102-2068

BAKER GROUP
4224 HUBBELL AVENUE
DES MOINES, IA 50317-4508

Baker Group
4224 Hubbell Ave
Des Moines, IA 50317-4508

Baker Healthcare Consulting, Inc.
Suite 2000, Box 82058
One American Square
Indianapolis, IA 46282

BARD
C R BARD INC
PO BOX 75767
CHARLOTTE, NC 28275

Barton & Associates, Inc
300 Jubilee Drive
Peabody, MA 01960

BAUSCH & LOMB SURGICAL
499 SOVEREIGN CT
CHICAGO, IL 60693

BAXTER HEALTHCARE CORP
PO BOX 70564
CHICAGO, IL 60673-0564

BAXTER PHARMACEUTICAL PRODUCTS
21269 NETWORK PLACE
CHICAGO, IL 60673-1212

BAYER CORPORATION DIAGNOSTICS
PO BOX 371720
PITTSBURGH, PA 15250

BAYER HEALTHCARE
PO BOX 360172
PITTSBURGH, PA 15251-6172

Bayer HealthCare LLC
1 Bayer Drive
Indianola, PA 15051

BCI
215 Jamestown Park Rd
Suite 203
Brentwood, TN 37027

BCLUW High School
610 E. Center St
Conrad, IA 50621

BEAVER-VISITEC INTERNATIONAL
PO BOX 842837
BOSTON, MA 02284-2837

BECTON DICKINSON AND COMPANY
21588 NETWORK PLACE
CHICAGO, IL 60673-1215

Becton, Dickinson & Company
7 Loveton Cir
Sparks, MD 21152

BEEKLEY CORPORATION
ONE PRESTIGE LANE
BRISTOL, CT 06010

BELL MEDICAL INC
PO BOX 771470
ST LOUIS, MO 63177-9816

BENEFITFOCUS.COM, INC
DEPT. 3383
PO BOX 123383
DALLAS, TX 75312-3383

Best Practice Professionals, Inc.
1800 E. 900 South
Salt Lake City, UT 84108

BIO-TISSUE INC
8305 NW 27TH STREET
SUITE 101
DORAL, FL 33122

Biomerieux, Inc
PO Box 500308
St. Louis, MO 63150

BIOMET INC
75 REMITTANCE DRIVE
SUITE 3283
CHICAGO, IL 60675-3283

BKD LLP
1551 N WATERFRONT PARKWAY
SUITE 300
WICHITA, KS 67206-6601

BKD, LLP
1201 Walnut, Suite 1700
Kansas City, MO 64106-2117

BLACKHAWK AUTOMATIC SPRINKLERS
PO BOX 998
CEDAR FALLS, IA 50613

BOSTON SCIENTIFIC CORPORATION
PO BOX 951653
DALLAS, TX 75395-1653

BOXES & MORE INC
1206 102ND STREET WEST
INVER GROVE HEIGHTS, MN 55077

BRACCO DIAGNOSTICS INC
PO BOX 532411
CHARLOTTE, NC 28290-2411

Brent D. Stamps, Esq.
PO Box 2387
Norcross, GA 30091

BRENTWOOD COMMUNICATIONS INC.
215 JAMESTOWN PARK RD SUITE 203
BRENTWOOD, TN 37027

BSN MEDICAL INC
5825 CARNEGIE BLVD
CHARLOTTE, NC 28275-1766

Bureau of EMS
401 SW 7th St
Des Moines, IA 50309

BVK DIRECT
PO BOX 78189
MILWAUKEE, WI 53278-0189

C & A INDUSTRIES INC
13609 CALIFORNIA STREET
PO BOX 3037
OMAHA, NE 68103-0037

CARDINAL HEALTH
PO BOX 70539
CHICAGO, IL 60673-0539

Cardinal Health
12544 High Bluff Dr, Suie 200
San Diego, CA 92130

Cardinal Health
7000 Cardinal Place
Dublin, OH 43017

CARDINAL HEALTH 110 LLC
C/O BANK OF AMERIICA
5042 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CARDINAL HEALTH MEDICAL & HEALTH
PHYSICS SERVICES
PO BOX 70609
CHICAGO, IL 60673-0609

CARDINAL HEALTH NUCLEAR PHARM
PO BOX 70609
CHICAGO, IL 60673-0609

CARDIOVASCULAR SYSTEMS INC
1225 Old Highway 8 NW
Saint Paul, MN 55112

CARE AMBULANCE LLC
PO BOX 261
IOWA CITY, IA 52244-0261

Care Communications, Inc.
205 W. Wacker Dr., Suite 1900
Chicago, IL 60606-1214

Care Initiatives Hospice
1611 West Lakes Pkwy
West Des Moines, IA 50266

CAREFUSION
25146 NETWORK PLACE
CHICAGO, IL 60673-1250

CareFusion
75 N. Fairway Drive
Vernon Hills, IL 60061

CAREFUSION SOLUTIONS LLC
25082 NETWORK PLACE
CHICAGO, IL 60673-1250

CareFusion Solutions, LLC
3750 Torrey View Ct
San Diego, CA 92130

CarePro Home Infusion
402 10th St SE
Cedar Rapids, IA 52403

CARESTREAM HEALTH INC
DEPT CH 19286
PALATINE, IL 60055-9286

Carestream Health, Inc.
150 Verona Street
Rochester, NY 14608

CARSTENS
7310 W WILSON AVE
CHICAGO, IL 60693

CASE MEDICAL
PO BOX 5069
SOUTH HACKENSACK, NJ 07606

CASE MEDICAL INC
PO BOX 5069
SOUTH HACKENSACK, NJ 07606

Cassling
13808 F Street
Omaha, NE 68137-1102

CBC Marshalltown, LLC
c/o US Federal Properties Co., LLC
4706 Broadway, Suite 240
Kansas City, MO 64112

CCA Financial, LLC
7275 Glen Forest Dr. Suite 100
Richmond, VA 23226

Center Associates, Inc
9 N. 4th Ave
Marshalltown, IA 50158

CENTER FOR ADVOCACY AND OUTREACH
BLANK CHILDREN'S HOSPITAL
1200 PLEASANT STREET
DES MOINES, IA 50309

CENTRAL DELIVERY SERVICE
523 VILLAGE COURT
ALTOONA, IA 50009

Central Iowa Healtcare Retirement Plan
3 South 4th Ave
Marshalltown, IA 50158

CENTRAL IOWA HEALTHCARE
3 South 4th Avenue
MARSHALLTOWN, IA 50158

CENTRAL IOWA MACHINE SHOP INC
801 N 4TH AVE
MARSHALLTOWN, IA 50158

Central Iowa Physio, LLC
55 Central Iowa Dr.
Marshalltown, IA 50158

CENTURYLINK
PO BOX 91154
SEATTLE, WA 98111-9254

CENTURYLINK BUSINESS SVC
PO BOX 52187
PHOENIX, AZ 85072-2187

CENTURYLINK-ACCESS BILL
PO BOX 4648
MONROE, LA 71211-4648

CERTIFIED LANGUAGES INTERNATIONAL
4800 SW MACADAM
SUITE 400
PORTLAND, OR 97239

CHEMAQUA
23261 NETWORK PLACE
CHICAGO, IL 60673-1232

Chest, Infectious Diseases & Critical Ca
1601 NW 114th St
Suite 347
Des Moines, IA 50325-7046

Child Abuse Prevention Services
811 E. Main St
Marshalltown, IA 50158

ChoiceCare
PO Box 19013
Green Bay, WI 54307

Chyma's Machine & Welding Shop Inc.
206 2nd Ave
Toledo, IA 52342

CIC ASSOCIATES PC
1601 NW 114TH ST
SUITE 347
DES MOINES, IA 50325-7046

CIH Foundation
3 S. 4th Ave
Marshalltown, IA 50158

CIMRO
515 S. La Grange Rd.
La Grange, IL 60525

CIOX HEALTH
PO BOX 409669
ATLANTA, GA 30384

CIOX Health, LLC
925 N. Point Pkwy
Suite 350
Alpharetta, GA 30005

CITY OF MARSHALLTOWN
24 NORTH CENTER STREET
MARSHALLTOWN, IA 50158

City of Marshalltown
24 N. Center Street
Marshalltown, IA 50158

CITY OF STATE CENTER
118 EAST MAIN STREET
PO BOX 668
STATE CENTER, IA 50247-0668

CIVCO MEDICAL SOLUTIONS
PO BOX 933598
ATLANTA, GA 31193-3598

CLAIMS SOLUTIONS LLC
4800 MAIN STREET
SUITE 246
KANSAS CITY, MO 64112

Clark College, School of Physical Therap
1550 Clarke Drive
Dubuque, IA 52001

Clarkson College
101 S. 42nd Street
Omaha, NE 68131

CLINICAL COMPUTER SYSTEMS INC
715 TOLLGATE ROAD
SUITE H
ELGIN, IL 60123

CMI, Inc
316 E. Ninth
Owensboro, KY 42303

College of Health & Human Services
1320 W. Lombard St
Davenport, IA 52804

College of Saint Mary
7000 Mercy Road
Omaha, NE 68106

COMPARION MEDICAL ANALYTICS
220 NORTH MAIN STREET
SUITE 300
GREENVILLE, SC 29601

Comparion Medical Analytics, Inc
220 N. Main St
Suite 300
Greenville, SC 29601

COMPHEALTH
PO BOX 972651
DALLAS, TX 75397-2651

COMPRESSED AIR & EQUIP INC
707 HIGHWAY 218 NORTH
LA PORTE CITY, IA 50651

COMPRESSION DYNAMICS, LLC
1018 DODGE STREET, SUITE 4
OMAHA, NE 68102

CONE INSTRUMENTS
3261 MOMENTUM PLACE
CHICAGO, IL 60689-5332

CONSUMERS ENERGY
2074 242ND STREET
MARSHALLTOWN, IA 50158

CONVERGENCE SERVICES GROUP,LLC
5200 SEVENTY-SEVEN CENTER DRIVE
SUITE 550
CHARLOTTE, NC 28217

COOK MEDICAL INCORPORATED
1100 W MORGAN ST
CHICAGO, IL 60673-1229

COOPER SURGICAL
95 CORPORATE DR
CINCINNATI, OH 45271-2280

CoOportunity Health
2700 Westown Pkwy
Suite 345
West Des Moines, IA 50266-1411

COPY SYSTEMS INC
920 E 21ST STREET
DES MOINES, IA 50317

CORE
10059 N. Reiger Rd
Baton Rouge, LA 70809

COREPOINT HEALTH, LLC
3010 GAYLORD PARKWAY
SUITE 320
FRISCO, TX 75034

COSTFLEX SYSTEMS INC
DEPT 2065
PO BOX 11407
BIRMINGHAM, AL 35246-2065

COVENTRY CONSUMER CHOICE
PO BOX 7757
LONDON, KY 40742

Coventry Health Care of Iowa
4600 Westown Pkwy
Regency 6, Suite 301
West Des Moines, IA 50266

COVENTRY HEALTHCARE OF
RECOVERY DEPT
120 EAST KENSINGGER DRIVE
CRANBERRY TOWNSHIP, PA 16066

COVIDIEN
15 Hmpshire St.
Mansfield, MA 02048

CPR TECHNOLOGIES
25129 THE OLD ROAD
SUITE 303
STEVENSON RANCH, CA 91381

CPSI
PO BOX 850309
MOBIILE, AL 36685-0309

Crawford Healthcare Inc.
2005 S. Easton Rd
Suite 203
Doylestown, PA 18901

Cretex Concrete Products
2002 E. Olive St
Marshalltown, IA 50158

CRIMSON
PO BOX 79461
BALTIMORE, MD 21279-0461

CROSS COUNTRY STAFFING
P.O BOX 404674
ATLANTA, GA 30384-4674

CRYSTAL CLEAR WATER CO
3717 DELAWARE AVENUE
DES MOINES, IA 50313

CTL CONSULTING
705 B SE MELODY LANE
#347
LEE SUMMIT, MO 64063

CTL Consulting, LLC
705B SE Melody Lane
Lee's Summit, MO 64063

CULLIGAN WATER
927 KATE SHELLEY DR
BOONE, IA 50036-5222

CUSTOM ULTRASONICS
PO BOX 850
BUCKINGHAM, PA 18912

CYTYC SURGICAL PRODUCTS
250 Campus Dr.
Marlborough, MA 01752

Database Solutions
433 Route 1
Suite 403
York, ME 03909

DAVOL INC
100 SOCKANASSETTE CROSS RD
CANTON, RI 02920

DE LAGE LANDEN
PO BOX 41602
PHILADELPHIA, PA 19101-1602

DEAF SERVICES UNLIMITED
6925 HICKMAN ROAD
DES MOINES, IA 50322

Delta Locum Tenens
Four Hickory Centre
1755 Wittington Pl, Ste 175
Dallas, TX 75234

DELTA LOCUM TENENS LLC
PO BOX 202940
DALLAS, TX 75320-2940

DENMAN & COMPANY
1601 22ND ST
SUITE 400
WEST DES MOINES, IA 50266

DEPUY SYNTHES
PO BOX 8538-662
PHILADELPHIA, PA 19171-0662

DePuy Synthes Trauma, Brandywine Technic
1301 Goshen Pkwy
West Chester, PA 19380

Des Moines University
3200 Grand Avenue
Des Moines, IA 50312

DEVICOR MEDICAL PRODUCTS
PO BOX 637479
CINCINNATI, OH 45263-7479

DFM Dietary Food Management
8665 Harbach Blvd
2nd Floor
Clive, IA 50325

DIAMATRIX LTD INC
210 NURSERY RD
THE WOODLANDS, TX 77380

DIAMOND HEALTHCARE COMMUNICATIONS
1318 MOMENTUM PLACE
CHICAGO, IL 60689-5313

DIETARY FOOD MANAGEMENT
8521 FALLBROOK AVENUE
SUITE 100
WEST HILLS, CA 91304

digiChart
100 Winners Cir
Suite 450
Brentwood, TN 37027

Discharge 1-2-3
150 N. Martingale Rd
Suite 838
Schaumburg, IL 60173

DJO SURGICAL
9800 METRIC BLVD
AUSTIN, TX 78758

DMACC
2006 Ankeny Blvd
Ankeny, IA 50023

DNV GL BUSINESS
ASSURANCE USA INC
PO BOX 934927
ATLANTA, GA 31193-4927

Document Destruction & Recycling Service
4250 6th St SW
Cedar Rapids, IA 52404

DRAGER MEDICAL
3135 QUARRY RD
PITTSBURGH, PA 15251-4482

EAGLEVISION INC
8500 WOLF LAKE DR SUITE 110
MEMPHIS, TN 38184

EASY LIVING STORE A TECH, INC
10401 HICKMAN RD
PO BOX 3597
DES MOINES, IA 50323-0597

ECOLAB
370 WABASHA AVE N
CHICAGO, IL 60673-0343

ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673-1241

EDI Support Services
PO Box 6729
Fargo, ND 58108-6729

EDWARDS LIFESCIENCES LLC
ONE EDWARDS WAY
CHICAGO, IL 60673-1231

EHR
15 Campus Blvd
Suite 200
Newtown Square, PA 19073

ELECTRIC SUPPLY OF M'TOWN
PO BOX 534
MARSHALLTOWN, IA 50158

ELECTRONIC ENGINEERING
EAST HWY 30
DES MOINES, IA 50309-1585

ELECTRONICS USA
14270 APPLE CREEK DRIVE
VICTORVILLE, CA 92395

Elsevier/MC Strategies
245 Peachtree Ctr Ave NE
Suite 1900
Atlanta, GA 30303-1226

EMERGENCY MEDICAL PRODUCTS
1711 PARMOUNT COURT
CHICAGO, IL 60673-1251

Emergency Practice Associates
PO Box 1260
Waterloo, IA 50704

Emergency Trauma Fund
770 L Street
Suite 950
Sacramento, CA 95814

ENESCO LLC
225 WINDSOR DRIVE
ITASCA, IL 60143

ERI
PO BOX 616
SLATER, IA 50244

EXECUTIVE HEALTH RESOURCES
PO BOX 822688
PHILADELPHIA, PA 19182-2688

FARMERS SAVINGS BANK
MAIN STREET REAL ESTATE
210 EAST MAIN STREET
MARSHALLTOWN, IA 50158

FCI OPHTHALMICS, INC
20 WINTER STREET
PEMBROKE, MA 02359

FFF ENTERPRISES
PO BOX 840150
LOS ANGELES, CA 90084-0150

FFF Enterprises, Inc.
41093 County Ctr Dr
Temecula, CA 92591

FIRE ROCK SOLUTIONS INC.
201 TOWER PARK DRIVE
SUITE 104
WATERLOO, IA 50701

First Advantage
PO Box 7384
Seminole, FL 33775

FIRST PARTY RECEIVABLES SOLUTION
5754 W 11TH STREET
SUITE 205
GREELEY, CO 80634

First Party Receivables Solution
5754 W. 11th St
Suite 100
Greeley, CO 80634

FISHER COMMUNITY CENTER
709 SOUTH CENTER STREET
PO BOX 1000
MARSHALLTOWN, IA 50158

Fisher Community Center
709 S. Center St
Marshalltown, IA 50158

FIVE STAR COMPOUNDING PHARMACY
9379 SWANSON BLVD
SUITE E
DES MOINES, IA 50325

FLEX CARE MEDICAL STAFFING
PO BOX 202056
DALLAS, TX 75320-2056

FROEHLICH COMMUNICATIONS INC
309 COURT AVENUE, SUITE 234
DES MOINES, IA 50309

G&K Services
1325 Metro E Dr
Pleasant Hill, IA 50327

GALLS INCORPORATED
24296 NETWORK PLACE
CHICAGO, IL 60673-1224

Garner Dialysis, LLC
C/O: DaVita Inc.
2611 N. Halsted St
Chicago, IL 60614

GCX CORPORATION
32 PAMARON WAY
SULSUN CITY, CA 94585-4410

GE HEALTHCARE
75 REMITTANCE DRIVE
SUITE 1080
CHICAGO, IL 60675-1080

GE HFS, LLC
PO Box 414 W 490
Milwaukee, WI 53201

General Electric Capital Corp.
20225 Watertower Blvd
Brookfield, WI 53045

General Electric Capital Corporation
PO Box 414, W-490
Milwaukee, WI 53201

GENERAL HOSPITAL SUPPLY CORP
2844 GRAY FOX ROAD
MONROE, NC 28110

GENZYME BIOSURGERY
55 CAMBRIDGE PARKWAY
CAMBRIDGE, MA 02142

Georgia-Pacific Consumer Products LP
133 Peachtree St NE
Atlanta, GA 30303

GETZ INDUSTRIAL CLEANING INC
PO BOX 419
PEORIA, IL 61651-0419

Gislason & Hunter LLP
317 6th Avenue
Des Moines, IA 50309

Glenwood Place
2907 S. 6th St
Marshalltown, IA 50158

GLOBAL REACH INTERNET PRODUCT
2321 N LOOP DRIVE
SUITE 101
AMES, IA 50010

GOSS SERVICE ASSOCIATES LLC
11631 W 109TH STREET
OVERLAND, KS 66210

GRAINGER
DEPT 831456652
PO BOX 419267
KANSAS CITY, MO 64141-6267

Grandview Heights
910 E. Olive
Marshalltown, IA 50158

GrapeTree Medical Staffing
703 16th St
Spirit Lake, IA 51360-1623

Great Western Bank
11 N. 1st Ave.
Marshalltown, IA 50158

Great Western Bank
11 N. 1st Ave
Marshalltown, IA 50158

GRUNDY COUNTY TREASURER
706 G AVENUE
GRUNDY CENTER, IA 50638

GRUPO ROBLE LLC
205 WEST THIRD STREET
TAMA, IA 52339

Halogen Software
495 March Rd
Suite 100
Kanata, Ontario, CANADA K2K 3G1

Halvorson Building Services
2220 NW 108th
Clive, IA 50325

HALYARD SALES, INC
PO BOX 732583
DALLAS, TX 75373-2583

Hammond Hanlon Camp LLC
311 S. Wacker
Suite 5425
Chicago, IL 60606

HANKE REFRIGERATION SYSTEM
1605 S FIRST STREET
MARSHALLTOWN, IA 50158

HARMONY HEALTHCARE
2909 W BAY TO BAY BLVD
SUITE 500
TAMPA, FL 33629

Harmony Healthcare
2909 W. Bay to Bay Blvd.
Suite 500
Tampa, FL 33606

Hawkeye Community College
1501 E. Orange Road
Waterloo, IA 50704

HCPRO
200 HOODS LANE
BRENTWOOD, TN 37024-5094

Healogics
5220 Belfort Rd
Suite 130
Jacksonville, FL 32256

HEALOGICS WOUND CARE &
3087 MOMENTUM PLACE
CHICAGO, IL 60689-5330

HEALTH CARE LOGISTICS INC
PO BOX 25
CIRCLEVILLE, OH 43113-0400

HEALTH ENTERPRISES
5825 DRY CREEK LANE NE
CEDAR RAPIDS, IA 52402

Health Enterprises of Iowa
5825 Dry Creek Lane NE
Cedar Rapids, IA 52402

HEALTH INFORMATION MANAGEMENT
712 Bancroft Rd. Suite 456
Walnut Creek, CA 94958

Health Ventures
McFarland Clinic P.C.
PO Box 3014
Ames, IA 50010

HEALTHCARE CODING & CONSULTING SERVICES
8000 SUMMERLIN LAKES DRIVE
SUITE 200
FORT MYERS, FL 33907

Healthcare Coding & Consulting Services
8000 Summerlin Lakes Dr
Suite 200
Fort Myers, FL 33907

HEALTHPORT
PO BOX 409669
ATLANTA, GA 30384

HealthPort
925 N. Point Pkwy
Suite 350
Alpharetta, GA 30005

HEALTHPORT TECHNOLOGIE
PO BOX 409669
ATLANTA, GA 30384

HEART OF IOWA COMMUNICATIONS
PO BOX 130
UNION, IA 50258-0130

HEARTLAND PAPER COMPANY
4075 121 1ST STREET
DES MOINES, IA 50322

HENRY SCHEIN
135 Duryea Rd.
Melville, NY 11747

HERALD REGISTER PUBLISHING CO.
813 5TH AVE
GRINNELL, IA 50112

HILL-ROM
PO BOX 643592
PITTSBURGH, PA 15264-3592

Hill-Rom Company, Inc
1225 Crescent Green
Suite 200
Cary, NC 27511

HMI Corporation
155 Franklin Rd
Suite 100
Brentwood, TN 37027

```
HMI LLC
214 OVERLOOK CIRCLE SUITE 253
BRENTWOOD, TN 37027

HOLLIS COBB
PO BOX 2248
NORCROSS, GA 30091

Hollis Cobb
4366 Park Drive
Norcross, GA 30093

HOLOGIC INC
24506 NETWORK PLACE
CHICAGO, IL 60673-1245

Hospice Compassus
610 32nd Ave SW
Suite F
Cedar Rapids, IA 52404

HOV Services/Lason Service Admin.
11850 Hempstead Highway
Suite 270
Houston, TX 77092

HYVEE INC
IN-STORE CHARGE ACCOUNTING
5820 WESTOWN PARKWAY
WEST DES MOINES, IA 50266

IBM CORPORATION
PO BOX 643600
PITTSBURGH, PA 15264-3600

ICE TECHNOLOGIES
411 SE 9TH STREET
PELLA, IA 50219

ICE Technologies, Inc.
411 SE 9th St
Pella, IA 50219

IDEA CONSULTING GROUP INC
2215 PINNACLE CIRCLE N
PALM HARBOR, FL 34684

IFMC
1776 West Lakes Pkwy
West Des Moines, IA 50266

IMEDX INC
PO BOX 52217
NEWARK, NJ 07101-0220
```

INCISIVE SURGICAL
14405 21ST AVE NORTH
SUITE 130
PLYMOUTH, MN 55447-4685

INDEPENDENT INSURANCE SERVICES
ATTN LORAS NEUROTH
PO BOX 248
MARSHALLTOWN, IA 50158

Indian Hills Community College
525 Grandview Ave
Ottumwa, IA 52501

INFORMS
13055 RILEY STREET
HOLLAND, MI 49424

INJOY PRODUCTIONS INC
1490 RIVERSIDE AVE
LONGMONT, CO 80503

INTEGRA LIFESCIENCES CORP
311 ENTERPRISE DRIVE
ATLANTA, GA 30384-4129

Integrated Telehealth Partners
318 5th St.
West Des Moines, IA 50265

Intelligent Medical Objects, Inc.
60 Revere Dr.
Northbrook, IL 60062

INTERACTIVATION HEALTH NETWORK
PO BOX 100442
ATLANTA, GA 30384-0442

Intermedix Corporation
135 S. 84th Street
Suite 150
Milwaukee, WI 53150

INTERMETRO INDUSTRIES CORP
PO BOX 93730
CHICAGO, IL 60673-3730

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

INTERSTATE ALL BATTERY CENTER
204 S DUFF AVE
AMES, IA 50010

IOWA COMMUNICATIONS NETWORK
400 E 14TH STREET
FINANCE DIVISION
DES MOINES, IA 50319-9000

Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471

Iowa Division of Labor Services
Occupational Safety and Health Bureau
1000 E. Grand Ave
Des Moines, IA 50319

Iowa Donor Network
550 Madison Avenue N.
North Liberty, IA 52317

IOWA ENT CENTER
105 VALLEY WEST DR.
SUITE 100
DES MOINES, IA 50265

Iowa ENT Center, PLLC
105 Valley West Dr
West Des Moines, IA 50265

Iowa Governor's STEM Advisory Council
214 E. Bartlett Hall UNI
Cedar Falls, IA 50614

IOWA HEALTH CARE
1775 90TH STREET
WEST DES MOINES, IA 50266

Iowa Health Home Care
PO Box 35455
Des Moines, IA 50315

Iowa Healthcare Collaborative
100 E. Grand Ave
Suite 360
Des Moines, IA 50309

IOWA HEART CENTER PC
5880 UNIVERSITY AVENUE
WEST DES MOINES, IA 50266

Iowa Heart Center, P.C.
5880 University Ave
West Des Moines, IA 50266

Iowa Hospice LLC
5650 NW Johnston Dr.
Suite E
Johnston, IA 50131

IOWA HOSPITAL ASSOCIATION
100 EAST GRAND AVE SUITE 100
DES MOINES, IA 50309

Iowa Hospital Association
100 E. Grand Ave
Des Moines, IA 50309

Iowa Insurance Division
Two Ruan Center
601 Locust St, 4th Fl
Des Moines, IA 50309-3738

IOWA LIONS EYE BANK
BIOVENTURES CENTER
2500 CROSSPARK ROAD W300
CORALVILLE, IA 52241

Iowa Lions Eye Bank
2346 Mormon Trek Blvd
Suite 1500
Iowa City, IA 52246

IOWA MEDICAID ENTERPRISE
PROVIDER COST AUDIO & RATE SETTING
PO BOX 36450
DES MOINES, IA 50315

IOWA ORTHO
PO BOX 1736
DES MOINES, IA 50305-1736

IOWA ORTHOPAEDIC CENTER PC
450 LAUREL STREET
SUITE 3300
DES MOINES, IA 50314

Iowa Orthopaedic Center PC
450 Laurel St
Des Moines, IA 50314

IOWA POISON CONTROL CENTER
401 DOUGLAS STREET
SUITE 215
SIOUX CITY, IA 51101

Iowa River Hospice
PO Box 1086
Marshalltown, IA 50158

IOWA RURAL HEALTH TELECOMMUNICATIONS PRO
100 E GRAND AVE
STE 100
DES MOINES, IA 50309

Iowa Total Care
699 Walnut Street
4th Fl, Suite 437
Des Moines, IA 50309-3962

Iowa Valley Community College
3700 South Center St
Marshalltown, IA 50158

IOWA VALLEY CONTINUING EDUCATION
3702 S CENTER ST
MARSHALLTOWN, IA 50158

Iowa Veterans Home
1301 Summit Street
Marshalltown, IA 50158

IOWA WHOLESALE SUPPLY
HAJOCA CORPORATION
DEPT 0937 PO BOX 120937
DALLAS, TX 75312-0937

Iowa Workforce Development
Unemployment Insurance Tax Bureau
1000 East Grand Ave.
Des Moines, IA 50319

IQDR INC
34 SANDRA LN
MANITOU SPRINGS, CO 80829

IRIS - Immunization Program
321 E. 12th St
Des Moines, IA 50319-0075

IT'S UNIQUE
35 W STATE ST
MARSHALLTOWN, IA 50158

IZI MEDICAL PRODUCTS LLC
PO BOX 83270
CHICAGO, IL 60691-0270

J.A. Thomas & Associates
3715 Northside Pkwy NW
Suite 1-200
Atlanta, GA 30327

```
J.P. GASWAY
PO BOX 11700
CEDAR RAPIDS, IA 52410-1700

JAEGER CORPORATION
PO BOX 540364
OMAHA, NE 68154

Jarrard
219 Ward Circle
Suite 3
Brentwood, TN 37027

JARRARD PHILLIPS CATE & HANCOCK
219 WARD CIRCLE, SUITE 3
BRENTWOOD, TN 37027

Jerold Panas, Linzy & Partners
500 N. Michigan Ave
Chicago, IL 60611

JJ KELLER AND ASSOC
PO BOX 6609
CAROL STREAM, IL 60197-6609

JOHN DEERE FINANCIAL
PO BOX 4450
CAROL STREAM, IL 60197-4450

JOHNSON JOHNSON HEALTH CARE
425 HOES LANE
PO BOX 6800
CHICAGO, IL 60693

JUNIPER ADVISORY
2323 S SHEPHERD DR
SUITE 1150
HOUSTON, TX 77019

Juniper Advisory LLC
191 N. Wacker Drive
Suite 900
Chicago, IL 60606

JURGAN DEVELOPMENT & MFG
6018 SOUTH HIGHLANDS AVE
MADISON, WI 53705

KARL STORZ ENDOSCOPY-AMERICA
15 WELLS STREET
LOS ANGELES, CA 90074-3514

KATENA PRODUCTS
FOUR STEWART COURT
DENVILLE, NJ 07834
```

KCI USA
PO BOX 301557
DALLAS, TX 75303-1557

Key Government Finance, Inc.
1000 S. McCaslin Blvd
Superior, CO 80027

KEY SURGICAL INC
11000 W 78TH ST
EDEN PRAIRIE, MN 55344

Kirkwood Community College
6301 Kirwood Blvd SW
Cedar Rapids, IA 52406

KOUKOL & JOHNSON LLC
12020 SHAMROCK PLAZA
OMAHA, NE 68154

KRAMES A DIVISION OF STAYWELL
PO BOX 90477
CHICAGO, IL 60696-0477

KRONOS
PO BOX 845748
BOSTON, MA 02284-5748

Kronos Incorporated
297 Billerica Rd
Chelmsford, MA 01824

Lab Corp of American Holdings
1440 York Court Ext
Burlington, NC 27215

LADEHOFF LANDSCAPING
28339 J AVE
CONRAD, IA 50621

LAMAR COMPANIES
PO BOX 96030
BATON ROUGE, LA 70896

LANDAUER
PO BOX 809051
CHICAGO, IL 60680-9051

Landauer, Inc
2 Science Road
Glenwood, IL 60425

LANE & WATERMAN
220 NORTH MAIN STREET
SUITE 600
DAVENPORT, IA 52801-1987

LANE & WATERMAN LLP
220 N MAIN STREET
SUITE 600
DAVENPORT, IA 52801

LANGUAGE ACCESS NETWORK LLC
1103 SCHROCK ROAD
SUITE 200
COLUMBUS, OH 43229

Language Access Network, LLC
1103 Schrock Rd
Suite 200
Columbus, OH 43229

LANTHEUS MEDICAL IMAGING INC
PO BOX 101236
ATLANTA, GA 30392-1236

Laverne Hand
1306 Seymour St
Tama, IA 52339

LEICA MICROSYSTEMS
14008 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

LIFE NET HEALTH
PO BOX 79636
BALTIMORE, MD 21279

LIFELINE
PO BOX 981009
BOSTON, MA 02298-1009

LIFESERVE BLOOD CENTER
431 E LOCUST ST
DES MOINES, IA 50309

LifeServe Blood Center
431 East Locust St
Des Moines, IA 50309

LMC INSURANCE & RISK MANAGEMENT INC
4200 UNIVERISITY AVE
SUITE 200
WEST DES MOINES, IA 50266-5945

MAGELLAN HEALTHCARE
LOCKBOX #785341
PO BOX 785341
PHILADELPHIA, PA 19178-5341

MAGNACOUSTICS INC
1995 PARK STREET
ATLANTIC BEACH, NY 11509-1027

MAIL SERVICES LLC
4100 121ST STREET
URBANDALE, IA 50323-2334

Main Street Real Estate, Inc.
210 E. Main St
Marshalltown, IA 50158

MAINLINE MEDICAL INC
3250-J PEACHTREE CORNERS CIRC
NORCROSS, GA 30092-4301

MANPOWER INC
21271 NETWORK PLACE
CHICAGO, IL 60673-1212

ManpowerGroup Solutions
100 Manpower Pl
Milwaukee, WI 53212

MAQUET MEDICAL SYSTEMS USA
3615 SOLUTIONS CENTER
CHICAGO, IL 60677-3006

MARCO
NW 7128
PO BOX 1450
MINNEAPOLIS, MN 55485-7128

Marshall County Board of Supervisors
1 E. Main St
Suite 5
Marshalltown, IA 50158

Marshall County Clerk
RE: LACI009284
Marshall County Courthouse
PO Box 573
Marshalltown, IA 50158

Marshall County Emergency Medical Servic
22 N. Center St.
Marshalltown, IA 50158

Marshall County Treasurer
1 E Main St.
Marshalltown, IA 50158

MARSHALLTOWN BROADCASTING INC
123 WEST MAIN STREET
MARSHALLTOWN, IA 50158

Marshalltown Municipal Transit
905 E. Main St
Marshalltown, IA 50158

Marshalltown OB/GYN
407 E. Main St
Marshalltown, IA 50158

Marshalltown Orthopedics, P.C.
312 E. Main Street
Suite 2400
Marshalltown, IA 50158

MARSHALLTOWN WATER WORKS
PO BOX 1420
MARSHALLTOWN, IA 50158

MARSHALLTOWN YMCA-YWCA
108 WASHINGTON ST
MARSHALLTOWN, IA 50158

MARY GREELEY MEDICAL CENTER
1111 DUFF AVE
AMES, IA 50010

Mary Greeley Medical Center
1111 Duff Ave
Ames, IA 50010

MASIMO AMERICAS INC
2852 KELVIN AVE
LOS ANGELES, CA 90051-5510

Masimo Americas, Inc.
40 Parker
Irvine, CA 92618

Maxim Staffing Solutions
4949 Pleasant St
Suite 201
West Des Moines, IA 50266

Mayo Medical Laboratories
150 Third St SW
Rochester MN 55902

MCC Mediacom LLC
1201 Industrial Blvd.
Marshalltown, IA 50158

McCownGordon Contruction LLC
422 Admiral Blvd.
Kansas City, MO 64106

MCFARLAND CLINIC
PATIENT CARE EVALUATION COMMITTEE
1215 DUFF AVENUE
AMES, IA 50010

McFarland Clinic
1215 Duff Ave
Ames, IA 50010

MCFARLAND CLINIC PC
PO BOX 3014
1215 DUFF AVE
AMES, IA 50010-3014

McGladrey LLP
201 N. Harrison St
Suite 300
Davenport, IA 52801

MCGUIRE WOODS
77 WEST WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601-1818

McGuireWood
77 W. Wacker Drice
Suite 4100
Chicago, IL 60601

McKesson
5995 Windward Pkwy
Alpharetta, GA 30005

MCKESSON DRUG
12748 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

MCKESSON MEDICAL-SURGICAL
PO BOX 933027
ATLANTA, GA 31193-3027

McKesson Pharmaceutical
3003 Airport Rd
LaCrosse, WI 54602

MCKESSON SPECIALTY CARE DIST
15212 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

MCKESSON TECHNOLOGIES INC
PO BOX 98347
CHICAGO, IL 60693-8347

MED ALLIANCE GROUP INC
2175 OAKLAND DIRVE
SYCAMORE, IL 60178

MED GRAPHICS MGC DIAGNOSTICS
BIN #11
PO BOX 9201
MINNEAPOLIS, MN 55480-9201

Medefis, Inc
10826 Old Mill Rd
Suite 101
Omaha, NE 68154

MEDI-DOSE INCORPORATED
The Milton Building
70 Industrial Dr.
Ivyland, PA 18974

MEDIACOM
PO BOX 1360
MARSHALLTOWN, IA 50158-1360

MEDICAL REVENUE SOLUTIONS, LLC
1412 SW EAGLES PARKWAY
GRAIN VALLEY, MO 64029

Medical Revenue Solutions, LLC
1412 SW Eagles Pkwy
Grain Valley, MO 64029

MEDICAL SOLUTIONS
1010 N 102ND STREET
SUITE 300
OMAHA, NE 68114

MEDICAL STAFFING OPTIONS
9200 WORTHINGTON RAOD
WESTERVILLE, OH 43082

MEDICAL TECHNOLOGY ASSOCIATES INC
6840 CROSS BAYOU DRIVE
SEMINOLE, FL 33777

MEDIVATORS
NW 9841
PO BOX 1450
MINNEAPOLIS, MN 55485

MEDLINE INDUSTRIES INC
1 MEDLINE PLACE
PALATINE, IL 60055-4400

MEDOVATIONS INC
102 EAST KEEFE AVE
MILWAUKEE, WI 53288

MEDTOX DIAGNOSTICS INC
PO BOX 60575
CHARLOTTE, NC 28260

MEDTOX LABORATORIES
402 W COUNTY RD D
BURLINGTON, NC 27216-8107

MedTox Laboratories, Inc
402 West County Road D
Saint Paul, MN 55112

MEDTRONIC CORONARY VASCULAR
3576 UNOCAL PLACE
SANTA ROSA, CA 95403

Medtronic USA
8200 Coral Sea St NE (MVS22)
Mounds View, MN 55112

MEDTRONIC USA INC
11811 WILLOWS ROAD NORTHEAST
CHICAGO, IL 60693-0046

MEDTRONIC XOMED
6743 SOUTHPOINT DR N
JACKSONVILLE, FL 32216

MEGADYNE MEDICAL PRODUCTS
PO BOX 1332
SANDY, UT 84091

MELISSA KOCH
510 BUTLER ST
MELBOURNE, IA 50162

Mental Health Center of Mid-Iowa
9 N. 4th Avenue
Marshalltown, IA 50158

MERCY CLINICAL LABORATORY
PO BOX 677080
DALLAS, TX 75267-7080

Mercy College of Health Sciences
928 6th Avenue
Des Moines, IA 50309

MERCY MEDICAL CENTER
INPATIENT PHARMACY - LEVEL A
1111 6TH AVENUE
DES MOINES, IA 50314

Mercy Medical Center - Des Moines
1111 Sixth Ave
Des Moines, IA 50314

Meridian Health Plan
666 Grand Avenue
Floor 14
Des Moines, IA 50309

MERIDIAN MEDICAL STAFFING
PO BOX 150043
OGDEN, UT 84415-0043

MERIT MEDICAL SYSTEMS INC
79 W 4500 SOUTH
SOUTH JORDAN, UT 84095

METRIC MEDICAL DEVICES, INC
846 SILVER SPRINGS
HELOTES, TX 78023

MICRO SURGICAL TECHNOLOGIES
PO BOX 2679
REDMOND, WA 98073

MICROPORT ORTHOPEDICS
PO BOX 842005
DALLAS, TX 75284-2005

MICROTEK MEDICAL INC
PO BOX 2487
DALLAS, TX 75391-1633

MICROVASIVE ENDOSCOPY
480 PLEASANT ST
WATERTOWN, MA 02172

MID IOWA COOPERATVIE
PO BOX 80
BEAMAN, IA 50609-0080

MID-AMERICA PUBLISHING CORP
PO BOX 29
HAMPTON, IA 50441

Mid-Iowa Community Action, Inc
1001 S. 18th Avenue
Marshalltown, IA 50158

MIDAMERICAN ENERGY
PO BOX 8019
DAVENPORT, IA 52808-8019

Midlands Choice, Inc.
8420 W. Dodge Rd
Suite 210
Omaha, NE 68114-3492

Midwest Electronic Recovery
7420 University Ave Suite A
Clive, IA 50325

MIDWEST SPECIAL INSTRUMENTS
412 GATEWAY BLVD
BURNSVILLE, MN 55337

MILLIMAN
71 S WACKER DR, 31st floor
CHICAGO, IL 60606

Milliman Care Guidelines LLC, A Milliman
401 Second Ave So
Suite 400
Seattle, WA 98104

Minnesota Nurses Association
345 Randolph Ave
#200
St. Paul, MN 55102

MITCHELL ASSOCIATES
630 DUNDEE ROAD
SUITE 340
NORTHBROOK, IL 60062

MOBILE INSTRUMENT SERVICE
333 WATER AVENUE
BELLEFONTAINE, OH 43311-1777

MODERN WAY IMMOBILIZERS INC
104 EAST ELM STREET
CLIFTON, TN 38425

MOLER SANITATION
PO BOX 516
CONRAD, IA 50621

Molina Healthcare
PO Box 349020
Columbus, OH 43234-9020

Mount Marty College
5100 W. 41st St
Sioux Falls, SD 57106

MSDSonline
350 N. Orleans St
Suite 950
Chicago, IL 60654

MUD PIE, LLC
4893 LEWIS ROAD, SUITE A
STONE MOUNTAIN, GA 30083

MUSCULOSKELETAL TRANSPLANT FOU
125 MAY STREET
BOSTON, MA 02241

MVAP MEDICAL SUPPLIES
1415 LAWERENCE DRIVE
NEWBURY PARK, CA 91320

NAPA AUTO PARTS
308 E MAIN ST
ROCKFORD, IL 61125-0666

NATIONAL ELEVATOR INSPECTION
PO BOX 503067
SAINT LOUIS, MO 63150-3067

NATIONAL MEDICAL SERVICES
17177 PRESTON RD, #100
DALLAS, TX 75248

NATIONAL PAPER & SANITARY SUPPLY
10052 JUSTIN DRIVE SUITE 14
URBANDALE, IA 50322

NATUS MEDICAL INC
DEPT 33768
PO BOX 39000
SAN FRANCISCO, CA 94139

NEARTERM CORP
PO BOX 940369
HOUSTON, TX 77094

Nearterm Corporation
15915 Katy Freeway, Ste 205
PO Box 940369
Houston, TX 77094

Neil M. Davis Associates
605 Louis Dr
Suite 508B
Warminster, PA 18974

NELLCOR PURITAN BENNETT
MALLINCKRODT INC
PO BOX 73192
CHICAGO, IL 60673-7192

NEOPOST INC
25880 NETWORK PLACE
CHICAGO, IL 60673-1258

NETWORK SERVICES COMPANY
29060 NETWORK PLACE
CHICAGO, IL 60673

NEXT LIFE MEDICAL CORP
6848 EMBARCADERO LANE
CHULA VISTA, CA 92011

NHSN Administrator, MS A-24
1600 Clifton Rd, NE
Atlanta, GA 30333

Nihon Kohden
15353 Barranca Pkwy
Irvine, CA 92618

NORTH AMERICAN HEALTHCARE MANAGEMENT
9245 WATSON INDUSTRIAL PARK
SAINT LOUIS, MO 63126

North Iowa Area Community College
500 College Dr
Mason City, IA 50401

Northeast Iowa Community College
1625 Hwy 150 S
Calmar, IA 52132

Northern Shared Medical Services, Inc.
209 Limestone Pass
Cottage Gove, WI 53527

NovoPath, Inc
301 N. Harrison St.
Suite 384
Princeton, NJ 08540

NUANCE COMMUNICATIONS INC
PO BOX 2561
CAROL STREAM, IL 60132-2561

NUCO2 INC
PO BOX 9011
STUART, FL 34995-9011

NUCO2 LLC
PO BOX 417902
BOSTON, MA 02241-7902

NuCO2, LLC
2800 SE Market Place
Stuart, FL 34997

NURSES CHOICE
PO BOX 958
WRIGHTSVILLE BEACH, NC 91045

NURSES PRN
740 FORD ST.
SUITE A
KIMBERLY, WI 54136

NYEMASTER GOODE
700 WALNUT STREET SUITE 1600
DES MOINES, IA 50309-3899

OBIX
715 Tollgate Rd
Elgin, IL 60123

OFFICE MAX
75 REMITTANCCE DR #2698
CHICAGO, IL 60675

OHIO MEDICAL CORP
6690 EAGLE WAY
CHICAGO, IL 60678-1066

Olympus
3500 Corporate Pkwy
Center Valley, PA 18034

OLYMPUS AMERICA INC
3500 CORPORATE PARKWAY
CENTER VALLEY, PA 18034

OMG MIDWEST INC
PO BOX 3365
DES MOINES, IA 50313

OPTUM
PO BOX 88050
CHICAGO, IL 60680-1050

ORGANOGENESIS INC
PO BOX 205079
DALLAS, TX 75320

ORKIN
PO BOX 638898
CINCINNATI, OH 45263-8898

Ortho-Clinical Diagnostics
100 Indigo Creek Dr
Rochester MN, NY 14626

OSTEOREMEDIES LLS
PO BOX 930536
ATLANTA, GA 31193-0536

Owens & Minor
1601 SE Gateway Dr. Suite 100
Grimes, IA 50111

OWENS & MINOR DIST INCORP
BANK OF AMERICA
12199 COLLECTION CENTER DR
CHICAGO, IL 60693

Oxford Global Resources, LLC
100 Cummings Ctr
Suite 206L
Beverly, MA 01915

P2BINVESTOR INC
MERIDIAN MEDICAL STAFFING, INC
PO BOX 173939
DENVER, CO 80217-3939

Palmetto GBA EDI Operations
PO Box 10066
Augusta, GA 30999-0001

Paperless Pay Corporation
800 Water St
Suite 203
Jacksonville, FL 32204

PARTNER COMMUNICATIONS GROUP
PO BOX 8
GILMAN, IA 50106-0008

PATIENT EDUCATION INSTITUTE
200 JAMES STREET, SUITE 219
CORALVILLE, IA 52241

Patient Education Institute
2000 James St
Suite 219
Coralville, IA 52241

PATTERSON DENTAL SUPPLY
955 SE 28TH STREET
GRIMES, IA 50111

PATTERSON MEDICAL
PO BOX 93040
CHICAGO, IL 60673-3040

PayPal Inc
2211 N. 1st St
San Jose, CA 95131

PC CONNECTION
PO BOX 536472
PITTSBURGH, PA 15253-5906

PC Connection, Inc.
730 Milford Rd, Rte 101A
Merrimack, NH 03054

PD-Rx Pharmaceuticals, Inc.
727 N. Ann Arbor
Oklahoma City, OK 73127

PELLA PRINTING CO INC
PO BOX 386
PELLA, IA 50219

PeopleRides
903 E. Main St
Marshalltown, IA 50158

PEPSI-COLA GEN BOTTLERS INC
PO BOX 75948
CHICAGO, IL 60675-5948

PFIZER INC
PO BOX 417510
BOSTON, MA 02241-7510

PHARMEDIUM SERVICES LLC
39797 TREASURY CENTER
CHICAGO, IL 60694-3900

PharMEDium Services LLC
Two Conway Park
150 North Field Drive
Lake Forest, IL 60045-4847

PHILIPS HEALTHCARE
3000 Minuteman Rd. MS 0400
Andover, MA 01810

Philips Healthcare
22100 Bothell Everett Hwy
PO Box 3003
Bothell, WA 98041-3003

PHOENIX TEXTILE CORP
PO BOX 1328
ST PETERS, MO 63376-0023

PHYSIOTHERAPY ASSOCIATES
SELECT MEDICAL
4714 GETTYSBURG ROAD
MECHANICSBURG, PA 17055

POSITIVE PROMOTIONS
40-01 168 ST
HAUPPAUGE, NY 11788

PPR LLC
PO BOX 674009
DALLAS, TX 75267-4009

PRECISION DYNAMICS CORPORATION
Lockbox No. 774193
4193 SOLUTIONS CTR
CHICAGO, IL 60677-4001

PRECISION LENS
PO BOX 72
DUBUQUE, IA 52004-0072

Preferred Medical Deposits
10604 Justin Dr.
Urbandale, IA 50322

Premier
5882 Collections Center Dr.
Chicago, IL 60693

PREMIERE GLOBAL SERVICES
PO BOX 404351
ATLANTA, GA 30384-4351

PREMIUM RX NATIONAL, LLC
15809 CRABBS BRANCHWAY
ROCKVILLE, MD 20855

Press Ganey Associates, Inc
404 Columbia Place
South Bend, IN 46601

PRICES'S GARAGE DOORS & OPENERS
PO BOX 219
MARSHALLTOWN, IA 50158

Primary Healthcare Dental Clinic
112 E. Linn Street
Marshalltown, IA 50158

Primary Healthcare, Inc
9943 Hickman Rd
Suite 105
Urbandale, IA 50322

Prime Health Services, Inc.
7110 Crossroads Blvd.
Suite 100
Brentwood, TN 37027

PRIMEFORCE MEDICAL CORP.
10456 CHANDLER RD. SUITE 103
LA VISTA, NE 68128

PROCARE USA LLC
PO BOX 75343
CHICAGO, IL 60675-5343

Professional Finance Company, Inc.
5754 W. 11th St
Suite 100
Greeley, CO 80634

PROGRESSIVE MEDICAL INC
997 HORAN DRIVE
FENTON, MO 63026

PROSHIELD FIRE PROTECTION
1118 LA PORTE ROAD
WATERLOO, IA 50702

PROTOCOL AGENCY INC
27001 AGOURA RD, SUITE 210
CALABASAS, CA 91301-5121

PROTOCOL AGENCY, INC
27001 AGOURA RD, SUITE 210
CALABASAS, CA 91301-5121

Provider Insights Inc
1060 36th St.
Des Moines, IA 50311

PURCHASING POWER PLUS
5224 W STATE ROAD 46 #337
SANFORD, FL 32771

QSC LLC
PO BOX 1372
DES MOINES, IA 50305

QSolutions, Inc
8363 Wolf Lake Dr
Suite 101
Memphis, TN 38133

QUALITY RESOURCE GROUP INC
12795 16TH AVENUE NORTH
PLYMOUTH, MN 55441

QUALITY SERVICES CORPORATION
PO BOX 1372
DES MOINES, IA 50305

QUEST DIAGNOSTICS
12989 COLLECTIONS CTR DR
CHICAGO, IL 60693-0129

R & B Receivables Management, Inc.
2322 E. Kimberly Rd
Suite 235 W
Davenport, IA 52807

R VISIONS MEDICAL STAFFING
PO BOX 460
NEWCASTLE, WY 82701

RACOM CORPORATION
201 WEST STATE
MARSHALLTOWN, IA 50158

RC IMAGING
50 OLD HOJACK LANE
HILTON, NY 14468

RCM TECHNOLOGIES
PO BOX 536342
PITTSBURGH, PA 15253-5905

RECEIVABLE SOLUTIONS INC
PO BOX 21808
COLUMBIA, SC 29221-1808

Receivable Solutions, Inc.
1325 Ganer Lane
Suite C
Columbia, SC 29210

RECORD AUTOMATIC DOORS INC
PO BOX 57158
PLEASANT HILL, IA 50327

REGION SIX PLANNING COMMISSION
PEOPLERIDES
903 EAST MAIN STREET
MARSHALLTOWN, IA 50158

RELAY HEALTH
PO BOX 98347
CHICAGO, IL 60693-8347

RelayHealth
PO Box 98347
Chicago, IL 60693-8347

ReportingMD, Inc.
PO Box 1014
Georges Mills, NH 03751

REPUBLIC HEALTH RESOURCES LLC
PO BOX 202056
DALLAS, TX 75320-2056

REPUBLIC SERVICES OF IOWA
PO BOX 9001154
LOUISVILLE, KY 40290-1154

RESOLUTION
PO BOX 27093
LOUISVILLE, CO 80027

Resolution Consulting, Inc
PO Box 270903
Louisville, CO 80027

Ritchie Industries, Inc.
120 S. Main
PO Box 730
Conrad, IA 50621

RN NETWORK
PO BOX 974088
DALLAS, TX 75397-4088

Roche Diagnostics Corp.
9115 Hague Rd
Indianapolis, IN 46250

Rolling Green Village
100 6th Street
Nevada, IA 50201

ROSS PRODUCTS DIVISION
PO BOX 18095
COLUMBUS, OH 43216

RSM US LLP
5155 PAYSPHERE CIRCLE
CHICAGO, IL 60674

RSM US LLP
125 S. Dubuque St
Suite 400
Iowa City, IA 52240

RTI SURGICAL
PO BOX 11404
COLUMBIA, SC 29211-1404

SALAHUDDIN SYED, MD PC
1209 IDAHO AVENUE
AMES, IA 50014

Salucro Healthcare Solutions LLC
2701 E. Camelback Rd.
Suite 150
Phoenix, AZ 85016

SANDVICK ENTERPRISES INC
PO BOX 405
MARSHALLTOWN, IA 50158

SANOFI PASTEUR, INC
12458 COLLECTIONS CENTER DR
CHICAGO, IL 60693

SCHARNWEBER WATER COND
701 SOUTH COUNTY ROAD
TOLEDO, IA 52342

SCHENDEL PEST CONTROL
625 W LINCOLN WAY
MARSHALLTOWN, IA 50158

Schumacher
200 Corporate Blvd
Lafayette, LA 70508

SCHUMACHER ELEVATOR COMPANY
PO BOX 393
ONE SCHUMACHER WAY
DENVER, IA 50622

SCHUMACHER GROUP
PO BOX 52368
LAFAYETTE, LA 70598-2368

SCRIBEAMERICA
PO BOX 417756
BOSTON, MA 02241-7756

ScribeAmerica, LLC
1200 E. Las Olas Blvd
Suite 201
Fort Lauderdale, FL 33301

SEIM JOHNSON, LLP
18081 BURT STREET
SUITE 200
OMAHA, NE 68022-4722

Seim Johnson, LLP
18081 Burt Street
Suite 200
Omaha, NE 68022

SELECT POS & PERIPHERALS LLC
7275 BUSH LAKE ROAD
EDINA, MN 55439

SELLERS PUBLISHING INC
161 JOHN ROBERTS ROAD
SOUTH PORTLAND, ME 04106

SERVICEMASTER OF MARSHALLTOWN, INC
707 MAYTAG RD.
MARSHALLTOWN, IA 50158

SHARED MEDICAL SERVICES, INC
209 LIMESTONE PASS
COTTAGE GROVE, WI 53527

SHARN INC
3204 MOMENTUM PLACE
CHICAGO, IL 60689-5332

SHI INTERNATIONAL CORP
PO BOX 952121
DALLAS, TX 75395-2121

Siemens Healthcare Diagnostics Inc.
221 Gregson Dr
6th Floor
Cary, NC 27511

SIEMENS INDUSTRY INC
PO BOX 2134
CAROL STREAM, IL 60132-2134

Siemens Medical Solutions USA, Inc.
51 Valley Stream Pkwy
Malvern, PA 19355

SIGN CREATIONS
111 S 1ST AVE.
MARSHALLTOWN, IA 50158

SIMPEX MEDICAL INC
401 G PROSPECT AVE
CHICAGO, IL 60630-0661

Skiff Medical Center
204 N. 4th Ave E.
Newton, IA 50208

SKILL SURVEY INC
32619 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0326

SKS COMMUNICATIONS
10 WEST 4TH STREET
STE 10
WATERLOO, IA 50701

SMITH NEPHEW ENDOSCOPY
PO BOX 60333
CHARLOTTE, NC 28260-0333

SMITH NEPHEW HEALTHCARE DIV
PO BOX 93027
CHICAGO, IL 60673

SMITH NEPHEW ORTHOPAEDIC
1450 BROOKS RD
PHILADELPHIA, PA 19178-5921

SMITH NEPHEW WOUND MGMNT
75 REMITTANCE DRIVE
SUITE 6493
CHICAGO, IL 60675-6493

SMITHS MEDICAL ASD INC
PO BOX 7247-7784
PHILADELPHIA, PA 19170-7784

SODEXO CTM LLC
MSC - 410672
PO BOX 415000
NASHVILLE, TN 37241-5000

Soliant Health
1979 Lakeside Pkwy
Suite 800
Tucker, GA 30084

SOUND PHYSICIANS
PO BOX 742936
LOS ANGELES, CA 90074-2936

Sound Physicians
51410 Maryland Way
Suite 300
Brentwood, TN 37027

SOURCEONE HEALTHCARE INC
4444 VIEWRIDGE AVE STE A
SAN DIEGO, CA 92123

South Florida Utilization Review
1550 Madruga Ave
Suite 412
Coral Gables, FL 33146

Southridge Nursing & Rehab
2206 S. Center St
Marshalltown, IA 50158

Soyring Consulting, Inc.
PO Box 732520
Dallas, TX 75373-2520

Spacelabs Healthcare
35301 SE Center St
Snoqualmie, WA 98065

SPECTRACORP
8131 LBJ FREEWAY
SUITE 360
DALLAS, TX 75251

SPECTRANETICS CORPORATION
LBX #774588
4588 SOLUTIONS CENTER
CHICAGO, IL 60677-4005

SPECTRIO
PO BOX 890271
CHARLOTTE, NC 28289-0271

Square Waveform Anesthesiology, PA, PC
PO Box 602
Knoxville, IA 50138

SSI GROUP INC
DEPT 2455
PO BOX 11407
BIRMINGHAM, AL 35246-2455

ST JOHN COMPANIES INC
PO BOX 51263
LOS ANGELES, CA 90051-5563

STAAR SURGICAL CO
PO BOX 515160
1911 WALKER AVENUE
LOS ANGELES, CA 90051-5160

STAPLES ADVANTAGE
PO BOX 83689
CHICAGO, IL 60696-3689

STAPLES PRINT SOLUTIONS
PO BOX 71805
CHICAGO, IL 60694-1805

STATE CENTER NURSING & REHAB
702 3RD ST NW
STATE CENTER, IA 50247

State Center Nursing & Rehab
702 3rd St. NW
State Center, IA 50247

STATE HYGENIC LABORATORY
THE UNIVERSITY OF IOWA
UNIVERSITY OF IOWA RESEARCH PARK
IOWA CITY, IA 52242-5002

STATE HYGIENIC LABORAT
PO BOX 310405
DES MOINES, IA 50331-0405

STATE HYGIENIC LABORATORY
PO BOX 310405
DES MOINES, IA 50331-0405

State of Iowa, Dept of Human Services
Marshall County DHS
206 W. State St.
Marshalltown, IA 50158

Stericycle
4010 Commercial Ave
Northbrook, IL 60062

STERICYCLE INC
27727 NETWORK PLACE
CHICAGO, IL 60673-1277

STERIGEAR
362 SOUTH UNIVERSITY AVE
PROVO, UT 84601

STERIS CORPORATION
5960 HEISLEY RD
CHICAGO, IL 60677-1006

Steris Corporation
5960 Heisley Road
Mentor, OH 44060

Strategic Contracting
5677 Airline Rd
Arlington, TN 38002

STRATEGIC HEALTHCARE PROGRAMS
PO BOX 101019
ATLANTA, GA 30392-1019

Stratose
Two Concourse Pkwy
Suite 300
Atlanta, GA 30328

STRYKER ENDOSCOPY
5900 OPTICAL COURT
CHICAGO, IL 60673-3276

STRYKER INSTRUMENTS
STRYKER SALES CORPORATION
4100 E MILHAN AVE
CHICAGO, IL 60673-0119

STRYKER ORTHOPAEDICS
PO BOX 93213
CHICAGO, IL 60673-3213

STRYKER SALES CORPORATION
PO BOX 93308
CHICAGO, IL 60673-3308

Stryker Sales Corporation
1901 Romence Rd. Parkway
Portage, MI 49002

STRYKER SUSTAINABILITY SOLUTION
1810 WEST DRAKE DRIVE
PHOENIX, AZ 85038-9387

SUNMEDICA
1661 ZACHI WAY
REDDING, CA 96003

Sunny Hill
1708 Harding St
Tama, IA 52339

SUPERIOR CLEANING INC
312 S 1ST AVENUE
MARSHALLTOWN, IA 50158

Supero Healthcare Solutions, LLC
401 Congress Avenue Suite 1540
Austin, TX 78701

SURGICAL PRODUCT SOLUTIONS
1639 EAST RAILROAD STREET
CARNEGIE, PA 15106

Swank HealthCare
10795 Watson Rd
St. Louis, MO 63127

Sysmex
577 Aptakisic Rd
Lincolnshire, IL 60069-4325

SYSMEX AMERICA INC
28241 NETWORK PL
CHICAGO, IL 60673-1282

T.L.C
407 N. Green St
Toledo, IA 52342

TAMA COUNTY TREASURER
BOX 336
TOLEDO, IA 52342

TASER INTERNATIONAL
PO BOX 29661
PHOENIX, AZ 85038-9661

TDS MED INC
1000 E HILLSBORO BLVD, #200
DEERFIELD BEACH, FL 33441

Tech One
10115 Franklin Ave
Franklin Park, IL 60131-1819

TELEFLEX MEDICAL
2917 WECK DRIVE
CHARLOTTE, NC 28260-1608

TENNANT SALES & SERVICE CO
PO BOX 71414
CHICAGO, IL 60694-1414

TERUMO MEDICAL CORP
PO BOX 841733
DALLAS, TX 75284-1733

The Advantage Companies
1025 33rd Ave SW
Cedar Rapids, IA 52404

The Advisory Board
2445 M. Street NW
Washington, DC 20037

The Blood Center of Iowa
401 E Locust
Des Moines, IA 50309

The Coding Network
324 South Palm Drive
Beverly Hills, CA 90212

The Compliance Team, Inc.
P.O Box 160
Spring House, PA 19477

THE COMPOUNDING CENTER INC
33777 N SCOTTSDALE RD, SUITE 125
SCOTTSDALE, AZ 85266

THE GOOD BEAD
15105 MINNETONKA INDUSTRIAL ROAD
SUITE 227
MINNETONKA, MN 55345

The Hospital Quality Reporting Support C
3000 Bayport Dr
Suite 300
Tampa, FL 33607

THE INGENUITY COMPANY
JOSEPH R BENESH
920 36TH STREET
DES MOINES, IA 50312

THE QUEST GROUP
9300 WADE BOULEVARD
SUITE 320
FRISCO, TX 75035

THE ROBERTS GROUP
730 N GRAND AVE
WAUKESHA, WI 53186

THE ROBERTS GROUP INC
730 N GRAND AVENUE
WAUKESHA, WI 53186

The University of Iowa
College of Nursing
Iowa City, IA 52242

Three Rivers Provider Network
910 Hale Place
Suite 101
Chula Vista, CA 91914

TIM HILDRETH COMPANY INC
PO BOX 185
NORWALK, IA 50211

TIMES REPUBLICAN
PO BOX 1300
MARSHALLTOWN, IA 50158

TOPJOBZ INC
1500 HAYES DRIVE
MANHATTAN, KS 66502

TOSHIBA AMERICA MEDICAL SYSTEM
PO BOX 91605
CHICAGO, IL 60693

TRANE COMPANY
PO BOX 98167
CHICAGO, IL 60693

TRANE US INC
PO BOX 98167
CHICAGO, IL 60693

TransTech
730 N. Post Oak Rd
Suite 120
Houston, TX 77024

TRI ANIM HEALTH SERVICES IN
13733 SHORELINE COURT EAST
CHICAGO, IL 60673-1251

TRI-STATE LOCK
WAYNE TIETJE
313 S 3RD AVE BOX 1176
MARSHALLTOWN, IA 50158

TRIAGE NURSING LLC
13934 GOLD CIRCLE
OMAHA, NE 68144

TRILLIANT SURGICAL
6721 PORTWEST DRIVE
SUITE 160
HOUSTON, TX 77024

TruBridge, LLC
3725 Airport Blvd
Suite 208A
Mobile, AL 36608

TRUSTAFF TRAVEL NURSES
PO BOX 63-8231
CINCINNATI, OH 45263-8231

U.S. Department of Health & Human Servic
200 Independence Ave, SW
Washington, DC 20201

U.S. Department of Veterans Affairs
3773 Cherry Creek North Dr.
Denver, CO 80209

UI DIAGNOSTIC LABORATORIES
200 HAWKINS DRIVE 5231 RCP
IOWA CITY, IA 52242-1009

UIC College of Nursing
1515 5th Avenue
Suite 400
Moline, IL 61265

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

Union Bank and Trust Company
11460 Tomahawk Creek Pkwy, Suite 120
Leawood, KS 66211

UNITED AD LABEL COMPANY INC
RR DONNELLEY
PO BOX 93514
CHICAGO, IL 60673-3514

United Bank & Trust
c/o Jeffrey Courter, Esq.
Nyemaster Law Firm
700 Walnut, Suite 1600
Des Moines, IA 50309

United Bank & Trust
2101 S. Center St
Marshalltown, IA 50158

UNITED HEALTHCARE
ATTN: RECOVERY SERVICES
PO BOX 740804
ATLANTA, GA 30374-0804

United HealthCare of Midlands, Inc
11141 Aurora Ave
Urbandale, IA 50322

UNITED HEALTHCARE SHARED SERVICES REFUND
PO BOX 30783
SALT LAKE CITY, UT 84130-0783

UNITED PARCEL SERVICE
PO BOX 577
CAROL STREAM, IL 60132-0577

UNITED WAY
709 SOUTH CENTER STREET
SUITE 6
MARSHALLTOWN, IA 50158

UNITYPOINT HEALTH
PO BOX 83381
CHICAGO, IL 60691-0381

UnityPoint Health
1601 Gateway Dr
Suite 100
Grimes, IA 50111

UNIVERSAL HOSPITAL SVCS INC
2475 CORAL COURT
MINNEAPOLIS, MN 55486-0940

Universata, Inc
12800 Middlebrook Rd
Suite 102
Germantown, MD 20874

University of Iowa Health Care
327 2nd St
Suite 200
Coralville, IA 52241

University of Iowa Hospitals & Clinics
200 Hawkins Dr
Iowa City, IA 52242

UP TO DATE
95 SAWYER ROAD
WALTHAM, MA 02453-9933

Upper Iowa University
605 Washington St
Fayette, IA 52142

UpToDate, Inc.
95 Sawyer Rd.
Waltham, MA 02453

US Attorneys Office
100 E. Court Avenue, Suite 286
Des Moines, IA 50309

US BANK - SOARING HEARTS INC
15380 W 119TH STREET
OLATHE, KS 66062

US BANK EQUIPMENT FINANCE
PO BOX 790448
ST LOUIS, MO 63179-0448

US Bank Equipment Finance
1310 Madrid St.
Marshall, MN 56258

US ENDOSCOPY GROUP
7123 INDUSTRIAL PARK BLVD
CHICAGO, IL 60677-1006

US FOODS
PO BOX 310347
DES MOINES, IA 50331

US Foods, Inc.
9399 West Higgins Rd
Des Plaines, IL 60018

UTAH MEDICAL PRODUCTS INC
7043 SOUTH 300 WEST
MIDVALE, UT 84047

VA Central Iowa Lab
3600 30th St
Des Moines, IA 50310

VASCULAR SOLUTIONS
PO BOX 1178
MAPLE GROVE, MN 55311

VAX SERVE INC
12566 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

VENTURE MANAGEMENT
SOUTHERN HILLS APTS
2510 SOUTH 6TH D-21
MARSHALLTOWN, IA 50158

Verity Solutions
12131 113th Ave NE
Suite 200
Kirkland, WA 98034

VERITY SOLUTIONS, INC.
38345 ! 10 Mile Rd. Suite 380
Farmington, MI 48335

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002-5502

Villa Del Sol
2401 S. 2nd St
Marshalltown, IA 50158

VISCOT MEDICAL LLC
PO BOX 351
EAST HANOVER, NJ 07936

Vista Staffing Solutions
6737 W. Washington, Suite 4205
Milwaukee, WI 53214

Vocera
US Bank Building
13010 SW 68th Pkwy, Ste 100
Portland, OR 97223

VOCERA COMMUNICATIONS
PO BOX 809087
CHICAGO, IL 60680-9087

Vocera Communications, Inc.
525 Race St.
San Jose, CA 95126

VOLCANO CORP
24250 NETWORK PLACE
CHICAGO, IL 60673-1242

WahlTek, Inc.
2711 Grand Ave
Des Moines, IA 50312

Wal-Mart Stores, Inc.
Mail Stop #0230
702 Southwest 8th St
Bentonville, AR 72716-0230

WALGREEN CO
32976 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Walgreens Co.
104 Wilmot Rd, MS 1446
Deerfield, IL 60015

WATERLOO HEALTHCARE
PO BOX 53555
PHOENIX, AZ 85072

Watson Medical Logistics, LLC
PO Box 1211
Smyrna, TN 37167

Weatherby Healthcare
PO Box 713100
Salt Lake City, UT 84171-3100

WELLMARK
PO BOX 9232
STATION 1E 238
DES MOINES, IA 50306-9232

Wellmark Blue Cross & Blue Shield
1331 Grand Ave
PO Box 9232
Des Moines, IA 50306

Wellness Works
PO Box 82368
Lafayette, LA 70598-2368

Wells Fargo
600 S. 4th St., 10th Floor
Minneapolis, MN 55415

WEX BANK
PO BOX 6293
CAROL STREAM, IL 60197-6293

WHITFIELD AND EDDY PLC
317 SIXTH AVENUE
SUITE 1200
DES MOINES, IA 50309

WIMACTEL INC
PO BOX 561473
DENVER, CO 80256-1473

WINDSTREAM
PO BOX 9001908
LOUISVILLE, KY 40290-1908

WINDSTREAM COMMUNICATIONS
C/O BANK OF AMERICA N A
PO BOX 60549
SAINT LOUIS, MO 63160-0549

WINMAGIC
5600A CONCROSS COURT
MISSISSAUGA, ON L5R3E9

WOLIN ELECTRIC LC
1720 FULLER ROAD
WEST DES MOINES, IA 50265

WOODMAN CONTROLS
813 SW ORDNANCE RD
ANKENY, IA 50023

WORLDWIDE INNOVATIONS & TECH
14740 W 101ST STREET
LENEXA, KS 66215

Worldwide Travel Staffing, Limited
2829 Sheridan Dr
Tonawanda, NY 14150

WPS - MEDICARE
PO BOX 8012
MADISON, WI 53708-8012

WPS GHA
PO BOX 8788
MADISON, WI 53708-8788

WPS Medicare EDI
1717 West Broadway
Madison, WI 53713

WRIGHT MEDICAL TECHNOLOGY INC
5677 AIRLINE ROAD
SAINT LOUIS, MO 63150-3482

Wright Medical Technology, Inc.
1023 Cherry Road
Memphis, TN 38117

XEROX CORPORATION
PO BOX 802555
CHICAGO, IL 60680-2555

XEROX RECOVERY SERVICE
PO Box 802555
Chicago, IL 60680-2555

XODUS MEDICAL
RESEARCH PARK
702 PROMINENCE DR
NEW KENSINGTON, PA 15068

YMCA-YWCA
108 Washington St
Marshalltown, IA 50158

Z & Z MEDICAL
1924 ADAMS STREET
CEDAR FALLS, IA 50613

Z&Z Medical, Inc.
1924 Adams Street
Cedar Falls, IA 50613

Ziegler Power Systems
1500 Ziegler Drive NW
Altoona, IA 50009

ZIMMER US INC
14235 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

ZIXCORP
PO BOX 650823
DALLAS, TX 75265

Zixcorp.
2711 N. Haskell Ave
Suite 2300
Dallas, TX 75204

# United States Bankruptcy Court
## Southern District of Iowa

In re  **Central Iowa Healthcare**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Central Iowa Healthcare**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 20, 2016**

Date

**/s/ Jeffrey D. Goetz**

**Jeffrey D. Goetz**

Signature of Attorney or Litigant

Counsel for  **Central Iowa Healthcare**

**Bradshaw, Fowler, Proctor & Fairgrave PC**

**801 Grand Avenue,  Suite 3700**
**Des Moines, IA 50309-8004**
**515-243-4191 Fax:515-246-5808**
**www.bradshawlaw.com**