# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Case No. 16-02438-als11 |
| | ) | |
| **CENTRAL IOWA HEALTHCARE** | ) | Chapter 11 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Anita L. Shodeen |
| | ) | |
| 3 South 4th Avenue | ) | **DECLARATION OF DAWNETT** |
| Marshalltown, IA 50158 | ) | **WILLIS, ACTING AND AUTHORIZED** |
| | ) | **CEO OF CENTRAL IOWA** |
| EIN: 42-0948420 | ) | **HEALTHCARE IN SUPPORT OF** |
| | ) | **FIRST DAY MOTIONS** |
| | ) | |
| | ) | No Hearing Set |

I, Dawnett Willis declare:

I am the duly appointed, acting and authorized Chief Executive Officer of Central Iowa Healthcare d/b/a Marshalltown Medical and Surgical Center ("CIH" or the "Debtor"), Debtor and Debtor in Possession in this and affiliated cases pending before this Court. I make this Declaration in support of the Debtor's First Day Motions and if called as a witness, I could and would be competent to testify to the following.

I am fully familiar with the business and affairs of the Debtor, including the facts and circumstances set forth herein. Except as otherwise indicated, the facts set forth in the Declaration are based on my personal knowledge, information supplied to me by other members of the Debtor's management or its professionals, information learned from my review of relevant documents, or my opinion based upon my experience and knowledge of the Debtor's operations and financial condition. This Declaration is intended to provide a brief background of CIH, a description of the hospital, its four primary care clinics, outpatient center, and its services, and the factors leading up to filing the bankruptcy petition, and the transaction and financing court

documents. Unless otherwise indicated, all financial information set forth in the Declaration is presented on an unaudited basis.

I joined CIH (then Marshalltown Medical & Services Center) in 2013 as Executive Director of Business Development. Prior to my employment with CIH, I have been employed in Healthcare Leadership positions in both for profit and not-for-profit healthcare organizations for the past 16 years. In June 2016, I was promoted to Vice President of Operations at CIH and became responsible for day-to-day hospital and clinic operations, ancillary departments, business development, and physician/advanced practice provider recruitment. In September 2016, I was appointed Chief Operating Officer / Acting Chief Executive Officer.

The Debtor is a not-for-profit corporation formed under the laws of the State of Iowa, and is tax exempt pursuant to section 501(c)(3) of the Internal Revenue Code. The Debtor is governed by a 14-member Board of Trustees of which two members serve on an ex-officio basis. As described more fully herein, CIH operates a community hospital in Marshalltown, Iowa, located between Des Moines and Cedar Rapids. CIH's 49-bed, acute care facility is the only full-service medical center in the area. CIH provides inpatient, outpatient, emergency care, and medical clinic services for the residents of Marshall, Tama, and Grundy counties. These counties combined have a population of over 60,000 and are home to several large companies that are significant local employers. CIH is the sixth largest employer in Marshalltown. According to U.S. Census 2015 data, Marshalltown's population is estimated at 27,620 and a median income of $50,396.

## Summary History of CIH

On March 30, 1914, Evangelical Deaconess Society was founded in Marshalltown, Iowa, by the Reverend Karl Rest. Driven by the steady increase in hospital patients, a new addition was

constructed in 1916. In 1926, capacity was approximately doubled when an east wing was built. Evangelical Deaconess Hospital combined with Mercy Hospital in 1969 and became Marshalltown Area Community Hospital. In 1976, a $7 million east wing was added to the hospital, to bring the total bed capacity to 220. In 1985, Marshalltown Area Community Hospital became Marshalltown Medical & Surgical Center. Over the course of the next several years, the hospital expanded its footprint in the central Iowa region to include a clinic system, with the first of three being acquired in 1985 (Tama/Toledo Clinic), another in 1986 (State Center), and one in 1993 (Conrad Clinic). In 2007, CIH built the Marshalltown Clinic that included a cardiac catheterization lab adjoining the hospital. In 2015, Marshalltown Medical Surgical Center changed its name to Central Iowa Healthcare and opened its new state-of-the-art Outpatient Center, which was intended to be the first phase of CIH's facility modernization project.

## Area Demographics

CIH's service area demographics are diverse and the average age is increasing. The percentage of residents over 65 in Marshall, Tama, and Grundy counties is higher than that of Iowa or the Unites States. Within the CIH service area, currently 18.8% of the population is over 65 years.

## Services

CIH's largest service lines include: general surgery, otolaryngology (ear / nose / throat), obstetrics /gynecology, orthopedics, podiatry, endoscopy, and ophthalmology. In 2015, CIH had approximately 2,733 discharges; approximately 22,000 patients were treated in the emergency department. There were 196,087 other outpatient visits in 2015 including 4,131 outpatient surgeries. CIH clinics had 42,171 visits in 2015 up from 39,471 the prior year.

### Revenue Sources

CIH's 2015 payor mix is as follows (based on gross charges): Medicare (40.2%), Medicaid (15.8), Blue Cross (22.9), Commercial (16.1), and Private Pay (5.1%).

### Outpatient Facility

The 75,000 sq. ft. Outpatient Center facility, which was constructed in 2015, is located on a new 30-acre campus at the corner of Highways 30 & 14. It features four surgical suites, wound care, urgent care clinic, outpatient diagnostic imaging services, a remote laboratory area, and outpatient rehabilitation. The facility is designed for future relocation of inpatient beds, emergency department and physician offices.  CIH operates the Outpatient Center pursuant to a long-term lease.

### Employees

Today CIH employs approximately 500 full- and part-time employees including physicians, nurses, and other clinical and non-clinical employees. The Debtor is a party to a collective bargaining agreement with the Minnesota Nurses Association ("MNA"). Approximately 120 employees are represented by MNA. CIH's medical staff consists of 60 physicians of which 10% are employed by CIH.

### Circumstance Leading to Bankruptcy

For over 100 years, CIH and its predecessor entities have played an integral role in the Marshalltown community and surrounding areas. Healthcare has evolved and changed dramatically in that timeframe and today's new healthcare environment has presented major challenges.  With the introduction of the Patient Protection and Affordable Care Act, CIH made several significant investments to meet the expected requirements of the community that

included a new outpatient facility, service modernizations and the implementation of an electronic medical record (EMR) system.

Among the factors leading to the bankruptcy are the following:

(1) MIGRATION OF PATIENTS. CIH has experienced significant outmigration of patients to local area competitors, mainly to Des Moines and Ames.

(2) PHYSICIAN RECRUITMENT. Marshalltown's geographic proximity to larger cities and urban communities make attracting and recruiting quality physicians a challenge. As a result, CIH has very few physicians on its staff and works with several locum tenens agencies and physician groups, which adds to higher physician expenses.

(3) BILLING, COLLECTIONS AND SYSTEMS. As a result of complications with systems conversion, to an outsourced contracted revenue cycle company, the introduction of ICD-10-CM[1] and a new electronic medical records system, CIH experienced revenue cycle and collections problems and disruptions exacerbating their financial condition.

(4) CHALLENGES ATTRACTING AND RETAINING QUALIFIED LABOR. Similar to other local businesses, CIH competes for its share of qualified labor due to accessibility to larger communities with more opportunities. Marshalltown is at the intersections of two – four lane highways, Highways 330 & 30, that make

---

[1] The US has used ICD-10-CM since October 1, 2015. This national variant of ICD-10 was provided by the Centers for Medicare and Medicaid Services (CMS) and the National Center for Health Statistics (NCHS), and the use of ICD-10-CM codes are now mandated for all inpatient medical reporting requirements. ICD-10 is the 10th revision of the International Statistical Classification of Diseases and Related Health Problems (ICD), a medical classification list by the World Health Organization (WHO). It contains codes for diseases, signs and symptoms, abnormal findings, complaints, social circumstances, and external causes of injury or diseases (Source: Wikipedia).

    the commute to work in surrounding communities feasible for many area residents.

(5) OVER EXPANSION. In 2012, CIH developed plans to ultimately relocate its campus from downtown Marshalltown to a new 30 acre campus in the growing south end of town near the intersection of Highways 30 & 14, approximately four miles away from the main hospital campus. This project was to be completed in two phases. The first phase of the project was completed in August 2015 and CIH now operates with some duplication and inherent inefficiencies.

## Transaction Efforts

The audited financial statements for the fiscal year ended October 31, 2015 indicated a continued trend of unfavorable financial results and financial condition. The net loss for the period was ($18,847,594) and Net Patient Service Revenue was $57,707,153 versus ($1,815,090) and $67,966,624, respectively for fiscal 2014. Net working capital at October 31, 2015 was ($6,072,546) versus $14,136,018 at October 31, 2014. Prior to delivery of the 2015 audited financial statements, the CIH Board of Trustees began to evaluate strategic alternatives.

In February 2016, CIH hired Juniper Advisory LLC ("Juniper") to provide financial advisory and investment banking services. Juniper contacted 23 healthcare organizations concerning a possible transaction. In late spring 2016, CIH received a response that led to a Letter of Intent at that time from a potential partner that was followed by a period of due diligence through late summer. The potential partner withdrew interest in August 2016.

In September 2016, CIH retained Alvarez & Marsal Healthcare Industry Group, LLC to act as financial advisor and assist CIH in certain financial, operational and reorganization efforts.

CIH additionally continued to engage in discussions with an affiliate of Unity Point Healthcare ("UPH") which culminated in an Asset Purchase Agreement being executed with UPH on December 19, 2016 and UPH being designated as a Stalking Horse Purchaser and provider of Debtor in Possession financing.

I declare under penalty of perjury, to the best of my knowledge, under the laws of the State of Iowa and the laws of the United States, that the foregoing is true and correct and is executed this 20th day of December, 2016 at Marshalltown, Iowa.


Dated: December 20, 2016                                     /s/ Dawnett Willis