**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**110 E. Court Avenue, Suite 300**
**Des Moines, Iowa 50309**
www.iasb.uscourts.gov

In the Matter of:

**Central Iowa Healthcare**                                              Case No. **16-02438-als11**

        Debtor(s)

**Notice and Order Regarding Telephonic Conference Call Hearing on:**
**Motion for Continuation of Utility Service under 11 U.S.C. § 366(b) (#15), Emergency Motion for Order Authorizing Debtor to Honor Pre-Petition Obligations to Employees *(#16),* Motion to Use Cash Collateral (#17), Motion to Sell Free & Clear Pursuant to Section 363(f) (#25), Motion to Obtain Secured Credit (#26), Ex Parte Application for Expedited Hearing (#27)**
(date entered on docket: December 21, 2016)

To:  **Jeffrey D Goetz**, Attorney for Debtor, **Central Iowa Healthcare**
     **Krystal R Mikkilineni**, Attorney for Debtor, **Central Iowa Healthcare**

---

**YOU ARE HEREBY NOTIFIED that the Court will conduct a telephonic hearing on**

**December 21, 2016**. Parties should be prepared to dial into the conference call at **3:00 p.m. CDT**.

**Conference call number: (888) 240-3210**
**Participant Code: 940615**

---

**Deadlines**
    **IT IS HEREBY ORDERED:**

1. **Objections**, if no bar date preceded this motion, are due on or before **N/A**.
2. **Exhibits,** if any, shall be exchanged and submitted by **N/A**. Exhibit list(s) must be filed with the Clerk of Court by the same date.
   - **Exhibits must be in pdf format.  Exhibits shall be submitted to the Clerk's Office on DVD/CD or USB drive OR to Chambers at als_exhibits@iasb.uscourts.gov**.
   - The electronic exhibits must be clearly labeled with the number or letter, which corresponds to the exhibit list.
   - Debtor(s) shall use consecutive numbers; Creditor(s) shall use consecutive letters.  If a matter involves multiple parties, self-explanatory acronyms should be used in addition to numbers or letters.
   - The exhibits submitted to the Clerk's Office will be identified, stored and utilized to designate the official record.
3. Briefs due on or before **N/A**.

---

**Scheduling/Continuances**

**If no objection is filed by the date indicated above, the court may enter an order on the uncontested matter and cancel the hearing.**

The parties shall promptly advise the judge's chambers at **515-284-6118** of any resolution or change in attorney handling the hearing.

An attorney seeking a continuance must file a motion to continue hearing that indicates good cause for the continuance and that contains a professional or verified statement that one's client and all opposing parties have been contacted and that those entities either consent to or resist the motion.

---

**Questions Regarding this Order**

    Contact Megan Weiss, 515-323-2851, mrw@iasb.uscourts.gov or
    Laura Carrington, Law Clerk, 515-284-6234, lac@iasb.uscourts.gov

                                                      /s/ Anita L. Shodeen
                                                      Anita L. Shodeen
                                                      U.S. Bankruptcy Judge