**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CENTRAL IOWA HEALTHCARE** | ) | Case No. 16-02438-als11 |
| | ) | |
| Debtor. | ) | **APPOINTMENT OF COMMITTEE** |
| | ) | **OF UNSECURED CREDITORS** |

The U.S. Trustee for Region 12 hereby appoints the following person/entities to the Official Committee of Unsecured Creditors in the above case:

Creditors:
Alcon Laboratories
c/o Jim Kiehm
6500 Will Rogers Blvd
Dallas, TX 75267-7775
Ph: (817) 371-8767
Jim.kiehm@novartis.com

Resolution Consulting, Inc.
c/o Robin Bradbury
P.O. Box 27093
Louisville, CO 80027
Ph: (303) 530-0396
robin@ereso.com

Sound Physicians
c/o Nicholas Cook
1498 Pacific Ave, Suite 400
Tacoma, WA 98402
Ph: (615) 377-1679
ncook@soundphysicians.com

Health Enterprises
c/o Judy Sadler
5825 Dry Creek Lane NE
Cedar Rapids, IA 52402
Ph: (319) 368-3619
jsadler@healthenterprises.org

Physiotherapy Associates Select Medical
c/o Brett Raasch
4714 Gettysburg Road
Mechanicsburg, PA 17055
Ph: (515) 323-6485
BRaasch@myphysio.com

Judy Sadler of Health Enterprises is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

///

**Daniel M. McDermott**,
United States Trustee
Region 12

By: /s/ L. Ashley Zubal
**L. Ashley Zubal**
ID # IS9998256
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (515) 323-2269 / Fax: 284-4986
Ashley.Zubal@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was sent to the parties below on December 28, 2016.

Parties receiving electronic service:

- Michael A Brandess    mbrandess@sugarfgh.com
- Jeffrey W Courter    jwc@nyemaster.com, mks@nyemaster.com
- Matthew T Cronin    mtcronin@belinmccormick.com
- Thomas L Flynn    tom.flynn@brickgentrylaw.com, alnemechek@gmail.com;lacey.vongxay@brickgentrylaw.com
- Robert C Gainer    rgainer@cutlerfirm.com, vreed@cutlerfirm.com
- Jeffrey D Goetz    bankruptcyefile@bradshawlaw.com, goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
- Aaron L Hammer    ahammer@sfgh.com, mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
- Michael F Kivett    mfkivett@womglaw.com, bfoley@womglaw.com
- Craig Knickrehm    cknickrehm@womglaw.com, jellis@womglaw.com
- Jared F Knight    jknight@simmonsperrine.com
- Eric W Lam    elam@simmonsperrine.com, ktheusch@simmonsperrine.com;tdomeyer@simmonsperrine.com
- Julie Johnson McLean    juliemclean@davisbrownlaw.com
- Mark S Melickian    mmelickian@sfgh.com
- Krystal R Mikkilineni    mikkilineni.krystal@bradshawlaw.com, warner.barbara@bradshawlaw.com;carpe.pamela@bradshawlaw.com;bankruptcyefile@bradshawlaw.com
- Lisa M Peters    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
- Brooke S Van Vliet    brooke.vanvliet@brickgentrylaw.com

By:/s/ Shelly W. Fellner
**Shelly W. Fellner**
Legal Clerk
United States Trustee's Office