**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CENTRAL IOWA HEALTHCARE** | ) | Case No. 16-02438-als11 |
| | ) | |
| Debtor. | ) | **APPOINTMENT OF COMMITTEE** |
| | ) | **OF UNSECURED CREDITORS** |

The U.S. Trustee for Region 12 hereby amends this previous appointment to add the following creditors to the Official Committee of Unsecured Creditors in the above case:

Creditors:  Aramark Clinical Tech Services
c/o Charles J. Reitmeyer
1101 Market Street
Philadelphia, PA 19107-2988
Ph: (215) 238-5979
reitmeyer-charles@aramark.com

Mary Greeley Medical Center
c/o Gary Botine
1111 Duff Ave
Ames, IA 50010
Ph: (515) 239-2114
botine@mgmc.com

McFarland Clinic PC
c/o Andrew Perry
1215 Duff Ave
Ames, IA 50010
Ph: (515) 239-4452
aperry@mcfarlandclinic.com

Hollis Cobb Associates, Inc.
c/o Brent D. Stamps
P.O. Box 2387
Norcross, GA 30091
Ph: (678) 969-9188
brent@stampslawfirm.com

The United States Trustee continues to reserve the right to add, or remove, committee members so as to make the committee more representative of creditor interests.

**Daniel M. McDermott**,
United States Trustee
Region 12

By: /s/ L. Ashley Zubal
**L. Ashley Zubal**
ID # IS9998256
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (515) 323-2269 / Fax: 284-4986
Ashley.Zubal@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was sent to the parties below on January 3, 2017.

Parties receiving electronic service:

- Michael A Brandess     mbrandess@sugarfgh.com
- Erin M Clanton     erin.clanton@brickgentrylaw.com, katherine.hanson@brickgentrylaw.com
- Jeffrey W Courter     jwc@nyemaster.com, mks@nyemaster.com
- Matthew T Cronin     mtcronin@belinmccormick.com
- Thomas L Flynn     tom.flynn@brickgentrylaw.com, alnemechek@gmail.com;lacey.vongxay@brickgentrylaw.com
- Robert C Gainer     rgainer@cutlerfirm.com, vreed@cutlerfirm.com
- Jeffrey D Goetz     bankruptcyefile@bradshawlaw.com, goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
- Aaron L Hammer     ahammer@sfgh.com, mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
- Michael F Kivett     mfkivett@womglaw.com, bfoley@womglaw.com
- Craig Knickrehm     cknickrehm@womglaw.com, jellis@womglaw.com
- Jared F Knight     jknight@simmonsperrine.com
- Eric W Lam     elam@simmonsperrine.com, ktheusch@simmonsperrine.com;tdomeyer@simmonsperrine.com
- Julie Johnson McLean     juliemclean@davisbrownlaw.com
- Mark S Melickian     mmelickian@sfgh.com
- Krystal R Mikkilineni     mikkilineni.krystal@bradshawlaw.com, warner.barbara@bradshawlaw.com;carpe.pamela@bradshawlaw.com;bankruptcyefile@bradshawlaw.com
- Lisa M Peters     lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- Roger R Schoell     roger@gbsbhlaw.com
- Michael K Thibodeau     mike@dreherlaw.com
- Brooke S Van Vliet     brooke.vanvliet@brickgentrylaw.com

By:/s/ Shelly W. Fellner
**Shelly W. Fellner**
Legal Clerk
United States Trustee's Office