UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CENTRAL IOWA HEALTHCARE, ) | Case No. 16-02438-11-als |
| ) | |
| Debtor and Debtor in Possession. ) | |
| ) | **LIMITED OBJECTION OF UNION** |
| ) | **BANK AND TRUST COMPANY TO** |
| ) | **DEBTOR'S EMERGENCY MOTION** |
| ) | **FOR INTERIM AND FINAL ORDERS** |
| ) | **AUTHORIZING DEBTOR TO (A)** |
| ) | **OBTAIN DEBTOR IN POSSESSION** |
| ) | **FINANCING, (B) GRANTING** |
| ) | **SUPERPRIORITY CLAIMS AND** |
| ) | **LIENS, AND (C) SETTING FINAL** |
| ) | **HEARING** |
| ) | |

Union Bank and Trust Company ("UBTC"), by and through its undersigned counsel, for its Limited Objection to *Debtor's Emergency Motion for Interim and Final Orders Authorizing Debtor to (A) Obtain Debtor In Possession Financing, (B) Granting Superpriority Claims and Liens, and (C) Setting Final Hearing* (Doc. No. 26) (the "Motion"), states the following:

**BACKGROUND**

1. CBC Marshalltown, LLC ("CBC") executed and delivered to UBTC a certain Promissory Note, dated March 5, 2014, in the original principal amount of $22,086,114 (the "Note"). A true and correct copy of the Note is attached hereto as Exhibit A.

2. The Note and the underlying Loan are secured by a First Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated March 5, 2014 (the "Fee Mortgage"), as amended, executed by the Debtor, Central Iowa Healthcare (formerly doing business as Marshalltown Medical and Surgical Center ("CIH"), as grantor, which currently encumbers that real property located in the County of Marshall, and State of Iowa (the "Property"),

more particularly described therein (the "Property"). Said Fee Mortgage having been recorded in the records of the Marshall County Iowa Recorder on March 5, 2014 as Document Number 201400000967. A true and correct copy of the recorded Fee Mortgage is attached hereto as Exhibit B.

3. CIH is the present owner of the fee interest in the Property in fee simple.

4. Pursuant to that certain Ground Lease (also identified as a Build and Lease Agreement) dated December 12, 2013, as amended by that First Amendment to Ground Lease dated March 4, 2014 (collectively the "Ground Lease"), between CIH, as Landlord, and CBC, as Tenant, CIH leased certain real and personal property to CBC, as more particularly described therein.

5. Pursuant to that certain Lease (also identified as a Build and Lease Agreement) dated December 12, 2013, as amended, between CBC, as Landlord, and CIH, as Tenant, CBC leased certain real and personal property to CIH, as more particularly described therein.

6. The Note and the underlying Loan are further secured, in part, by a First Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing (the "Leasehold Mortgage"), all dated March 5, 2014 and executed by CBC as grantor, which encumbers CBC's leasehold interest granted by that certain Ground Lease, dated December 12, 2013, as amended, between CIH, as Landlord, and CBC as Tenant, which relates to the Property. Said Leasehold Mortgage having been recorded in the records of the Marshall County Iowa Recorder on March 6, 2014 as Document Number 201400000982. A true and correct copy of the recorded Leasehold Mortgage is attached hereto as Exhibit C.

7. The Note and the underlying Loan are further secured by other documents related to the Loan, which are not directly pertinent to UBTC's Limited Objection, but UBTC reserves

the right to supplement its Limited Objection and incorporate such documents as it deems necessary.

8. UBTC is the current owner and holder of the Note, the Fee Mortgage, the Leasehold Mortgage, and all other existing or future documents evidencing, securing, or executed in connection with the Loan, and all other documents further evidencing, securing or executed in connection with the indebtedness owed under the Note (collectively, the "Loan Documents").

## LIMITED OBJECTION

UBTC does not object to the Debtor's Motion to the extent it seeks authorization for post-petition financing in general. UBTC does object on the basis that the Motion and proposed order fail to expressly acknowledge UBTC's mortgage lien against the Property as a Permitted Lien (as that term is defined in the Motion) and fail to provide that UBTC shall have the same priority, security, and protections that are being given to the Debtor's other two Permitted Lien holders, Great Western Bank and United Bank & Trust. Counsel for the proposed DIP lender, Unity Point Health – Waterloo, recently confirmed to counsel for UBTC that such omission was an oversight and that it is not the intention of the proposed DIP facility to prime UBTC's mortgage lien against the Property or otherwise affect such lien. Counsel agreed that the Motion and proposed order should be modified to expressly acknowledge and treat UBTC's lien as a Permitted Lien and provide that such lien will not be primed or otherwise affected by the proposed DIP facility. To the extent that modifications are made to the Motion and proposed order acceptable to UBTC, UBTC will withdraw its Limited Objection.

Nothing set forth herein is intended, nor shall it be deemed, to modify, limit, release, reduce or waive any of UBTC's rights, remedies or privileges under the Loan Documents, or at

law or in equity, or any further or additional objections to the Motion, all of which are hereby specifically reserved.

Respectfully submitted,

**LEVY CRAIG LAW FIRM**
A PROFESSIONAL CORPORATION

By    /s/ Michael M. Tamburini
    Michael M. Tamburini    MO #35033
    1301 Oak Street
    Kansas City, Missouri 64106
    (816) 474-8181
    Fax:  816/382-6618
    mtamburini@levycraig.com

 And

By    /s/ Michael K. Thibodeau
    Michael K. Thibodeau    IS9998288
    Simpson, Jensen, Abels,
    Fischer & Bouslog, P.C.
    400 Locus Street, Suite 400
    Des Moines, IA  50309
    (515) 288-5000
    Fax:  515/288-7718
    mthibodeau@iowafirm.com

*Attorneys for Union Bank & Trust Company*

## CERTIFICATE OF SERVICE

     Service of the foregoing was effected via electronic transmission through the Court's ECF filing system on January 3, 2017, to all counsel of record.

                                                  */s/ Michael K. Thibodeau*
                                        *Attorney for Union Bank & Trust Company*