**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CENTRAL IOWA HEALTHCARE** | ) | Case No.  16-02438-als11 |
| | ) | |
| Debtor. | ) | **APPOINTMENT OF COMMITTEE** |
| | ) | **OF UNSECURED CREDITORS** |

The U.S. Trustee for Region 12 hereby amends this previous appointment to remove, upon request, Cogent Healthcare of Iowa / Sound Physicians, and hereby adds the following creditor to the Official Committee of Unsecured Creditors in the above case:

Creditors:  Iowa Heart Center
c/o Julie Younger
5880 University Ave
West Des Moines, IA 50266
Ph: (515) 633-3970
jyounger@iowaheart.com

The United States Trustee continues to reserve the right to add, or remove, committee members so as to make the committee more representative of creditor interests.

**Daniel M. McDermott**,
United States Trustee
Region 12

By:/s/ L. Ashley Zubal
**L. Ashley Zubal**
ID # IS9998256
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (515) 323-2269 / Fax: 284-4986
Ashley.Zubal@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that a copy of this document was sent to the parties below on January 4, 2017.

Parties receiving electronic service:

- Michael A Brandess    mbrandess@sugarfgh.com
- Erin M Clanton    erin.clanton@brickgentrylaw.com, katherine.hanson@brickgentrylaw.com
- Jeffrey W Courter    jwc@nyemaster.com, mks@nyemaster.com
- Matthew T Cronin    mtcronin@belinmccormick.com
- Thomas L Flynn    tom.flynn@brickgentrylaw.com, alnemechek@gmail.com;lacey.vongxay@brickgentrylaw.com
- Robert C Gainer    rgainer@cutlerfirm.com, vreed@cutlerfirm.com
- Jeffrey D Goetz    bankruptcyefile@bradshawlaw.com, goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
- Aaron L Hammer    ahammer@sfgh.com, mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
- Michael F Kivett    mfkivett@womglaw.com, bfoley@womglaw.com
- Craig Knickrehm    cknickrehm@womglaw.com, jellis@womglaw.com
- Jared F Knight    jknight@simmonsperrine.com
- Eric W Lam    elam@simmonsperrine.com, ktheusch@simmonsperrine.com;tdomeyer@simmonsperrine.com
- Julie Johnson McLean    juliemclean@davisbrownlaw.com
- Mark S Melickian    mmelickian@sfgh.com
- Krystal R Mikkilineni    mikkilineni.krystal@bradshawlaw.com, warner.barbara@bradshawlaw.com;carpe.pamela@bradshawlaw.com;bankruptcyefile@bradshawlaw.com
- Lisa M Peters    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- Roger R Schoell    roger@gbsbhlaw.com
- Michael K Thibodeau    mike@dreherlaw.com
- Brooke S Van Vliet    brooke.vanvliet@brickgentrylaw.com

By:/s/ Shelly W. Fellner
**Shelly W. Fellner**
Legal Clerk
United States Trustee's Office