**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 16-02438-als11 |
| | ) | |
| **CENTRAL IOWA HEALTHCARE** | ) | **UNITED STATES TRUSTEE'S LIMITED** |
| | ) | **OBJECTION TO DEBTOR'S MOTION TO** |
| Debtor. | ) | **OBTAIN SECURED CREDIT** |

The United States Trustee for Region 12, by and through the undersigned Trial Attorney, raises the following Limited Objection to Debtor's Motion to Obtain Secured Credit, and in support of said objection alleges as follows:

1. On December 20, 2016, Debtor filed an emergency motion to obtain debtor in possession financing ("Motion to Obtain Secured Credit"). (DN 26) Also on December 20, 2016 Debtor filed a Motion to Sell Free and Clear pursuant to Section 363(f) ("Sale Motion"), seeking in part approval of the proposed auction and bid procedures. (DN 25)

2. During a status conference on January 4, 2017, the Court advised a final hearing with respect to the bidding procedures portion of the Motion would be heard at the January 13, 2017 hearing. (DN 87)

3. Debtor's motion to obtain post-petition financing established a number of ambitious milestone dates that were not amended or extended by the January 3, 2017 stipulation regarding second interim order authorizing Debtor to obtain secured credit. (DN 81) Of those dates, the following are pertinent to the bid procedures and ultimate sale:

   a. Auction to be concluded on or before February 3, 2017; deadline for all competing bidders to submit bids.
   b. The sale of substantially all of Debtor's assets to conclude on or before March 1, 2017.
(DN 81, pp. 6-7)

4. In light of this Court's January 4, 2017 order allowing Debtor until January 18, 2017 to file an amended sale motion pursuant to Section 363(f) that would provide complete information necessary for

1

other prospective purchasers to submit bids, the milestone date of February 3, 2017 would allow a very limited time frame in which bids must be submitted.

5. This concern was raised by the Court during the January 4, 2017 status conference. The United States Trustee suggests this period is much too brief. Potential bidders must be afforded reasonable time to receive the sale motion and completed APA, and to review the information and documents necessary to submit a qualified bid.

6. The auction date of February 3, 2017 should be extended to allow potential bidders no less than 30 days from the date the amended sale motion is filed to submit qualified bids which would also likely necessitate pushing the ultimate closing date beyond March 1, 2017.

WHEREFORE, the United States Trustee respectfully requests this Court enter an Order directing Debtor to implement more reasonable auction and bid procedures in line with those proposed herein, and for such other and further relief as the Court may deem just and appropriate in the circumstances.

**Daniel M. McDermott**,
United States Trustee
Region 12

By:/s/ L. Ashley Zubal
**L. Ashley Zubal**
ID # IS9998256
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (515) 323-2269 / Fax: 284-4986
Ashley.Zubal@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was sent to the parties below on January 6, 2017.

Parties receiving electronic service:

- Michael A Brandess    mbrandess@sugarfgh.com
- Erin M Clanton    erin.clanton@brickgentrylaw.com, katherine.hanson@brickgentrylaw.com
- Jeffrey W Courter    jwc@nyemaster.com, mks@nyemaster.com
- Matthew T Cronin    mtcronin@belinmccormick.com
- Richard A Davidson    rdavidson@l-wlaw.com
- Angela E Dralle    dralle.angela@dorsey.com, boelling.karen@dorsey.com
- Thomas L Flynn    tom.flynn@brickgentrylaw.com, alnemechek@gmail.com;lacey.vongxay@brickgentrylaw.com
- Robert C Gainer    rgainer@cutlerfirm.com, vreed@cutlerfirm.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, dcyrankowski@buchalter.com
- Jeffrey D Goetz    bankruptcyefile@bradshawlaw.com, goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
- Susan N Goodman    sgoodman@mcrazlaw.com, doesterle@mcrazlaw.com;tdahl@mcrazlaw.com;ecfbk@mcrazlaw.com
- Aaron L Hammer    ahammer@sfgh.com, mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
- Michael F Kivett    mfkivett@womglaw.com, bfoley@womglaw.com
- Craig Knickrehm    cknickrehm@womglaw.com, jellis@womglaw.com
- Jared F Knight    jknight@simmonsperrine.com
- Eric W Lam    elam@simmonsperrine.com, ktheusch@simmonsperrine.com;tdomeyer@simmonsperrine.com
- Julie Johnson McLean    juliemclean@davisbrownlaw.com
- Mark S Melickian    mmelickian@sfgh.com
- Krystal R Mikkilineni    mikkilineni.krystal@bradshawlaw.com, warner.barbara@bradshawlaw.com;carpe.pamela@bradshawlaw.com;bankruptcyefile@bradshawlaw.com
- William J Miller    miller.william@dorsey.com, boelling.karen@dorsey.com;walker.lisa@dorsey.com
- Gay D Pelzer    jackie-kjaer@uiowa.edu
- Lisa M Peters    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- James L Pray    pray@brownwinick.com, sprole@brownwinick.com
- Roger R Schoell    roger@gbsbhlaw.com
- Michael M Tamburini    mtamburini@levycraig.com, krose@levycraig.com;elit@levycraig.com
- Michael K Thibodeau    mike@dreherlaw.com
- Brooke S Van Vliet    brooke.vanvliet@brickgentrylaw.com

By: /s/ Shelly W. Fellner
**Shelly W. Fellner**
Legal Clerk
United States Trustee's Office