**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-02438-11als |
| **CENTRAL IOWA HEALTHCARE,** ) | |
| ) | Chapter 11 |
| Debtor and Debtor in Possession. ) | |

**LIMITED OBJECTION OF CBC MARSHALLTOWN, LLC TO DEBTOR'S EMERGENCY AND EX PARTE MOTION FOR ORDER AUTHORIZING INTERIM AND FINAL USE CASH COLLATERAL AND PROVIDING POST-PETITION LIENS AND DEBTOR'S TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO (A) OBTAIN DEBTOR IN POSSESSION FINANCING, (B) GRANTING SUPERPRIORITY CLAIMS AND LIENS, AND (C) SETTING FINAL HEARING**

CBC Marshalltown, LLC ("**CBC**"), by their undersigned counsel, hereby files this Limited Objection to *Debtor's Emergency Motion for Interim and Final Orders Authorizing Debtor to (A) Obtain Debtor in Possession Financing, (B) Granting Superpriority Claims and Liens, and (C) Setting Final Hearing* (Docket #26) (the "**DIP Lending Motion**") and Debtor's Emergency and Ex Parte Motion for Order Authorizing Interim and Final Use of Cash Collateral and Providing Post-Petition Liens (Docket # 17) (the "**Cash Collateral Motion**" and collectively with the DIP Lending Motion, the "**Motions**") and states as follows:

**Introduction**

1. CBC files this response to preserve its rights to rental payments owed to it under that certain Building Lease defined herein. The proposed budget for cash expenditures in the Motions does not budget for any required lease payments to CBC. CBC, the Debtor and the prospective purchaser and DIP Lender Allen Health Systems, Inc. d/b/a UnityPoint Health-Waterloo ("**Purchaser**") have been negotiating a purchase of CBC's interest. Should the potential transaction close CBC may waive right to lease payments under Building Lease. CBC files this response to reserve its rights to seek its lease payments in the event total agreement is

55577730.1

not reached between the Parties or Purchaser is not the successful bidder. By not objecting to the Motions, CBC does not acquiesce in Debtor's post petition lease defaults or waive its right to all lease or other payments due.

### Facts

2. CBC is the tenant under that certain Ground Lease dated December 12, 2013 (and also dated December 30, 2013 in the opening paragraph) with Central Iowa Healthcare f/k/a Marshalltown Medical and Surgical Center ( the "**Debtor**") as landlord (the "**Ground Lease**"), covering the real estate upon which is located a health clinic consisting of approximately 55,290 square feet (the "**Building**").

3. CBC constructed certain improvements, on the real property that is the subject of the Ground Lease. Union Bank & Trust Company financed the construction of the improvements and has a lien on Debtor's real property to secure the funds it advanced.

4. CBC is also the Landlord under that certain Lease dated December 12, 2013 (and also dated December 30, 2013 in the opening paragraph) by and between Debtor, as Tenant and CBC, as Landlord, as the same has been amended from time to time (said Lease, as amended, hereinafter collectively referred to as the "**Building Lease**"), pursuant to which Building Lease CBC has leased the constructed improvements, as hereinafter defined, to the Debtor.

5. Debtor commenced the captioned case by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code ("**Bankruptcy Code**") on December 20, 2016 (the "**Petition Date**").

6. Debtor continues to operate its businesses and manage its property as debtor-in-possession pursuant to Bankruptcy Code §§ 1107(a) and 1108.

**Argument**

7.    Debtor has filed the Motions which do not propose payments to CBC at this time. CBC, Purchaser, and the Debtor, continue to negotiate the issues between them, including payment of the outstanding lease obligations owing CBC to come due during this case. CBC requests that an order approving the Motions reflect that CBC does not waive its rights to seek all rent and other payments due it, regardless of their inclusion in the budgets attached to the Motions.

WHEREFORE, CBC respectfully requests that the Court expressly state in any order approving the Motions that CBC reserves all of its rights, including its rights to seek lease, and other payments, due to it, even though excluded from the proposed budget attached to the Motions, and for such other relief as the Court deems just and proper.

Dated: January 10, 2017

>Respectfully submitted,
>
>/s/ Mark D. Walz
>Mark D. Walz, IS9999605
>Davis, Brown, Koehn, Shors & Roberts, P.C.
>215 10th Street, Ste. 1300
>Des Moines, IA 50309
>Telephone: (515) 288-2500
>Facsimile: (515) 243-0654
>Email: markwalz@davisbrownlaw.com

55577730.1

POLSINELLI PC

By: */s/ Andrew J. Nazar*
    ANDREW J. NAZAR (KS #22381)
    900 West 48th Place, Suite 900
    Kansas City, Missouri 64112
    (816) 753-1000
    Fax No. (816) 753-1536
    anazar@polsinelli.com
    mmoriarity@polsinelli.com

ATTORNEYS FOR CBC MARSHALLTOWN

## **CERTIFICATE OF SERVICE**

I, Mark D. Walz, hereby certify that on the 10th day of January, 2017, a true and correct copy of above captioned pleading, was served electronically on parties who receive ECF notification from the court.

                        */s/ Mark D. Walz*