# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In the Matter of: | ) | Case 16-02438 |
| | ) | |
| Central Iowa Healthcare | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR SERVICE OF** |
| Debtor. | ) | **PAPERS** |

The undersigned hereby enters appearance as Associate (Local) Counsel for Official Committee of Unsecured Creditors of Central Iowa Healthcare, and pursuant to Rule 2002, requests that copies of all papers filed or served in this case be sent to:

> Mr. Robert Gainer
> Cutler Law Firm, P.C.
> 1307 50th Street
> West Des Moines, IA  50266

Please take further notice that this request includes all notices and papers including, without limitation, reports, 2004 examinations, discovery, schedules, affidavits, orders, applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, and all notices thereof.

This Notice and Appearance and Request for Service of Papers does not constitute a consent to any violation of Bankruptcy 9003.  This Notice of Appearance and Request for Service of Papers does not constitute a consent to jurisdiction of the court over non-core proceedings under 28 U.S.C. §157.

Dated: January 10, 2017

                            RESPECTFULLY SUBMITTED,

                            */s/ Robert C. Gainer*
                            Robert C. Gainer       IS9998471
                            CUTLER LAW FIRM, P.C.
                            1307 50th Street
                            West Des Moines, IA 50266
                            Tel: 515-223-6600
                            Fax: 515-223-6787
                            Email: rgainer@cutlerfirm.com

                            ATTORNEYS FOR OFFICIAL COMMITTEE
                            OF UNSECURED CREDITORS

                            CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on January 10, 2017, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case.

                            */s/ Courtney Bauman*