IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
AT DES MOINES

| | |
|---|---|
| In re: | ) ) ) Chapter 11 |
| CENTRAL IOWA HEALTHCARE, | ) ) Case No. 16-02438-als |
| Debtor. | ) ) MOTION FOR ADMISSION *PRO HAC VICE* |

James E. Bird, an attorney who is not a member of the bar of the United States District Court for the District of Iowa (the "**District**"), moves to appear in this case *pro hac vice* on behalf of creditor CBC Marshalltown, LLC. He states that he is a member in good standing of the bars of the State of Missouri, the United States District and Bankruptcy Courts for the Western District of Missouri, the United States District and Bankruptcy Courts for the District of Kansas, and the United States District and Bankruptcy Courts for the District of Colorado. Mr. Bird agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the State Courts of Iowa in connection with his *pro hac vice* representation in this case.

James E. Bird further states that he will comply with the associate counsel requirements of LR 83.1.d.3 of the District by associating with Mark D. Walz, an attorney who has been admitted to the bar of this District under LR 83.1.b and .c, and who has entered an appearance in this case on behalf of creditor CBC Marshalltown, LLC.

James E. Bird states that his contact information is as follows: Polsinelli PC, 900 West 48th Place, Suite 900, Kansas City, Missouri, 64112; Telephone: (816) 753-1000; Facsimile: (816) 753-1536; and E-mail: jbird@polsinelli.com.

55704657.1

Dated:  January10, 2017

        Respectfully submitted,

By: /s/ Mark D. Walz
    Mark D. Walz, IS99996056
    Davis, Brown, Koehn, Shors & Roberts, P.C.
    4201 Westown Parkway, Suite 300
    West Des Moines, Iowa 50266
    Telephone:  (515) 246-7898
    Facsimile:  (515) 243-0654
    E-mail:  markwalz@davisbrownlaw.com

ATTORNEY FOR CBC MARSHALLTOWN, LLC