UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Case No.: 16-02438-11 |
| | Chapter 11 |
| CENTRAL IOWA HEALTHCARE, | Hon. Anita L. Shodeen |
| Debtor. | |

**OBJECTION OF HEALTH ENTERPRISES MEDICAL LABORATORY, LLC TO DEBTOR'S MOTION FOR FINAL ORDER AUTHORIZING DEBTOR TO (A) OBTAIN DEBTOR IN POSSESSION FINANCING, (B) GRANTING SUPERPRIORITY CLAIMS AND LIENS, AND (C) SETTING FINAL HEARING**

Health Enterprises Medical Laboratory, LLC ("HEML"), by and through its undersigned counsel, files this *Objection to Debtor's Motion for Final Order Authorizing Debtor to (A) Obtain Debtor In Possession Financing, (B) Granting Superpriority Claims and Liens, and (C) Setting Final Hearing* (Doc. No. 26) (the "DIP Financing Motion"), and respectfully states as follows:

**BACKGROUND**

1. Central Iowa Healthcare (the "Debtor") entered into a Laboratory Services Agreement (the "Services Agreement") with HEML on November 12, 2015, pursuant to which HEML agreed to provide certain services to the Debtor in exchange for payment by the Debtor of a monthly fee.

2. The Debtor subsequently defaulted under the Services Agreement. In an effort to continue its relationship with HEML and to continue to receive services under the Services Agreement, the Debtor and HEML entered into the First Amendment to Laboratory Services Agreement on June 6, 2016 (the "Amended Services Agreement").

3. Under the Amended Services Agreement, the Debtor granted HEML a lien in substantially all of its assets. On July 7, 2016, HEML filed a UCC Financing Statement with the

1

Iowa Secretary of State's office. A copy of the UCC Financing Statement is attached hereto as Exhibit A.

4. On December 20, 2016, the Debtor filed its Chapter 11 petition. On the same day, the Debtor also filed the DIP Financing Motion, seeking authorization to enter into a Debtor in Possession Financing Agreement (the "Financing Agreement") which entitles the DIP lender (UnityPoint Health – Waterloo) to a "first priority priming lien on all assets of the Debtor . . . *subject and junior to the Prior Permitted Liens*." *See* DIP Financing Motion, ¶ 12(a) (emphasis added); Financing Agreement, ¶ 10(d) (emphasis added). The Prior Permitted Liens originally were defined to include only "the liens of Great Western Bank and United Bank & Trust." Financing Agreement, ¶ 10(d).

5. On January 3, 2017, the Debtor filed a stipulation amending the terms of the DIP Financing Motion and the Financing Agreement to include additional secured creditors as holders of Prior Permitted Liens (the "Stipulation").

6. On January 4, 2017, after a second interim hearing on the DIP Financing Motion, the Court entered an order approving the Stipulation and setting the final hearing on the DIP Financing Motion for January 13, 2017.

7. As a secured creditor, HEML is entitled to be treated as the holder of a Prior Permitted Lien.

**OBJECTION**

8. Section 364(d)(1)(B) of the Bankruptcy Code allows a debtor to grant its DIP lender a priming lien only if "there is adequate protection of the interest of the holder of the lien on the property . . . on which such senior or equal lien is proposed to be granted." 11 U.S.C. §

2

364(d)(1)(B). Here, because the Debtor has not provided HEML with adequate protection, the Debtor cannot grant the DIP lender a priming lien.

WHEREFORE, HEML respectfully requests that the Court grant the DIP Financing Motion only if it, like the Debtor's other secured lenders, is identified and treated as the holder of a Prior Permitted Lien under the Financing Agreement.

|  |  |
|---|---|
| Date: <u>January 10, 2017</u> | <u>/s/ William J. Miller</u><br>William J. Miller, AT0005414<br>Alissa Smith, AT0004277<br>Angela E. Dralle, AT0002077<br>DORSEY & WHITNEY LLP<br>801 Grand Avenue, Suite 4100<br>Des Moines, Iowa 50309<br>Tel: (515) 283-1000<br>Fax: (515) 283-1060<br>Email: miller.william@dorsey.com<br>      smith.alissa@dorsey.com<br>      dralle.angela@dorsey.com<br><br>Janet M. Weiss, NY 2342434<br>DORSEY & WHITNEY LLP<br>51 West 52nd Street<br>New York, New York 10019-6119<br>Tel: (212) 415-9357<br>Fax: (212) 219-2048<br>Email: weiss.janet@dorsey.com<br>**ATTORNEYS FOR**<br>**HEALTH ENTERPRISES OF IOWA,**<br>**HEALTH ENTERPRISES MEDICAL**<br>**LABORATORY, LLC, AND HEALTH**<br>**ENTERPRISES PHARMACY SERVICES, LLC** |

<u>Original filed.</u>

<u>Copy to:</u>

Counsel and Parties of Record

**CERTIFICATE OF SERVICE**

The undersigned certifies that on <u>January 10, 2017</u>, the foregoing instrument was served upon all parties to the above case and/or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings:

**By:** Electronic Service **AND/OR**
**By:** ____ U.S. Mail         ____ FAX
       ____ Hand Delivered    ____ Overnight Courier
       ____ E-mail            ____ Other _____

<u>/s/ William J. Miller</u>

3