IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 16-02438-als11 |
| | ) | Chapter 11 |
| CENTRAL IOWA HEALTHCARE, | ) | |
| | ) | LIMITED OBJECTION TO |
| Debtor. | ) | DEBTOR'S EMERGENCY MOTION |
| | ) | FOR INTERIM AND FINAL ORDERS |
| | ) | AUTHORIZING DEBTOR TO |
| | ) | (A) OBTAIN DEBTOR IN POSSESSION |
| | ) | FINANCING, (B) GRANTING |
| | ) | SUPERPRIORITY CLAIMS AND |
| | ) | LIENS, AND (C) SETTING FINAL |
| | ) | HEARING |

Key Government Finance, Inc. and Key Equipment Finance, a division of KeyBank National Association, secured creditors of Central Iowa Healthcare (the "Debtor"), through their undersigned counsel of record, Julie Johnson McLean of the law firm of Davis, Brown, Koehn, Shors & Roberts, P.C., 215 10th Street, Suite 1300, Des Moines, Iowa 50309, state as follows in support of their Limited Objection ("Limited Objection") to Debtor's Emergency Motion for Interim and Final Orders Authorizing Debtor to (A) Obtain Debtor In Possession Financing, (B) Granting Superpriority Claims and Liens, and (C) Setting Final Hearing ("Motion") (Doc. No. 26):

1.  Key Government Finance, Inc. ("Key") is the lessor under a certain Master Lease Agreement dated May 30, 2014, by and between Key and the Debtor pursuant to which Key agreed to lease to Debtor certain equipment and other property, including the McKesson Paragon HIS/EMR system (including licenses and maintenance) and related hardware, software receivables, and service receivables (collectively, the "Leased Property").

#2805170

2. Key Equipment Finance, a division of KeyBank National Association ("Key Equipment") is the assignee and successor of the secured party under a certain Master Security Agreement dated as of November 20, 2014, by and between General Electric Capital Corporation and the Debtor and a certain Amended and Restated Equipment Schedule dated as of September 18, 2015, pursuant to which the Debtor acquired certain equipment and other property, including certain Steris and Stryker equipment for the Debtor's hospital facility in 2015 (collectively, the "Equipment").

3. Debtor's Motion filed on December 20, 2016, proposes to grant to UnityPoint Health – Waterloo ("Lender") a first priority lien on all assets of the Debtor, subject and junior to the "Prior Permitted Liens" of Great Western Bank and United Bank & Trust.  *See* Motion, Doc. No. 26, ¶ 12(a) (ii) (d); Debtor-in Possession Finance Agreement, Exhibit 1, § 10(d).

4. Pursuant to the Stipulation regarding Second Interim Order (I) Authorizing Debtor to (A) Obtain Debtor in Possession Financing, and (II) Grant Superpriority Claims and Liens ("Stipulation") subsequently filed by Debtor and Lender on January 3, 2017 (Doc. No. 81), Debtor and Lender stipulated that the DIP Liens (as defined in the Motion) shall also be subordinate to, among other things, "any lessor's leasehold interest in equipment, and any party holding a valid purchase money security interest in equipment."  *See* Stipulation, Doc. No. 81, ¶ 2.

5. Key and Key Equipment do not object to the Debtor's Motion to the extent it seeks authorization for post-petition financing in general, but they do object on the limited basis that the Motion and the proposed Order do not expressly acknowledge their respective interests and liens in the Leased Property and the Equipment, and fail to provide them with the same priority, security and protections that are given to the holders of the other Prior Permitted Liens.

6. Counsel for Debtor and Lender confirmed the intentions stated in the Stipulation during the telephonic hearing on December 21, 2016, and also during the status conference held on January 4, 2017.

7. Key and Key Equipment request that the Order granting the Motion expressly acknowledges and treats the interests and liens of Key and Key Equipment in the Leased Property and the Equipment as Prior Permitted Liens, and further provides that such interests and liens will not be primed or otherwise affected by the proposed DIP facility.

8. Further, Key and Key Equipment expressly reserve their respective rights to post-petition rents, payments and other consideration under the lease, contract and collateral documents and/or provisions of the Bankruptcy Code, notwithstanding the proposed Budget attached as Exhibit 1 to the Stipulation does not specifically itemize such payments. Key and Key Equipment do not waive Debtor's post-petition lease and contract defaults or their rights to all lease, contract and other payments due to them.

9. Key and Key Equipment further request that the Order granting the Motion expressly acknowledges and states that the rights of Key and Key Equipment to post-petition rents and other payments are reserved, and that Key and Key Equipment do not waive their rights to seek all rents, contract payments, and other amounts under the lease, contract and collateral documents and/or provisions of the Bankruptcy Code.

WHEREFORE, Key Government Finance, Inc. and Key Equipment Finance, a division of KeyBank National Association, respectfully request that any Order granting the Motion expressly reserve all of their respective interests and liens in the Leased Property and the Equipment, providing them with the same priority, security and protections that are given to the

holders of the other Prior Permitted Liens, preserve their rights to post-petition lease, contract and other payments, and for such other relief as the Court deems just and proper.

Dated January 10, 2017.

          */s/ Julie Johnson McLean*
          Julie Johnson McLean, IA I.D. AT#0005185
          Davis, Brown, Koehn, Shors & Roberts, P.C.
          215 10th Street, Suite 1300
          Des Moines, IA 50309
          Telephone:  (515) 288-2500
          Facsimile:  (515) 243-0654
          E-mail: juliemclean@davisbrownlaw.com
          ATTORNEY FOR KEY GOVERNMENT FINANCE, INC. AND KEY EQUIPMENT FINANCE, A DIVISION OF KEYBANK NATIONAL ASSOCIATION

Electronically filed.

## Certificate of Service

This document was served electronically on January 10, 2017, on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

          */s/ Julie Johnson McLean*