UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CENTRAL IOWA HEALTHCARE, | ) | Case No. 16-02438-11-als |
| | ) | |
| Debtor and Debtor in Possession. | ) | **SECOND LIMITED OBJECTION OF UNION BANK AND TRUST COMPANY TO DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO (A) OBTAIN DEBTOR IN POSSESSION FINANCING, (B) GRANTING SUPPERPRIORITY CLAIMS AND LIENS, AND (C) SETTING FINAL HEARING** |

Union Bank and Trust Company ("UBTC"), by and through its undersigned counsel, for its Second Limited Objection to *Debtor's Emergency Motion for Interim and Final Orders Authorizing Debtor to (A) Obtain Debtor In Possession Financing, (B) Granting Superpriority Claims and Liens, and (C)* Setting Final Hearing (Doc. No. 26) (the "Motion"), states the following:

## INTRODUCTION

UBTC files this Second Limited Objection to ensure, consistent with the *Stipulation Regarding Second Amended Interim Order (I) Authorizing Debtor to (A) Obtain Debtor In Possession Financing, and (II) Grant Superpriority Claims and Liens* (Doc. No. 124) approved by the Court on January 11, 2017 (the "Stipulation"), that the proposed DIP loan and the final order approving such financing provide that: (1) the Fee Mortgage UBTC holds against the Debtor's Property will not be primed or otherwise affected by the proposed DIP loan; and (2) the Leasehold Mortgage UBTC holds against the leasehold interest of CBC Marshalltown, LLC

{315/037//01200290;2 }

("CBC") under the Ground Lease between the Debtor and CBC is not impaired or otherwise affected by the proposed DIP Loan.

## BACKGROUND

1. CBC executed and delivered to UBTC a certain Promissory Note, dated March 5, 2014, in the original principal amount of $22,086,114 (the "Note").

2. The Note and the underlying Loan are secured by a First Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated March 5, 2014 (the "Fee Mortgage"), as amended, executed by the Debtor, Central Iowa Healthcare (formerly doing business as Marshalltown Medical and Surgical Center ("CIH"), as grantor, which currently encumbers that real property located in the County of Marshall, and State of Iowa (the "Property"), more particularly described therein (the "Property"). Said Fee Mortgage having been recorded in the records of the Marshall County Iowa Recorder on March 5, 2014 as Document Number 201400000967. CIH is the present owner of the fee interest in the Property in fee simple.

3. Pursuant to that certain Ground Lease (also identified as a Build and Lease Agreement) dated December 12, 2013, as amended by that First Amendment to Ground Lease dated March 4, 2014 (collectively the "Ground Lease"), between CIH, as Landlord, and CBC, as Tenant, CIH leased certain real and personal property to CBC, as more particularly described therein.

4. Pursuant to that certain Lease (also identified as a Build and Lease Agreement) dated December 12, 2013, as amended, CBC leased certain real and personal property to CIH, as more particularly described therein.

5. The Note and the underlying Loan are further secured, in part, by a First Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing

(the "Leasehold Mortgage"), all dated March 5, 2014 and executed by CBC as grantor, which encumbers CBC's leasehold interest granted by that certain Ground Lease, dated December 12, 2013, as amended, between CIH, as Landlord, and CBC as Tenant, which relates to the Property. Said Leasehold Mortgage having been recorded in the records of the Marshall County Iowa Recorder on March 6, 2014 as Document Number 201400000982.

6. The Note and the underlying Loan are further secured by other documents related to the Loan, which are not directly pertinent to UBTC's Limited Objection, but UBTC reserves the right to supplement its Limited Objection and incorporate such documents as it deems necessary.

7. UBTC is the current owner and holder of the Note, the Leasehold Mortgage, the Fee Mortgage, and all other existing or future documents evidencing, securing, or executed in connection with the Loan, and all other documents further evidencing, securing or executed in connection with the indebtedness owed under the Note (collectively, the "Loan Documents").

8. On January 4, 2017, the Court approved the "Stipulation". In pertinent part, the Stipulation provides:

   a. The DIP Liens (as defined in the Motion) shall be subordinate to the liens of Great Western Bank, United Bank & Trust Company, Union Bank and Trust Company, any lessor's leasehold interest in equipment, and any party holding a valid purchase money security interest in equipment at the outpatient center; and

   b. The mortgage lien held by Union Bank & Trust Company against the ground lease interest of CBC Marshalltown, LLC, in the property located at 55 Central Iowa Drive, Marshalltown, Iowa 50158, currently leased by CBC Marshalltown,

LLC to the Debtor as an outpatient clinic, shall be in no way impaired or otherwise affected by the DIP Liens or other relief sought in the Motion.

**LIMITED OBJECTION**

UBTC does not object to the Debtor's Motion to the extent it seeks authorization for post-petition financing in general. UBTC does object on the basis that the proposed Debtor-In-Possession Loan Agreement ("DIP Loan Agreement"), attached as Exhibit A to the proposed final order approving the Motion, and the proposed final order, attached as Exhibit B to the Motion, fail to expressly acknowledge UBTC's mortgage lien against the Property as a Prior Permitted Lien (as that term is defined in the Motion), and fail to provide that UBTC shall have the same priority, security, and protections that are being given to the Debtor's other mortgage lien holders, Great Western Bank and United Bank & Trust. Counsel for the proposed DIP lender, UnityPoint Health – Waterloo, confirmed to counsel for UBTC that such omission was an oversight and that it is not the intention of the proposed DIP facility to prime UBTC's mortgage lien against the Property or otherwise affect such lien.

Consistent with the Stipulation, UBTC requests that the DIP Loan Agreement expressly acknowledge and include UBTC in the definition of "Prior Permitted Liens", as that term is incorporated and referred to in the proposed final DIP order and, to the extent necessary, that the DIP Loan Agreement and final DIP order otherwise provide that the Fee Mortgage of UBTC shall have the same priority, security, and protections that are being given to the Debtor's other mortgage lien holders - Great Western Bank and United Bank & Trust.

Further consistent with the Stipulation, UBTC requests that the final DIP order provide that the Leasehold Mortgage held by UBTC shall in no way be impaired or otherwise affected by the proposed DIP liens or other relief granted in the final DIP order. To the extent the foregoing

provisions are included in the DIP Loan Agreement and final DIP order in a form acceptable to UBTC, UBTC will withdraw its Limited Objection.

Nothing set forth herein is intended, nor shall it be deemed, to modify, limit, release, reduce or waive any of UBTC's rights, remedies or privileges under the Loan Documents, or at law or in equity, or any further or additional objections to the Motion, all of which are hereby specifically reserved.

Respectfully submitted,

**LEVY CRAIG LAW FIRM**
A PROFESSIONAL CORPORATION

By     /s/ Michael M. Tamburini
    Michael M. Tamburini    MO #35033
    1301 Oak Street
    Kansas City, Missouri 64106
    (816) 474-8181
    Fax:  816/382-6618
    mtamburini@levycraig.com

By     /s/ Michael K. Thibodeau
    Michael K. Thibodeau    IA #IS9998288
    400 Locus Street, Suite 400
    Des Moines, IA  50309
    (515) 288-5000
    Fax:  515/288-7718
    mthibodeau@iowafirm.com

*Attorneys for Union Bank & Trust Company*

## **CERTIFICATE OF SERVICE**

      Service of the foregoing was effected via electronic transmission through the Court's ECF filing system on January 12, 2017, to all counsel of record.

                                                  */s/ Michael M. Tamburini*
                                     *Attorney for Union Bank & Trust Company*