**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Central Iowa Healthcare**                                                  **Case No. 16-02438-als11**

        Debtor(s)

January 27, 2017 Hearing on:
**Motion to Sell Free & Clear Pursuant to Section 363 (f) (#25) and Objections (#73, #77, #98, #133, #207)**

**ORDER**
(date entered on docket: January 27, 2017)

Based upon the statements made by the parties at the time of hearing and the filed documents

**It is hereby ORDERED that:**

1. The Motion filed at docket number 25 shall be withdrawn.

2. The Debtor shall file a new Motion if it intends to pursue sale of its assets by auction. Any bid procedures incorporated into the Motion shall be subject to the agreement of the Official Unsecured Creditors Committee and the U.S. Trustee.

3. Acceptance of qualified bids and the auction shall not occur earlier than the week of March 13, 2017.

4. The court will reserve March 16, 2017 at 1:30 pm or March 17, 2017 at 9:00 a.m. for the final sale hearing.

5. The objection filed on behalf of the Jamell Trust at docket number 207 is preserved for final hearing pending an appearance by counsel on behalf of this entity.

6. Today's record shall constitute the Court's findings and conclusions pursuant to Federal Rules of Bankruptcy 7052 and 9014.

    /s/ Anita L. Shodeen
    Anita L. Shodeen
    U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☒ Others: Regina Jamell