**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Central Iowa Healthcare**                                                      **Case No.  16-02438-als11**

        Debtor(s)

January 27, 2017 Hearing on:
**Motion to Obtain Secured Credit (#26) and Objections (#78, #99, #108, #119, #121, #129, #133)**

**ORDER**
(date entered on docket:  January 27, 2017)

Based upon the representations made by the parties at the hearing and the filed documents

**It is hereby ORDERED that:**

1. The Motion to Obtain Secured Credit is extended on an interim basis under the current financing terms through February 6, 2017.

2. The Court will not approve the milestones contained in the Motion or financing agreement as currently stated.

3. The parties shall submit a stipulated order on the Motion to Obtain Secured Credit by February 3, 2017.

4. In the event a stipulated order is not filed by February 3, 2017 the Motion shall be withdrawn or the Court will enter an Order sustaining the objections and denying the Motion on February 6, 2017.

5. Today's record shall constitute the Court's findings and conclusions pursuant to Federal Rules of Bankruptcy Procedure 7052 and 9014.

    /s/ Anita L. Shodeen
    Anita L. Shodeen
    U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: