**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF IOWA**

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT**

Case No  16-02438

Debtor   Central Iowa Healthcare                    For Quarter Ended  3/30/2019

**SUMMARY OF RECEIPTS AND DISBURSEMENTS DURING QUARTER:**

| | | |
|---|---|---:|
| 1 | Cash balance, beginning of quarter | $ 1,401,820 |
| 2 | Cash receipts during quarter from all sources | 2,553 |
| 3 | Cash disbursements during quarter, including plan payments | (29,875) |
| 4 | Cash balance, end of quarter (or as of report date for final report) | $ 1,374,498 |

**BREAKDOWN OF AMOUNTS DISBURSED:**

**Disbursements for Operations**

Paid During Quarter

**Disbursements Under Confirmed Plan**

| | | Paid During Quarter | Total Paid to Date | Total Payments Projected Under Plan |
|---|---|---:|---:|---|
| 1 | **ADMINISTRATIVE EXPENSES** | | | |
| | Plan Trustee Fees/Expenses | 6,902 | 119,879 | |
| | Othe Professional Fees/Expenses | 16,863 | 218,801 | |
| | Other Administrative Expenses | 1,950 | 16,529 | |
| | TOTAL ADMINISTRATIVE EXPENSES | 25,716 | 355,209 | |
| 2 | **SECURED CREDITORS** | | | |
| 3 | **PRIORITY CREDITORS** | | 1,269,081 | |
| 4 | **UNSECURED CREDITORS** | 4,159 | 1,999,099 | |
| 5 | **EQUITY SECURITY HOLDERS** | | | |
| 6 | **Other:** _____ | | | |
| | **TOTAL PLAN PAYMENTS (lines 1 - 6)** | 29,875 | 3,623,389 | |
| | **TOTAL QUARTERLY DISBURSEMENTS** | 29,875 | | |

**PLAN STATUS:**                                                                Yes         No

1  Have all payments been made as set forth in the confirmed plan? (If no, attach explanation)                X
2  Are all post-confirmation obligations current (If no, attach explanation.)            X
3  Projected date of application for final decree:    Not known

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Central Iowa Healthcare Liquidation Trust

Date:     5/3/2019              Signature: [signature]

Gilmour Consulting, LLC By Neil Gilmour, III
Title:  Liquidating Trustee

**CHAPTER 11 POST CONFIRMATION QUARTERLY REPORT - ATTACHMENT**

Case No  16-02438
Debtor   Central Iowa Healthcare

For Quarter Ended _____3/30/2019_____

**NOTES TO QUARTERLY REPORT**

1   The Debtor sold materially all of its operations and operational assets to UPH-Waterloo (the "Buyer")as of May 1, 2017.

2   The Court confirmed the Debtor's Joint Plan of Liquidation which became effective on March 2, 2018.  Upoin the occurrence of the Effective Date, the Central Iowa Healthcare Liquidation Trust was created and Gilmour Consulting LLC became the Liquidation Trustee with responsiblity for administration of the Liquidation Trust.

3   The Trustee has started the process of making the payments under the Plan.

4   The Trustee has not prepared a projection of total payments to be made under the Plan.